IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCELOR FRANCE,<br><br>        Plaintiff,<br><br>        v.<br><br>MITTAL STEEL USA INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. _____<br>)<br>)<br>)<br>) |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Arcelor France states that 100% of its stock is owned by its parent corporation, Arcelor S.A., which is a publicly traded corporation having its principal place of business in Luxembourg. No other publicly held corporation holds any stock in Arcelor France.

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Jack B. Blumenfeld*
                Jack B. Blumenfeld (#1014)
                Karen Jacobs Louden (#2881)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19899-1347
                *Attorneys for Plaintiff*

OF COUNSEL:

OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, P.C.
Jean-Paul Lavalleye
Richard D. Kelly
Stephen G. Baxter
Steven P. Weihrouch
1940 Duke Street
Alexandria, VA  22314
(703) 413-3000

May 9, 2006