# United States District Court

_____ DISTRICT OF **DELAWARE** _____

ARCELOR FRANCE,

          Plaintiff,

   v.

MITTAL STEEL USA INC.,

          Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:     7

TO:   Mittal Steel USA Inc.
      c/o The Corporation Trust Company
      1209 Orange Street
      Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

    Jack B. Blumenfeld, Esquire
    Morris, Nichols, Arsht & Tunnell LLP
    1201 N. Market Street, P.O. Box 1347
    Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                 MAY 09 2006

_____       _____
CLERK                                                         DATE

_[signature]_
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and amended complaint was made by me[1] | DATE  May 9, 2006 |
| NAME OF SERVER (PRINT)  Christopher Scargill | TITLE  Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Service of the Summons and Complaint was made upon defendant by delivering copies there to defendant's registered agent, The Corporation Trust Company, 1209 Orange Street, Wilmington, DE  19801

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/11/06
        Date            Signature of Server
                        Morris, Nichols, Arsht & Tunnell
                        1201 N. Market St., Wilmington, DE  19801

                        *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure