## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ARCELOR FRANCE and ARCELOR ATLANTIQUE ET LORRAINE, | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 06-307-SLR |
| v. | ) ) ) | |
| MITTAL STEEL USA INC., | ) ) | |
| Defendant. | ) | |

## DECLARATION OF JOSEPH W. BERENATO, III IN SUPPORT OF MITTAL'S MOTION TO DISMISS THE COMPLAINT

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com

OF COUNSEL:

Joseph W. Berenato, III
Berenato, White & Stavish, LLC
6550 Rock Spring Drive, Ste. 240
Bethesda, Maryland 20817
(301) 896-0600

Attorneys for Defendant
Mittal Steel USA Inc.

Kenneth B. Herman
Ropes & Gray
1251 Avenue of the Americas
New York, New York 10020-1105
(212) 596-9020

Dated: May 23, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ARCELOR FRANCE and ARCELOR )
ATLANTIQUE ET LORRAINE, )
)
       Plaintiffs, )    C. A. No. 06-307-SLR
)
       v. )
)
MITTAL STEEL USA INC., )
)
       Defendant. )

## DECLARATION OF JOSEPH W. BERENATO, III IN SUPPORT OF MITTAL'S MOTION TO DISMISS THE COMPLAINT

Joseph W. Berenato, III, declares and states that:

1.    I am a citizen of the United States and represent Defendant in the above-styled matter.

2.    Attached as Exhibit 1 is a copy of the prosecution history of U.S. Patent No. 6,296,805.

3.    Attached as Exhibit 2 is an English translation of an article from the Luxembourg newspaper Le Jeudi which, I am informed, was provided to Defendant by a clipping service.

4.    Attached as Exhibit 3 is a true and correct copy of a letter dated May 15, 2006 from Philip A. Rovner, Esq. to Jack B. Blumenfeld, Esq.

5.    Attached as Exhibit 4 is a true and correct copy of a letter dated May 22, 2006 from Jack B. Blumenfeld, Esq. to Philip A. Rovner, Esq.

Further Declarant Sayeth Naught.

Subscribed to under penalty of perjury.

Dated: 5/23/06

                                          Joseph W. Berenato, III

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on May 23, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

# EXHIBIT 1 – PART 1

PATENT NUMBER

**6296805**

6296805

ISSUE CLASSIFICATION
Class 420 | Subclass 104

07/09/99

## U.S. UTILITY PATENT APPLICATION

| O.I.P.E. | PATENT DATE |
|---|---|
| SCANNED  BAU  Q.A  RG | OCT 0 2 2001 |

| CTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|
| | | | 1 1 2 1 5 | W |

FILED WITH: ☑ DISK (CRF) ☐ FICHE

(Attached in pocket on right inside flap)

---

## PREPARED AND APPROVED FOR ISSUE

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | |
|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | |
| 420 | 104 | 428 | 653 | 939 | | |
| INTERNATIONAL CLASSIFICATION | | 148 | 531 | 537 | | |
| 2 1 D | 8 / 0 2 | | | | | |
| 3 1 B | 15 / 0 0 | | | | | |
| 2 2 C | 38 / 0 6 | | | | | |
| 2 2 C | 24 / 9 0 | | | | | |
| | | | ☐ Continued on Issue Slip Inside File Jacket | | | |

---

| TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O G |
| | 0 | 8 | N/A | 16 | 1 |

☐ a) The term of this patent subsequent to _____ (date) has been disclaimed.

☐ b) The term of this patent shall not extend beyond the expiration date of U S Patent No. _____

☐ c) The terminal _____ months of this patent have been disclaimed.

(Assistant Examiner)  6/1/02  (Date)

DEBORAH JONES
SUPERVISORY PATENT EXAMINER
(Primary Examiner)  6/6/0  (Date)

(Legal Instruments Examiner)  6/8/0  (Date)

NOTICE OF ALLOWANCE MAILED

6-4-01

ISSUE FEE

| Amount Due | Date Paid |
|---|---|
| $1240.00 | 8-16-01 |

ISSUE BATCH NUMBER

H17

---

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368 Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

orm PTO-436A
Rev 6/98)

(LABEL AREA)

Exhibit 1, Page 1 of 127

PATENT APPLICATI

09350100

Jc526 U.S. P
09/350100

07/09/99

SEP 2 ? 9935.
INITIALS ____ ____ .

# CONTENTS

| | Date received (Incl. C. of M.) or Date Mailed | | | Date received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|---|
| Application _____ papers | | 42. _____ | | _____ |
| 2. Ltr. Ref Translation | 7-28-99 | 43. _____ | | _____ |
| 3. Translation | 9-27-99 | 44. _____ | | _____ |
| 4. Priority Paper | 7-9-99 | 45. _____ | | _____ |
| 5. Information Disclosure | 7-9-99 | 46. _____ | | _____ |
| 6. Letter | 10-27-99 | 47. _____ | | _____ |
| 7. Restriction | 9/27/00 | 48. _____ | | _____ |
| 8. _____ | 10/7/00 | 49. _____ | | _____ |
| 9. Rejection | 1-19-01 | 50. _____ | | _____ |
| 10. Ext(1) | 5-17-01 | 51. _____ | | _____ |
| 11. Amdt A | 5-17-01 | 52. _____ | | _____ |
| 12. Supple's Amd'T B | 8-4-01 | 53. _____ | | _____ |
| 13. 85b Chg of Addr to Cust # | 8-16-01 | 54 _____ | | _____ |
| 14. _____ | | 55 _____ | | _____ |
| 15. _____ | | 56 _____ | | _____ |
| 16. _____ | | 57. _____ | | _____ |
| 17. _____ | | 58. _____ | | _____ |
| 18. _____ | | 59. _____ | | _____ |
| 19. _____ | | 60. _____ | | _____ |
| 20. _____ | | 61. _____ | | _____ |
| 21. _____ | | 62 _____ | | _____ |
| 22. _____ | | 63. _____ | | _____ |
| 23. _____ | | 64. _____ | | _____ |
| 24. _____ | | 65. _____ | | _____ |
| 25. _____ | | 66. _____ | | _____ |
| 26. _____ | | 67. _____ | | _____ |
| 27. _____ | | 68. _____ | | _____ |
| 28. _____ | | 69. _____ | | _____ |
| 29. _____ | | 70. _____ | | _____ |
| 30. _____ | | 71. _____ | | _____ |
| 31. _____ | | 72. _____ | | _____ |
| 32. _____ | | 73. _____ | | _____ |
| 33. _____ | | 74. _____ | | _____ |
| 34. _____ | | 75. _____ | | _____ |
| 35. _____ | | 76. _____ | | _____ |
| 36. _____ | | 77. _____ | | _____ |
| 37. _____ | | 78. _____ | | _____ |
| 38. _____ | | 79. _____ | | _____ |
| 39. _____ | | 80. _____ | | _____ |
| 40. _____ | | 81. _____ | | _____ |
| 41. _____ | | 82. _____ | | _____ |

(LEFT OUTSIDE)

ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | PS | 66621 | 7/9/ 1-22-99 |
| O.I.P.E. CLASSIFIER | | | |
| FORMALITY REVIEW | | 64694 | 9-28-99 |

## INDEX OF CLAIMS

| | | | | |
|---|---|---|---|---|
| ✓ | Rejected | N | Non-elected |
| = | Allowed | I | Interference |
| − | (Through numeral) Canceled | A | Appeal |
| ÷ | Restricted | O | Objected |

| Claim | | Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 9/25 | 6/8 | | | | | | | | |
| 1 | 1 | ✓ | ✓ | | | | | | | | |
| 3 | 2 | ✓ | 6 | | | | | | | | |
| 5 | 3 | ✓ | | | | | | | | | |
| 7 | 4 | ✓ | | | | | | | | | |
| 9 | 5 | ✓ | | | | | | | | | |
| 11 | 6 | | ← | | | | | | | | |
| 13 | 7 | | − | | | | | | | | |
| | 8 | ← | | | | | | | | | |
| 15 | 9 | | = | | | | | | | | |
| 3 | 10 | | ← | | | | | | | | |
| 6 | 11 | | | | | | | | | | |
| 5 | 12 | | | | | | | | | | |
| 2 | 13 | | | | | | | | | | |
| 1 | 14 | | | | | | | | | | |
| 8 | 15 | | | | | | | | | | |
| 16 | 16 | | | | | | | | | | |
| 10 | 17 | | | − | | | | | | | |
| | 18 | | | | | | | | | | |
| | 19 | | | | | | | | | | |
| | 20 | | | | | | | | | | |
| | 21 | | | | | | | | | | |
| | 22 | | | | | | | | | | |
| | 23 | | | | | | | | | | |
| | 24 | | | | | | | | | | |
| | 25 | | | | | | | | | | |
| | 26 | | | | | | | | | | |
| | 27 | | | | | | | | | | |
| | 28 | | | | | | | | | | |
| | 29 | | | | | | | | | | |
| | 30 | | | | | | | | | | |
| | 31 | | | | | | | | | | |
| | 32 | | | | | | | | | | |
| | 33 | | | | | | | | | | |
| | 34 | | | | | | | | | | |
| | 35 | | | | | | | | | | |
| | 36 | | | | | | | | | | |
| | 37 | | | | | | | | | | |
| | 38 | | | | | | | | | | |
| | 39 | | | | | | | | | | |
| | 40 | | | | | | | | | | |
| | 41 | | | | | | | | | | |
| | 42 | | | | | | | | | | |
| | 43 | | | | | | | | | | |
| | 44 | | | | | | | | | | |
| | 45 | | | | | | | | | | |
| | 46 | | | | | | | | | | |
| | 47 | | | | | | | | | | |
| | 48 | | | | | | | | | | |
| | 49 | | | | | | | | | | |
| | 50 | | | | | | | | | | |

| Claim | | Date |
|---|---|---|
| Final | Original | |
| | 51 | |
| | 52 | |
| | 53 | |
| | 54 | |
| | 55 | |
| | 56 | |
| | 57 | |
| | 58 | |
| | 59 | |
| | 60 | |
| | 61 | |
| | 62 | |
| | 63 | |
| | 64 | |
| | 65 | |
| | 66 | |
| | 67 | |
| | 68 | |
| | 69 | |
| | 70 | |
| | 71 | |
| | 72 | |
| | 73 | |
| | 74 | |
| | 75 | |
| | 76 | |
| | 77 | |
| | 78 | |
| | 79 | |
| | 80 | |
| | 81 | |
| | 82 | |
| | 83 | |
| | 84 | |
| | 85 | |
| | 86 | |
| | 87 | |
| | 88 | |
| | 89 | |
| | 90 | |
| | 91 | |
| | 92 | |
| | 93 | |
| | 94 | |
| | 95 | |
| | 96 | |
| | 97 | |
| | 98 | |
| | 99 | |
| | 100 | |

| Claim | | Date |
|---|---|---|
| Final | Original | |
| | 101 | |
| | 102 | |
| | 103 | |
| | 104 | |
| | 105 | |
| | 106 | |
| | 107 | |
| | 108 | |
| | 109 | |
| | 110 | |
| | 111 | |
| | 112 | |
| | 113 | |
| | 114 | |
| | 115 | |
| | 116 | |
| | 117 | |
| | 118 | |
| | 119 | |
| | 120 | |
| | 121 | |
| | 122 | |
| | 123 | |
| | 124 | |
| | 125 | |
| | 126 | |
| | 127 | |
| | 128 | |
| | 129 | |
| | 130 | |
| | 131 | |
| | 132 | |
| | 133 | |
| | 134 | |
| | 135 | |
| | 136 | |
| | 137 | |
| | 138 | |
| | 139 | |
| | 140 | |
| | 141 | |
| | 142 | |
| | 143 | |
| | 144 | |
| | 145 | |
| | 146 | |
| | 147 | |
| | 148 | |
| | 149 | |
| | 150 | |

If more than 150 claims or 10 actions
staple additional sheet here



| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 428 | 653 939 | 1/15/01 | 90 |
| 420 | 104 | 1/15/02 | 90 |
| 148 | 537 531 | 5/31/01 | 90 |
| updat | | 5/31/02 | 90 |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | Date | Exmr. |
|---|---|---|
| 1st Search Steel, Al, B, Ti, W coating, plating, | 1/15/02 | 90 |
| Pulled dw John Zimmerman about USA search | 1/15/02 | 90 |
| Pulled w/ George Wyszomirski about USA Sean | 1/15/02 | 90 |

35
(1:7)

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 428 | 653 939 | 6/1/01 | 90 |
| 420 | 104 | 6/1/01 | 90 |
| 148 | 531 537 | 6/1/01 | 90 |

Exhibit 1, Page 5 of 127

PATENT APPLICATION SERIAL NO. _350100_

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

/1999 PSTAHBAC 00000014 09350100

```
:101              760.00 OP
:105              130.00 OP
:139              130.00 OP
```

PTO-1556
(5/87)
'U S GPO: 1998-433-214/80404

| **UTILITY<br>PATENT APPLICATION<br>TRANSMITTAL**<br>*(Only for new nonprovisional utility patent applications under 37 CFR 1 53(b))* | Attorney Docket No. | 4101-0238-55X |
| | First Inventor or Application Identifier | Jean-Pierre LAURENT, et al |
| | Title | Tôle d'acier laminée à chaud et à froid revêtue et comportant une très haute résistance après traitement thermique |

PTO                                                 PTO
07/09/99

| **APPLICATION ELEMENTS**<br>*See MPEP chapter 600 concerning utility patent application contents* | | **ADDRESS TO** | Assistant Commissioner for Patents<br>Box Patent Application<br>Washington, DC 20231 |

**ACCOMPANYING APPLICATION PARTS**

| 1 | ■ | Fee Transmittal Form (e.g. PTO/SB/17)<br>(Submit an original and a duplicate for fee processing) |
| 2 | ■ | Specification                                Total Pages | 11 |
| 3 | ☐ | Drawing(s) (35 U S C 113)  Total Sheets | |
| 4 | ☐ | Oath or Declaration                          Total Pages | |
| | a | ☐ | Newly executed (original or copy) |
| | b | ☐ | Copy from a prior application (37 C.F.R. §1 63(d))<br>(for continuation/divisional with box 18 completed) |
| | | i | ☐ | DELETION OF INVENTOR(S)<br>Signed statement attached deleting inventor(s) named<br>in the prior application, see 37 C.F.R. §1 63(d)(2) and<br>1 33(b) |
| 5 | ☐ | Incorporation By Reference (usable if box 4B is checked)<br>The entire disclosure of the prior application, from which a copy of the<br>oath or declaration is supplied under Box 4B, is considered to be part<br>of the disclosure of the accompanying application and is hereby<br>incorporated by reference therein. |

| 6 | ☐ | Assignment Papers (cover sheet & document(s)) |
| 7 | ☐ | 37 C F.R. §3.73(b) Statement   ☐ Power of Attorney<br>(when there is an assignee) |
| 8 | ☐ | English Translation Document (if applicable) |
| 9 | ■ | Information Disclosure    ■ Copies of IDS<br>Statement (IDS)/PTO-1449    Citations |
| 10 | ☐ | Preliminary Amendment |
| 11 | ■ | White Advance Serial No  Postcard |
| 12 | ☐ | Small Entity    Statement filed in prior<br>Statement(s)    ☐ application. Status still proper<br>and desired |
| 13 | ■ | Certified Copy of Priority Document(s)<br>(if foreign priority is claimed) |
| 14 | ■ | Other:  Request for Priority, French Search<br>Report, Translation of Categories of<br>Cited Documents, List of Inventors<br>Names and Addresses |

15  If a CONTINUING APPLICATION, check appropriate box  and supply the requisite information below:
☐ Continuation    ☐ Divisional    ☐ Continuation-in-part (CIP)   of prior application no :
*Prior application information:*    Examiner:    Group Art Unit:

16  Amend the specification by inserting before the first line the sentence:
☐ This application is a  ☐ Continuation   ☐ Division   ☐ Continuation-in-part (CIP)
of application Serial No    Filed on
☐ This application claims priority of provisional application Serial No    Filed

**17. CORRESPONDENCE ADDRESS**
OBLON, SPIVAK. MCCLELLAND, MAIER & NEUSTADT. P C
FOURTH FLOOR
1755 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VIRGINIA 22202
(703) 413-3000
FACSIMILE: (703) 413-2220

| Name: | Richard L. Treanor. Ph D.<br>Attorney of Record | Registration No : | 36,379 |
| Signature: | | Date: | 7/9/99 |
| Name: | | Registration No.: | |

Docket No        4101-0238-55X

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

INVENTOR(S)  Jean-Pierre LAURENT, et al

SERIAL NO:   New Application

FILING DATE: Herewith

FOR:         Tôle d'acier laminée à chaud et à froid revêtue et comportant une très haute résistance après traitement thermique

### FEE TRANSMITTAL

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D C  20231

| FOR | NUMBER FILED | | NUMBER EXTRA | RATE | CALCULATIONS |
|---|---|---|---|---|---|
| TOTAL CLAIMS | 8 | - 20 = | 0 | × $18 = | $0.00 |
| INDEPENDENT CLAIMS | 1 | - 3 = | 0 | × $78 = | $0.00 |
| ☐  MULTIPLE DEPENDENT CLAIMS (If applicable) | | | | + $260 = | $0.00 |
| ■  LATE FILING OF DECLARATION | | | | + $130 = | $130.00 |
| | | | | BASIC FEE | $760.00 |
| TOTAL OF ABOVE CALCULATIONS | | | | | $890.00 |
| ☐  REDUCTION BY 50% FOR FILING BY SMALL ENTITY | | | | | $0.00 |
| ■  FILING IN NON-ENGLISH LANGUAGE | | | | + $130 = | $130.00 |
| ☐  RECORDATION OF ASSIGNMENT | | | | + $40 = | $0.00 |
| | | | | TOTAL | $1,020.00 |

☐  Please charge Deposit Account No  15-0030 in the amount of            A duplicate copy of this sheet is enclosed

■  A check in the amount of        $1,020.00    to cover the filing fee is enclosed

■  The Commissioner is hereby authorized to charge any additional fees which may be required for the papers being filed herewith and for which no check is enclosed herewith. or credit any overpayment to Deposit Account No  15-0030
I A duplicate copy of this sheet is enclosed

Respectfully Submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P C

Date: _7/9/99_

Richard L. Treanor, Ph D
Attorney of Record
Registration No    36,379

Fourth Floor
1755 Jefferson Davis Highway
Arlington. Virginia 22202
Tel (703) 413-3000
Fax. (703) 413-2220
(OSMMN 11/98)

Docket No     4101-0238-55X

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

INVENTOR(S)  Jean-Pierre LAURENT, et al

SERIAL NO:   New Application

FILING DATE:  Herewith

FOR:         Tôle d'acier laminée à chaud et à froid revêtue et comportant une très haute résistance après traitement thermique

### FEE TRANSMITTAL

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

| FOR | NUMBER FILED | NUMBER EXTRA | RATE | CALCULATIONS |
|---|---|---|---|---|
| TOTAL CLAIMS | 8 - 20 = | 0 | × $18 = | $0.00 |
| INDEPENDENT CLAIMS | 1 - 3 = | 0 | × $78 = | $0.00 |
| ☐   MULTIPLE DEPENDENT CLAIMS (If applicable) | | | + $260 = | $0.00 |
| ■   LATE FILING OF DECLARATION | | | + $130 = | $130.00 |
| | | | BASIC FEE | $760.00 |
| TOTAL OF ABOVE CALCULATIONS | | | | $890.00 |
| ☐   REDUCTION BY 50% FOR FILING BY SMALL ENTITY | | | | $0.00 |
| ■   FILING IN NON-ENGLISH LANGUAGE | | | + $130 = | $130.00 |
| ☐   RECORDATION OF ASSIGNMENT | | | + $40 = | $0.00 |
| | | | TOTAL | $1,020.00 |

☐   Please charge Deposit Account No  15-0030 in the amount of          A duplicate copy of this sheet is enclosed

■   A check in the amount of     $1,020.00   to cover the filing fee is enclosed

■   The Commissioner is hereby authorized to charge any additional fees which may be required for the papers being filed herewith and for which no check is enclosed herewith, or credit any overpayment to Deposit Account No  15-0030. A duplicate copy of this sheet is enclosed.

Respectfully Submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.

Date:  7/9/99

Fourth Floor
1755 Jefferson Davis Highway
Arlington, Virginia 22202
Tel (703) 413-3000
Fax (703) 413-2220
(OSMMN 11/98)

Richard L. Treanor, Ph.D.
Attorney of Record
Registration No.  36,379

Docket No.    4101-0238-55X

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:   Jean-Pierre LAURENT, et al

FILING DATE:  Herewith

FOR:         Tôle d'acier laminée à chaud et à froid revêtue et comportant une très haute résistance
             après traitement thermique

### LIST OF INVENTORS' NAMES AND ADDRESSES

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C  20231

SIR:

Listed below are the names and addresses of the inventors for the above-identified patent application.

| | |
|---|---|
| Jean-Pierre LAURENT | 20H Chemin de la Marine<br>13800 - ISTRES, FRANCE |
| Jean-Paul HENNECHART | 58 A Avenue André PAYER<br>08200 - FLOING, FRANCE |
| Dominique SPEHNER | 2 Avenue de Verdum<br>08200 - SEDAN, FRANCE |
| Jacques DEVROC | Bât 2 - "LA LAUZE" - Avenue Jean MOULIN<br>13300 - SALON DE PROVENCE, FRANCE |

A declaration containing all the necessary information will be submitted at a later date

Respectfully Submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P C

Richard L. Treanor, Ph.D
Attorney of Record
Registration No   36,379

Fourth Floor
1755 Jefferson Davis Highway
Arlington, Virginia 22202
Tel. (703) 413-3000
Fax. (703) 413-2220
(OSMMN 11/98)

SOLLAC

**Tôle d'acier laminée à chaud et à froid revêtue et comportant une très haute résistance après traitement thermique.**

<u>Abrégé technique de l'invention.</u>

Tôle d'acier laminée à chaud et pouvant être ensuite laminée à froid, revêtue, l'acier de la tôle ayant la composition pondérale suivante :

0,15% < carbone < 0,5%

0,5% < manganèse < 3%

0,1% < silicium  < 0,5%

0,01% < chrome < 1%,

titane < 0,2%,

aluminium < 0,1%,

phosphore < 0,1%,

soufre < 0,05%,

0,0005%  <  bore  <  0,08%, le solde étant du fer et des impuretés inhérentes à l'élaboration, la tôle assurant une très haute résistance mécanique après traitement thermique et le revêtement à base d'aluminium assurant une haute tenue à la corrosion.

Figure: néant.

1

# Tôle d'acier laminée à chaud et à froid revêtue et comportant une très haute résistance après traitement thermique.

L'invention concerne une tôle d'acier laminée à chaud et à froid, revêtue et comportant une très haute résistance après traitement thermique.

5       Dans ce domaine technique, les solutions proposées entraînant une augmentation des caractéristiques mécaniques se fait au détriment des propriétés de mise en forme. Il existe une solution consistant à séparer les propriétés de mise en forme et celles nécessaires à l'emploi. Les caractéristiques nécessaires à l'emploi sont obtenues par un traitement
10 thermique postérieur ou concomitant à la mise en forme. Dans ce cas, les tôles proposées ne sont pas livrées revêtues pour des problèmes de tenues du revêtement lors du traitement thermique. Le revêtement est donc effectué sur pièces finies ce qui nécessite un nettoyage soigné des surfaces et des parties creuses. De plus le traitement thermique doit être effectué sous atmosphère
15 contrôlée afin d'éviter toute décarburation et oxydation du métal de la tôle. Les tôles en acier pour traitement thermique ne possèdent pas de pré-revêtement ce qui nécessite des post traitements de dégraissage, décapage et revêtement.

Lors du revêtement en continu des produits plats laminés à chaud et à froid, le recuit préalable et le refroidissement précédent ou suivant l'opération
20 de revêtement, à base de zinc ou d'aluminium, ne sont utilisés que pour amener la tôle à une température proche de celle du bain ou pour restaurer les propriétés mécaniques de la tôle dégradées lors de laminage à froid. Ces cycles thermiques sont choisis en fonction de la composition de l'acier afin qu'aucune transformation allotropique n'ait lieu lors du cycle thermique,
25 l'objectif étant d'obtenir des caractéristiques mécaniques similaires à celles mesurées sur les tôles d'acier livrées non revêtues.

Le but de l'invention est de produire une tôle d'acier laminée à chaud ou à froid d'une épaisseur désirée, revêtue, et présentant des possibilités de mise en forme étendues et qui après traitement thermique effectué sur la pièce
30 finie, permette d'obtenir une résistance mécanique supérieure à 1000 MPa, une résistance aux chocs, à la fatigue, à l'abrasion et à l'usure importante tout en conservant une bonne résistance à la corrosion ainsi qu'une bonne aptitude

2

à la peinture et au collage. Il est également possible de réaliser la mise en forme à chaud avec trempe dans l'outil permettant d'obtenir les mêmes propriétés.

L'invention a pour objet une tôle d'acier laminée à chaud, pouvant être ensuite laminée à froid, revêtue, l'acier de la tôle ayant la composition pondérale suivante :

0,15% < carbone < 0,5%

0,5% < manganèse < 3%

0,1% < silicium < 0,5%

0,01% < chrome < 1%,

titane < 0,2%,

aluminium < 0,1%,

phosphore < 0,1%,

soufre < 0,05%,

0,0005% < bore < 0,08%, le solde étant du fer et des impuretés inhérentes à l'élaboration, la tôle assurant une très haute résistance mécanique après traitement thermique et le revêtement à base d'aluminium assurant une haute tenue à la corrosion.

Les autres caractéristiques de l'invention sont:

5   - la composition pondérale de la tôle est de préférence la suivante:

0,20% < carbone < 0,5%

0,8% < manganèse < 1,5%

0,1% < silicium < 0,35%

0,01% < chrome < 1%,

10  titane < 0,1%,

aluminium < 0,1%,

phosphore < 0,05%,

soufre < 0,03%,

0,0005% < bore < 0,01%, le solde étant du fer et des impuretés

15  inhérentes à l'élaboration.

3

- dans la composition pondérale de la tôle, la teneur en titane par rapport à la teneur en azote est supérieure à 3,42, le bore ne pouvant plus être combiné à l'azote

- le bain métallique pour le revêtement comprend dans sa composition pondérale de base, de 9% à 10% de silicium, de 2% à 3,5% de fer, le solde étant de l'aluminium.

- le bain métallique pour le revêtement comprend dans sa composition pondérale de base, de 2% à 4% de fer, le solde étant de l'aluminium

L'invention concerne également un procédé de réalisation d'une pièce à partir de la tôle revêtue dans lequel après mise en forme, le revêtement de la pièce est soumis à une élévation de température à une vitesse supérieure à 5°C/ seconde pouvant dépasser 600°C/seconde.

Une autre caractéristique du procédé est:

- le revêtement et la pièce sont chauffés à une température supérieure à 750°C.

L'invention concerne aussi l'utilisation de la tôle d'acier laminée à chaud et pouvant être ensuite laminée à froid et revêtue, pour des pièces de structure et /ou anti-intrusion ou de soubassement pour véhicule terrestre à moteur comme par exemple une poutre de pare choc, un renfort de portière, un bras de roue

La description qui suit fera bien comprendre l'invention

La tôle selon l'invention qui est issue, du fait de son élaboration, d'un train de laminage à chaud, peut éventuellement être relaminée à froid en fonction de l'épaisseur finale désirée. Elle est ensuite revêtue d'un revêtement à base d'aluminium, par exemple au trempé dans un bain comportant en outre, de 8% à 11% de silicium, de 2% à 4% de fer, la tôle présentant une haute résistance mécanique après traitement thermique et une haute tenue à la corrosion, ainsi qu'une bonne aptitude à la peinture et au collage

Le revêtement a notamment pour fonction de protéger la tôle de base contre la corrosion à chaud comme à froid. Les caractéristiques mécaniques à l'état de livraison de la tôle selon l'invention autorisent une grande variété de mise en forme en particulier un emboutissage profond. Le

4

traitement thermique appliqué lors d'un procédé de formage à chaud ou après la mise en forme permet d'obtenir des caractéristiques mécaniques élevées pouvant dépasser 1500 MPa pour la résistance mécanique et 1200 MPa pour la limite d'élasticité. Les caractéristiques mécaniques finales sont adaptables
5  et dépendent de la teneur en carbone de l'acier et du traitement thermique.

Lors du traitement thermique réalisé sur pièce finie ou lors d'un procédé de formage à chaud, le revêtement forme une couche présentant une grande résistance à l'abrasion, l'usure, la fatigue, le choc ainsi qu'une bonne tenue à la corrosion et une bonne aptitude à la peinture et au collage.

10  Selon l'invention l'acier dont la composition pondérale est la suivante :

0,15% < carbone < 0,5%

0,5% < manganèse < 3%

0,1% < silicium < 0,5%

0,01% < chrome < 1%,

15  titane < 0,2%,

aluminium < 0,1%,

phosphore < 0,1%,

soufre < 0,05%,

0,0005% < bore < 0,08%, le solde étant du fer et des impuretés
20  inhérentes à l'élaboration est élaboré sous la forme d'une tôle laminée à chaud et éventuellement laminée à froid pour obtenir l'épaisseur désirée. La tôle d'acier est ensuite revêtue au trempé, après décapage, dans un bain d'aluminium contenant, soit de 8% à 11% de silicium et 2% à 4% de fer, soit de 2% à 4% de fer ou encore dans un bain d'aluminium contenant de préférence
25  de 9% à 10% de silicium et 2% à 3,5% de fer.

Dans un exemple de réalisation, d'un revêtement de la tôle au trempé dans un bain métallique contenant un alliage d'aluminium comprenant une proportion d'environ 90% d'aluminium, la couche de revêtement comporte une première couche d'alliage en contact avec la surface de l'acier. Cette couche,
30  directement en contact avec la surface de la tôle est fortement alliée en fer.

0960470000356060

5

Une seconde couche de revêtement, au dessus de la première, contient environ, 90% d'aluminium et peut contenir, en fonction de la composition du bain, du silicium et un peu de fer.

La première couche d'alliage peut se fissurer lorsque la tôle est mise en

5    forme pour la fabrication de pièces.

Selon l'invention, après la mise en forme de la pièce, le revêtement est soumis à une élévation de température à une vitesse supérieure à 5°C/ seconde pouvant dépasser 600°C/ seconde. Cette montée en température permet une refusion rapide de l'aluminium qui colmate les fissures engendrées

10   par l'opération de mise en forme de la pièce.

Un autre intérêt de l'invention réside dans le fait que la diffusion du fer dans le revêtement sera initié à haute température. On aura donc une meilleure cohésion entre revêtement et l'acier de la tôle. Dans une autre forme de l'invention, le traitement thermique peut être effectué localement, dans des

15   zones fortement déformées.

Dans un exemple de réalisation, la tôle d'acier selon l'invention contenant 0,21% de carbone; 1,14% de manganèse; 0,020% de phosphore; 0,0038% de soufre; 0,25% de silicium; 0,040% d'aluminium; 0,009% de cuivre; 0,020% de nickel; 0,18% de chrome; 0,0040% d'azote; 0,032% de titane;

20   0,003% de bore; 0,0050% de calcium est revêtue d'une couche à base d'aluminium ayant environ 20 μm d'épaisseur.

Selon l'invention, la tôle, à l'état de livraison en bobine ou en feuilles, dont l'épaisseur peut être comprise entre 0,25 mm et 15 mm a de bonnes propriétés de mise en forme ainsi qu'une bonne résistance à la corrosion ainsi

25   qu'une bonne aptitude à la peinture et au collage.

La tôle, produit sidérurgique revêtu, présente une résistance importante à la corrosion à l'état de livraison, pendant la mise en forme et les traitements thermiques ainsi que pendant l'usage de la pièce finie. Après traitement thermique, on obtient une résistance mécanique importante pouvant dépasser

30   1500 MPa. La présence du revêtement lors du traitement thermique des pièces permet d'éviter toute décarburation du métal de base ainsi que toute oxydation. Cela est un avantage indéniable, notamment, dans le cas de la mise en forme

6

à chaud. De plus, le chauffage de la pièce traitée ne nécessite pas un four ayant une atmosphère contrôlée pour éviter une décarburation.

Le traitement thermique du métal de la tôle consiste en un chauffage à une température comprise entre Ac1, température de début de transformation austénitique, par exemple, 750°C et 1200°C, dans un four, pendant un temps qui est fonction de la température à atteindre et l'épaisseur de la tôle de la pièce. La composition est optimisée afin de limiter le grossissement des grains lors du traitement thermique. Si la structure visée est totalement martensitique, la température de maintien doit être supérieure à Ac3, par exemple 840°C, température de fin de formation austénitique. Le maintien en température doit être suivi d'un refroidissement adapté à la structure finale visée. Pour une structure totalement martensitique et pour un acier ayant la composition de l'exemple, la vitesse de refroidissement doit être supérieure à la vitesse critique de trempe qui est 27°C/s pour une austénitisation à 900°C pendant 5 mn, la tôle ayant une épaisseur de 1 mm environ.

Il est également possible d'obtenir des structures notamment, ferrito-bainitiques, ou ferrito-martensitiques, par un chauffage à une température comprise entre Ac1, par exemple, 750°C et Ac3, par exemple, 840°C suivi d'un refroidissement approprié. Suivant le niveau de résistance à atteindre et le traitement thermique appliqué, une ou plusieurs des ces phases sont présentes dans des proportions variables. Pour des niveaux de résistance les plus élevés, la structure est majoritairement composée de martensite.

Le chrome, le manganèse, le bore et le carbone sont ajoutés, dans la composition de l'acier selon l'invention, pour leur influence sur la trempabilité. De plus, le carbone permet d'atteindre de hautes caractéristiques mécaniques grâce à son effet sur la dureté de la martensite.

L'aluminium est introduit dans la composition afin de piéger l'oxygène et de protéger l'efficacité du bore.

Le titane dont le rapport de la teneur par rapport à la teneur en azote doit être supérieure à 3,42 est introduit afin d'éviter la combinaison du bore avec l'azote, l'azote étant combiné avec le titane.

7

Les éléments d'alliages, Mn, Cr, B, permettent une trempabilité autorisant la trempe dans les outils d'emboutissage ou l'utilisation de fluides de trempe peu sévères limitant la déformation des pièces lors du traitement thermique. De plus la composition selon l'invention est optimisée du point de

5    vue de la soudabilité.

L'acier de la tôle peut subir un traitement de globulisation des sulfures effectué avec du calcium qui a pour effet d'améliorer la résistance à la fatigue de la tôle.

L'acier est particulièrement adapté pour la réalisation de pièces de

10   structure et anti intrusion.

Le revêtement proposé permet d'éviter différentes opérations de préparation de surface comme pour les tôles en acier pour traitement thermique ne possédant pas de revêtement.

La modulation des paramètres de traitement thermique permet

15   d'atteindre, avec une composition donnée, différents niveaux de résistance en tôle à chaud et en tôle à froid suivant l'épaisseur visée.

Lors du traitement thermique, le revêtement à base par exemple d'aluminium se transforme en une couche alliée au fer et comportant différentes phases dépendant du traitement thermique et présentant une

20   grande dureté pouvant dépasser 600HV100g.

Le tableau 2 présente un exemple de résistance maximale de la tôle d'acier selon l'invention après traitement thermique.

| Traitement | Rm (Mpa) |
|---|---|
| thermique | |
| | |
| 850°C/5 mn | 1695 |
| 900°C/5 mn | 1675 |
| 950°C/5 mn | 1665 |

25

30




9

## REVENDICATIONS

1. Tôle d'acier laminée à chaud, pouvant être ensuite laminée à froid, revêtue, l'acier de la tôle ayant la composition pondérale suivante :

0,15% < carbone < 0,5%

0,5% < manganèse < 3%

0,1% < silicium < 0,5%

0,01% < chrome < 1%,

titane < 0,2%,

aluminium < 0,1%,

phosphore < 0,1%,

soufre < 0,05%,

0,0005% < bore < 0,08%, le solde étant du fer et des impuretés inhérentes à l'élaboration, la tôle assurant une très haute résistance mécanique après traitement thermique et le revêtement à base d'aluminium assurant une haute tenue à la corrosion.

2. Tôle revêtue selon la revendication 1, caractérisée en ce que la composition pondérale de la tôle est de préférence la suivante:

0,20% < carbone < 0,5%

0,8% < manganèse < 1,5%

0,1% < silicium < 0,35%

0,01% < chrome < 1%,

titane < 0,1%,

aluminium < 0,1%,

phosphore < 0,05%,

soufre < 0,03%,

0,0005% < bore < 0,01%, le solde étant du fer et des impuretés inhérentes à l'élaboration.

10

3. Tôle revêtue selon la revendication 1, caractérisée en ce que, dans la composition pondérale de la tôle, la teneur en titane par rapport à la teneur en azote est supérieure à 3,42, le bore ne pouvant plus être combiné à l'azote.

5  4. Tôle revêtue selon la revendication 1, caractérisée en ce que le bain métallique pour le revêtement comprend dans sa composition pondérale de base, de 9% à 10% de silicium, de 2% à 3,5% de fer, le solde étant de l'aluminium.

10  5. Tôle selon la revendication 1, caractérisée en ce que le bain métallique pour le revêtement comprend dans sa composition pondérale de base, de 2% à 4% de fer, le solde étant de l'aluminium.

6. Procédé de réalisation d'une pièce à partir de la tôle revêtue selon les
15  revendications 1 à 5, caractérisé en ce que après mise en forme, le revêtement de la pièce est soumis à une élévation de température à une vitesse supérieure à 5°C/ seconde pouvant dépasser 600°C/seconde.

7. Procédé selon la revendication 6 caractérisé en ce que le revêtement
20  et la pièce sont chauffés à une température supérieure à 750°C.

8. Utilisation de la tôle d'acier laminée à chaud et pouvant être ensuite laminée à froid et revêtue, selon les revendications 1 à 5 , pour des pièces de structure et /ou anti-intrusion ou de soubassement pour véhicule terrestre à
25  moteur.

Translation of Category of Cited Documents in attached foreign language Search Report:

X:  particularly relevant if taken alone

Y:  particularly relevant if combined with another document of the same category

A:  relevant to at least one claim or as technological
    background

O:  non-written disclosure

P:  intermediate document

T:  theory or principle underlying the invention

E:  document entitled to a date prior to the filing date but which was not published until the
    filing date or a later date

D:  cited in the application

L:  cited for other reasons

&:  member of the same patent family, corresponding document

REPUBLIQUE FRANÇAISE

INSTITUT NATIONAL
de la
PROPRIETE INDUSTRIELLE

**RAPPORT DE RECHERCHE**
**PRELIMINAIRE**
établi sur la base des dernières revendications
déposées avant le commencement de la recherche

N° d'enregistrement
national

FA 564432
FR 9808793

| | DOCUMENTS CONSIDERES COMME PERTINENTS | Revendications concernées de la demande examinée |
|---|---|---|
| Catégorie | Citation du document avec indication, en cas de besoin, des parties pertinentes | |
| X | PATENT ABSTRACTS OF JAPAN<br>vol. 15, no. 017 (C-796), 14 janvier 1991<br>& JP 02 263954 A (SUMITOMO METAL<br>IND.LTD.), 26 octobre 1990<br>* abrégé * | 1,2 |
| Y | PATENT ABSTRACTS OF JAPAN<br>vol. 13, no. 457 (C-644), 16 octobre 1989<br>& JP 01 176056 A (AICHI STEEL WORKS<br>LTD.), 12 juillet 1989<br>* abrégé * | 1-3 |
| Y | US 5 178 688 A (YU ET AL.;SAMSUNG HEAVY<br>INDUSTRIES) 12 janvier 1993<br>* le document en entier * | 1-3 |
| Y | FR 2 625 227 A (INTRAVISS S.N.)<br>30 juin 1989<br>* revendications 1-3 * | 1,2 |
| Y | PATENT ABSTRACTS OF JAPAN<br>vol. 18, no. 523 (C-1256), 4 octobre 1994<br>& JP 06 179944 A (NIPPON STEEL CORP.),<br>28 juin 1994<br>* abrégé * | 1 |
| Y | PATENT ABSTRACTS OF JAPAN<br>vol. 18, no. 004 (C-1149), 6 janvier 1994<br>& JP 05 247588 A (NIPPON STEEL CORP.),<br>24 septembre 1993<br>* abrégé * | 1 |

DOMAINES TECHNIQUES
RECHERCHES   (Int CL.6)

C22C

1

EPO FORM 1503 03.82 (P04C13)

| Date d'achèvement de la recherche | Examinateur |
|---|---|
| 5 mars 1999 | Lippens, M |

CATEGORIE DES DOCUMENTS CITES

X : particulièrement pertinent à lui seul
Y : particulièrement pertinent en combinaison avecun
autre document de la même catégorie
A : pertinent à l'encontre d'au moins une revendication
ou arrière-plan technologique général
O : divulgation non-écrite
P : document intercalaire

T : théorie ou principe à la base de l'invention
E : document de brevet bénéficiant d'une date antérieure
à la date de dépôt et qui n'a été publié qu'à cette date
de dépôt ou qu'à une date postérieure
D : cité dans la demande
L : cité pour d'autres raisons
...............................................
& : membre de la même famille, document correspondant

ANNEXE AU RAPPORT DE RECHERCHE PRELIMINAIRE
RELATIF A LA DEMANDE DE BREVET FRANÇAIS NO.

FA 564432
FR 9808793

La présente annexe indique les membres de la famille de brevets relatifs aux documents brevets cités dans le rapport de recherche préliminaire visé ci-dessus.
Lesdits membres sont contenus au fichier informatique de l'Office européen des brevets à la date du
Les renseignements fournis sont donnés à titre indicatif et n'engagent pas la responsabilité de l'Office européen des brevets,
ni de l'Administration française

05-03-1999

| Document brevet cité au rapport de recherche | | Date de publication | Membre(s) de la famille de brevet(s) | | Date de publication |
|---|---|---|---|---|---|
| US 5178688 | A | 12-01-1993 | KR | 9402139 B | 18-03-1994 |
| | | | DE | 4143270 A | 03-06-1993 |
| | | | FR | 2684392 A | 04-06-1993 |
| | | | GB | 2261879 A,B | 02-06-1993 |
| | | | IT | 1252862 B | 28-06-1995 |
| | | | JP | 6093375 A | 05-04-1994 |
| FR 2625227 | A | 30-06-1989 | AUCUN | | |

EPO FORM P0465

Pour tout renseignement concernant cette annexe : voir Journal Officiel de l'Office européen des brevets, No 12/82

Exhibit 1, Page 24 of 127

Exhibit 1, Page 25 of 127



**UNITED ST.... ...S DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:    COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 09/3 6/160    0/703/99    LAURENT | | 1    4101 0208-45 | |

0212/0728                              HOT ASSIGNED ✕ ②

FOLDE & FRIEND MCCLELLAND
1001 J. HUDSTADT PC
1795 JEFFERSON DAVIS HIGHWAY                                    0000
FOURTH FLOOR
ARLINGTON VA 22202                       DATE MAILED:        0/728/9 .

## NOTICE TO FILE MISSING PARTS OF APPLICATION
### Filing Date Granted

An Application Number and Filing Date have been assigned to this application. The items indicated below, however, are missing. Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a). If any of items 1 or 3 through 5 are indicated as missing, the SURCHARGE set forth in 37 CFR 1.16(e) of ☐ $65.00 for a small entity in compliance with 37 CFR 1.27, or ☐ $130.00 for a non-small entity, must also be timely submitted in reply to this NOTICE to avoid abandonment.

If all required items on this form are filed within the period set above, the total amount owed by applicant as a ☐ small entity (statement filed) ☑ non-small entity is $———————— 0 ————————.

☐ 1.  The statutory basic filing fee is:
    ☐ missing.
    ☐ insufficient.
    Applicant must submit $——————————— to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27)

☐ 2.  The following additional claims fees are due:
    $——————— for ——————— total claims over 20
    $——————— for ——————— independent claims over 3.
    $——————— for multiple dependent claim surcharge.
    Applicant must either submit the additional claim fees or cancel additional claims for which fees are due

☐ 3.  The oath or declaration:
    ☐ is missing or unsigned.
    ☐ does not cover the newly submitted items.
    An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date is required.

☐ 4.  The signature(s) to the oath or declaration is/are by a person other than inventor or person qualified under 37 CFR 1.42, 1.43 or 1.47.
    A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date. is required

☐ 5.  The signature of the following joint inventor(s) is missing from the oath or declaration:
    ————————————————————————————————————————
    An oath or declaration in compliance with 37 CFR 1.63 listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required

☐ 6.  A $50.00 processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

☐ 7.  Your filing receipt was mailed in error because your check was returned without payment.

☐ 8.  The application was filed in a language other than English.
    Applicant must file a verified English translation of the application, the $130.00 set forth in 37 CFR 1.17(k), unless previously submitted, and a statement that the translation is accurate (37 CFR 1.52(d)).

☑ 9.  OTHER: _English  Translation  needed._

Direct the reply and any questions about this notice to "Attention: Box Missing Parts."

### A copy of this notice MUST be returned with the reply.

_[signature]_

Customer Service Center
Initial Patent Examination Division (703) 308-1202

U.S GPO: 1998—445-824

OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.

ATTORNEYS AT LAW

FOURTH FLOOR
1755 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VIRGINIA 22202 U S A

(703) 413-3000

(703) 413-2220 FACSIMILE

OBLONPAT@OBLON COM

WWW.OBLON.COM

PATENT, TRADEMARK AND COPYRIGHT LAW
AND RELATED FEDERAL AND ITC LITIGATION



NORMAN F ORLON
MARVIN J SPIVAK
C IRVIN McCLELLAND
GREGORY E MAIER
ARTHUR I NEUSTADT
RICHARD D. KELLY
ECKHARD H. KUESTERS
ROBERT T POUS
DAVID J KERA
CHARLES L GHOLZ
VINCENT S. SUNDERDICK
WILLIAM E. BEAUMONT
ROBERT E GNUSE
JEAN-PAUL LAVALLEYE, PH D
JEFFREY H. KAUFMAN
BRIAN D ANDERSON
ROBERTA S BREN
STEPHEN G. BAXTER, PH D
MARTIN M. ZOLTICK
ROBERT W. HAHL, PH D
RICHARD L. TREANOR, PH D
STEVEN P WEIHROUCH
JOHN T GOOLKASIAN*
RICHARD L. CHINN, PH D
STEVEN E. LIPMAN
CARL E. SCHLIER
P JAY HINES
JAMES J. KULBASKI
RICHARD A. HOFELD, PH D
J DEREK MASON, PH D
SURINDER SACHAR
JONATHAN HUDIS
CHRISTINA M. DADIANO
JEFFREY B. McINTYRE*
PAUL E. RAUCH, PH D

GERALD J. MOSSINGHOFF

MILTON STERMAN
SAMUEL H. BLECH*
JOHN D. TRESANSKY
ALTON D. ROLLINS
JAMES R. ROLEY*
HARRIS A. PITLICK*
RAYMOND F CARDILLO, JR
WILLIAM T. ENOS*
JORDAN S. WEINSTEIN

MASAYATSU MON**

FRANK J. WEST*
BRADLEY D. LYTLE
KATHLEEN COONEYMORTON*
ANDREW M. OLLIS
MARGO LMBAY, PH D
MICHAEL A. GUILIANA*
CORWIN R UMBACH, PH D
W. TODD BAKER*
DAVID DITHAILA
JOSEPH A SCAFETTA, JR
FREDERICK O. WASTINE, PH D
MICHAEL R. CASEY, PH D
JOHN K. PIKE, PH D
GEORGE F LESMES*
JAMES J. KELLY, PH D
CARLOS R. VILLAMAR*
DAVID A. BLOCKLAU*
STAMATIOS MYLONAKIS, PH D
ROBERT C. MATTSON*
PHILIPPE J.C. SIGNORE, PH D
KEVIN A. NENDERESG*

* BAR MEMBERSHIP OTHER
THAN VIRGINIA
§ JAPANESE PATENT ATTORNEY
° REGISTERED PATENT AGENT

ATTN: APPLICATION BRANCH

## THIS IS A RESPONSE TO A NOTICE TO FILE MISSING PARTS OF AN APPLICATION

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D C 20231

Re:  Inventor:    JEAN-PIERRE LAURENT ET AL

Serial No:   09/350,100

Filed:      July 9, 1999

For:       COATED HOT- AND COLD-ROLLED STEEL SHEET COMPRISING A HIGH RESISTANCE AFTER THERMAL TREATMENT

SIR:

Attached hereto for filing are the following papers:

Notice to File Missing Parts of Application (return copy), Filing of Declaration Under 37 C.F.R. 1.53(f), Declaration and Power of Attorney for Patent Application (4pp. Executed), Filing of Certified English Translation Under 37 C.F.R. 1.17(k), Certified English Translation of Specification as filed July 9, 1999 (11pp., 8 claims, 0 drawings).

Our check in the amount of $0.00 is attached covering any required fees. In the event that any variance exists between the amount enclosed and the Patent Office charges for filing the above-noted documents, including any fees required under 37 CFR 1.136 for any necessary Extension of Time to make the filing of the attached documents timely, please charge or credit the difference to our Deposit Account No. 15-0030. Further, if these papers are not considered timely filed, then a petition is hereby made under 37 CFR 1.136 for the necessary extension of time. A duplicate of this sheet is enclosed.

Respectfully Submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.

Docket No    4101-0238-55X

Fourth Floor
1755 Jefferson Davis Highway
Arlington, Virginia 22202
Tel (703) 413-3000
Fax (703) 413-2220
(OSMMN 10/98)

Richard L. Treanor, Ph D
Attorney of Record
Registration No    36,379



OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.

ATTORNEYS AT LAW

Fourth Floor
1755 Jefferson Davis Highway
Arlington, Virginia 22202 U S A

(703) 413-3000

(703) 413-2220 Facsimile

OBLONPAT@OBLON COM

WWW OBLON COM

PATENT, TRADEMARK AND COPYRIGHT LAW
AND RELATED FEDERAL AND ITC LITIGATION

NORMAN F OBLON
MARVIN J SPIVAK
C IRVIN McCLELLAND
GREGORY J MAIER
ARTHUR I NEUSTADT
RICHARD D KELLY
JAMES D HAMILTON
ECKHARD H KUESSTERS
ROBERT T POUS
DAVID J KERA
CHARLES L GHOLZ
VINCENT J SUNDERDICK*
WILLIAM E BEAUMONT
ROBERT F GNUSE
JEAN-PAUL LAVALLEYE, PH D
JEFFREY H KAUFMAN
BRIAN D ANDERSON
ROBERTA S BREN
STEPHEN G BAXTER, PH D
MARTIN M ZOLTICK
ROBERT W HAHL, PH D
RICHARD L TREANOR, PH D
STEVEN P WEIHROUCH
JOHN T GODDLARSIAN*
RICHARD L EMMA, PH D
STEVEN E LIPMAN
CARL E SCHLIER
P JAY HINES
JAMES J KULBASKI
RICHARD A HEFELD, PH D
F DEREK MASON, PH D
SURINDER SACHAR
JONATHAN HUGIS
CHRISTINA M GADIANO
JEFFREY B McINTYRE*
PAUL E RAUCH, PH D

GERALD J MOSSINGHOFF

MILTON STERMAN
SAMUEL H BLECH*
JOHN Q TRESANSKY
ALTON D ROLLINS
JAMES R ROLLINS
HARRIS A PITLICK*
RAYMOND F CARDILLO JR
WILLIAM T ENOS*
JORDAN S WEINSTEIN

MASAYASU MORI †

FRANK A WEST*
BRADLEY D LYTLE
KATHLEEN COONEY-PORTER
ANDREW M OLLIS
MARCO JMESA, PH D
MICHAEL A CISUAHNA*
CORINN P UMBACH, PH D
W TODD BAKER*
DAVID D'ZUREILA
JOSEPH A SCAFETTA JR
FREDERICK D WASNER, PH D
MICHAEL R CASEY, PH D *
JOHN K PIKE, PH D *
GEORGE F LEVESS*
JAMES J KELLY, PH D *
CARLOS R VILLAMAR*
DAVID A BIDDEAU*
STAMATIOS MYLONAKIS, PH D *
ROBERT C MATTSON*
PHILIPPE J C SIGNORE, PH D *
KEVIN A NOONBERG*

* BAR MEMBERSHIP OTHER
  THAN VIRGINIA
† JAPANESE PATENT ATTORNEY
* REGISTERED PATENT AGENT

ATTN: APPLICATION BRANCH

## THIS IS A RESPONSE TO A NOTICE TO FILE MISSING PARTS OF AN APPLICATION

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D C 20231

Re:   Inventor:   JEAN-PIERRE LAURENT ET AL

      Serial No:   09/350,100

      Filed:   July 9, 1999

      For:   COATED HOT- AND COLD-ROLLED STEEL SHEET COMPRISING
             A HIGH RESISTANCE AFTER THERMAL TREATMENT

SIR:

Attached hereto for filing are the following papers:

Notice to File Missing Parts of Application (return copy), Filing of Declaration Under 37 C.F.R. 1.53(f), Declaration and Power of Attorney for Patent Application (4pp. Executed), Filing of Certified English Translation Under 37 C.F.R. 1.17(k), Certified English Translation of Specification as filed July 9, 1999 (11pp., 8 claims, 0 drawings)

Our check in the amount of $0.00 is attached covering any required fees. In the event that any variance exists between the amount enclosed and the Patent Office charges for filing the above-noted documents, including any fees required under 37 CFR 1 136 for any necessary Extension of Time to make the filing of the attached documents timely, please charge or credit the difference to our Deposit Account No. 15-0030. Further, if these papers are not considered timely filed, then a petition is hereby made under 37 CFR 1 136 for the necessary extension of time. A duplicate of this sheet is enclosed.

Respectfully Submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.

Docket No.   4101-0238-55X

Fourth Floor
1755 Jefferson Davis Highway
Arlington, Virginia 22202
Tel (703) 413-3000
Fax (703) 413-2220
(OSMMN 10/98)

Richard L. Treanor, Ph D
Attorney of Record
Registration No.   36,379

Exhibit 1, Page 28 of 127

DOCKET NO.: 4101-0238-55X

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

JEAN-PIERRE LAURENT ET AL    ATTENTION: APPLICATION BRANCH

SERIAL NO: 09/350,100

FILED: JULY 9, 1999                           :

FOR: COATED HOT- AND COLD-ROLLED    :
     STEEL SHEET COMPRISING A HIGH
     RESISTANCE AFTER THERMAL
     TREATING

FILING OF CERTIFIED ENGLISH TRANSLATION
UNDER 37 C.F.R. 1.17(k)

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D C  20231

SIR:

     Responsive to the Notice to File Missing Parts of Application (Form PTO-1533) dated

July 28, 1999, Applicants submit herewith a certified English translation of the application, as

filed, in accordance with the provisions of 37 C F R §1 17(k).

     The required fee was paid at the time of filing the application

     In light of the foregoing, this application is deemed to be in proper condition for

examination and such favorable action is earnestly solicited

                                   Respectfully submitted,

                                   OBLON, SPIVAK, McCLELLAND,
                                   MAIER & NEUSTADT, P C

                                   _____
                                   Richard L  Treanor, Ph D
                                   Attorney of Record
                                   Registration No  36,379

Crystal Square Five
Fourth Floor
1755 Jefferson Davis Hwy.
Arlington, VA  22202
TEL: (703) 413-3000/FAX: (703) 413-2220

Docket No.      4101-0238-55X

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:   JEAN-PIERRE LAURENT ET AL.

SERIAL NUMBER: 09/350,100                                        ATTN:  APPLICATION BRANCH

FILING DATE:     JULY 9, 1999

FOR:                COATED HOT- AND COLD-ROLLED STEEL SHEET COMPRISING A HIGH RESISTANCE AFTER
                    THERMAL TREATING

### FILING OF DECLARATION UNDER 37 CFR 1.53(f)

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

SIR:

Responsive to the notification dated July 28, 1999, and in accordance with the provisions of 37 CFR 1.53(f), Applicants submit herewith a Rule 63 Declaration. The required fee was paid at the time of filing the application

The Declaration enclosed herewith contains the Title of the Invention and Inventor(s) name(s) and is believed, in combination with the attorney statement set forth below, to adequately identify the above-identified application in accordance with 37 CFR 1.63, as set forth in MPEP Section 601.01

The undersigned hereby states that the specification filed on July 9, 1999, is in fact the application which the Inventor(s) executed by signing the enclosed Declaration

In light of the foregoing, this application is deemed to be in proper condition for examination and such favorable action is earnestly solicited

Respectfully Submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.

Fourth Floor
1755 Jefferson Davis Highway
Arlington, Virginia 22202
Tel. (703) 413-3000
Fax. (703) 413-2220
(OSMMN 10/98)

Richard L. Treanor, Ph.D
Attorney of Record
Registration No.   36,379

# EXHIBIT 1 – PART 2





445 Fifth Avenue
New York, New York 10016
Phone 212/686-5555
Fax 212/686-5414

STATE OF NEW YORK    )
CITY OF NEW YORK     :
COUNTY OF NEW YORK   )

C E R T I F I C A T I O N

This is to certify that the following is, to the best of our
knowledge and belief, a true and accurate translation into
ENGLISH of the attached document(s) relating to:

Coated hot- and cold-rolled steel sheet comprising
a very high resistance after thermal treatment

written in  FRENCH

NEWTYPE COMMUNICATIONS, INC.

Sworn to and subscribed before me
this /27th    day of /July,       1999.

NOTARY PUBLIC

MICHAEL A. PRESTIA
Notary Public, State of New York
No. 41-3157725
Qualified in Queens County
Commission Expires May 31, 2001

Translations  •  Typography  •  Mechanicals  •  Printing  •  Audio-Visuals  •  Int'l Market Research Support



SOLLAC

Coated hot- and cold-rolled steel sheet comprising

a very high resistance after thermal treatment.

Technical abstract of the invention

Hot-rolled steel sheet which then can be cold-rolled, coated, the steel in the sheet having the

following composition by weight:

0.15% < carbon < 0.5%

0.5% < manganese < 3%

0 1% < silicon < 0 5%

0/01% < chromium < 1%

titanium < 0.2%

aluminum < 0 1%

phosphorus < 0 1%

sulfur < 0 05%

0 0005% < boron < 0 08%, the remainder being iron and impurities inherent in

processing, the sheet ensuring a very high mechanical resistance after thermal treatment and

the aluminum-based coating ensuring a high resistance to corrosion



Figure: none.

1



Coated hot- and cold-rolled steel sheet comprising
a very high resistance after thermal treatment.

The invention relates to a coated, hot- and cold-rolled steel sheet comprising a very high resistance after thermal treatment

In this technical area, the proposed solutions involving an increase in the mechanical characteristics are accomplished to the detriment of shaping properties  There is a solution consisting in separating the shaping properties and those required for use  The characteristics required for use are obtained through a thermal treatment subsequent to or concomitant with shaping  In this case, the proposed sheets are not delivered coated because of problems of holding power of the coating at the time of thermal treatment  Coating therefore is performed on finished castings, which requires a careful cleaning of the surfaces and the hollowed portions  In addition, the thermal treatment must be performed under a controlled atmosphere in order to prevent any decarbonization and oxidation of the metal in the sheet  Steel sheets for thermal treatment do not have any pre-coating which requires post-treatments of scouring, pickling and coating

At the time of continuous coating of flat hot- and cold-rolled products, preliminary annealing and cooling preceding or following the zinc- or aluminum-based coating operation, are used only to bring the sheet to a temperature close to that of the bath or to restore the mechanical properties of the sheet degraded at the time of cold-rolling  These thermal cycles are chosen in terms of the composition of the steel so that no allotropic transformation takes place at the time of the thermal cycle. the objective being to obtain mechanical characteristics similar to those measured on the steel sheet delivered uncoated

The purpose of the invention is to produce a hot- or cold-rolled steel sheet of a desired thickness, coated, and affording extensive shaping possibilities and which, after thermal treatment performed on the finished casting, makes it possible to obtain a mechanical resistance in excess of 1000 MPa, a substantial resistance to shocks, fatigue, abrasion and wear, while

2

Exhibit 1, Page 33 of 127

2

retaining a good resistance to corrosion as well as a good capacity for painting and gluing. It also is possible to carry out hot-shaping with hardening in the tool making it possible to obtain the same properties

The subject of the invention is a hot-rolled steel sheet, which then can be cold-rolled, coated, the steel in the sheet having the following composition by weight:

0.15% < carbon < 0.5%

0.5% < manganese < 3%

0.1% silicon < 0.5%

0.01% < chromium < 1%

titanium < 0.2%

aluminum < 0.1%

phosphorus < 0.1%

sulfur < 0.05%

0.0005% < boron < 0.08%, the remainder being iron and impurities inherent in processing, the sheet ensuring a very high mechanical resistance after thermal treatment and the aluminum-based coating ensuring a high resistance to corrosion.

The other characteristics of the invention are:

- the composition by weight of the sheet preferably is the following:

0.20% < carbon < 0.5%

0.8% < manganese < 1.5%

0.1% silicon < 0.35%

0.01% < chromium < 1%

titanium < 0.1%

aluminum < 0.1%

phosphorus < 0.05%

sulfur < 0.03%

3

3

0.0005% < boron < 0.01%, the remainder being iron and impurities inherent in processing.

- in the composition by weight of the sheet, the titanium content with respect to the nitrogen content is in excess of 3.42, the boron no longer being able to be combined with the nitrogen

- the metal bath for the coating contains in its basic composition by weight, from 9% to 10% silicon, from 2% to 3.5% iron, the remainder being aluminum

- the metal bath for the coating contains in its basic composition by weight, from 2% to 4% iron, the remainder being aluminum.

The invention also concerns a process for producing a casting starting from the coated sheet in which, after shaping, the coating of the casting is subjected to an increase in temperature at a speed in excess of 5° C/second, which may exceed 600° C/second

A further characteristic of the process is:

- the coating and the casting are heated to a temperature in excess of 750° C.

The invention also concerns the use of the hot-rolled steel sheet which then can be cold-rolled and coated, for structural and/or anti-intrusion or substructure castings for a land motor vehicle, such as, for example, a bumper bar, a door reinforcement, a wheel spoke.

The description which follows will make the invention clearly understood

The sheet according to the invention which derives, by reason of its processing, from a hot-rolling mill, possibly may be cold-rerolled again depending on the final thickness desired. It then is coated with an aluminum-based coating, for example by dipping in a bath containing, in addition, from 8% to 11% silicon, from 2% to 4% iron, the sheet having a high mechanical resistance after thermal treatment and a high resistance to corrosion, as well as a good capacity for painting and gluing

The coating has in particular the function of protecting the basic sheet against hot as well as cold corrosion  The mechanical characteristics in the delivery state of the sheet according to the invention allow a great variety of shaping, in particular a deep stamping  The thermal

4

4

treatment applied at the time of a hot-shaping process or after shaping makes it possible to obtain high mechanical characteristics which may exceed 1500 MPa for mechanical resistance and 1200 MPa for the limit of elasticity  The final mechanical characteristics are adjustable and depend on the carbon content of the steel and on the thermal treatment

At the time of thermal treatment performed on a finished casting or at the time of a hot-shaping process, the coating forms a layer having a substantial resistance to abrasion, wear, fatigue, shock, as well as a good resistance to corrosion and a good capacity for painting and gluing

According to the invention, the steel the weight composition of which is the following:

0 15% < carbon < 0 5%

0 5% < manganese < 3%

0 1% < silicon < 0.5%

0.01% < chromium < 1%

titanium < 0 2%

aluminum < 0 1%

phosphorus < 0 1%

sulfur < 0 05%

0 0005% < boron < 0 08%, the remainder being iron and impurities inherent in processing, is processed in the form of a hot-rolled and possibly cold-rolled sheet to obtain the desired thickness  The steel sheet then is coated by dipping, after pickling, in an aluminum bath containing either from 8% to 11% silicon and 2% to 4% iron, or from 2% to 4% iron, or even in an aluminum bath preferably containing from 9% to 10% silicon and 2% to 3 5% iron

In an example of implementation of a coating of the sheet by dipping in a metal bath containing an aluminum alloy comprising a proportion of approximately 90% aluminum, the coating layer comprises a first alloy layer in contact with the surface of the steel  This layer, directly in contact with the surface of the sheet, is highly alloyed with iron

5

A second coating layer, on top of the first, contains approximately 90% aluminum and may contain silicon and a small amount of iron, depending on the composition of the bath.

The first alloy layer may crack when the sheet is shaped for the manufacture of castings.

According to the invention, after the shaping of the casting, the coating is subjected to an increase in temperature at a speed in excess of 5° C/second, which may exceed 600° C/second. This rise in temperature makes possible a rapid remelting of the aluminum which fills in the cracks generated by the operation of shaping of the casting.

Another advantage of the invention lies in the fact that the diffusion of the iron in the coating will be initiated at high temperature. One thus will have a better cohesion between coating and steel in the sheet. In another form of the invention, the thermal treatment may be performed locally, in heavily deformed zones.

In an example of implementation, the steel sheet according to the invention containing 0.21% carbon, 1.14% manganese, 0.020% phosphorus, 0.0038% sulfur, 0.25% silicon, 0.040% aluminum, 0.009% copper, 0.020% nickel, 0.18% chromium, 0.0040% nitrogen, 0.032% titanium, 0.003% boron, 0.0050% calcium is coated with an aluminum-based layer about 20 $\mu$m in thickness.

According to the invention the sheet, in the delivery state in a coil or in sheeting, the thickness of which may range between 0.25 mm and 15 mm, has good shaping properties and a good resistance to corrosion as well as a good capacity for painting or gluing.

The sheet, a coated siderurgic product, has a substantial resistance to corrosion in the delivery state, during shaping and thermal treatments as well as during usage of the finished casting. After thermal treatment, a substantial mechanical resistance, which may exceed 1500 MPa, is obtained. The presence of the coating at the time of thermal treatment of the castings makes it possible to prevent any decarbonization of the base metal as well as any oxidation. That is an undeniable advantage, in particular in the case of hot-shaping. Furthermore, heating of the treated casting does not require a furnace having a controlled atmosphere to prevent a

6

decarbonization.

Thermal treatment of the metal in the sheet consists in a heating at a temperature ranging between Ac1, starting temperature of austenitic transformation, for example 750° C and 1200° C, in a furnace, for a period which depends on the temperature to be reached and the thickness of the casting sheet. The composition is optimized so as to limit the enlargement of the grains at the time of thermal treatment. If the structure sought is completely martensitic, the holding temperature should be in excess of Ac3, for example 840° C, ending temperature of austenitic formation. The temperature holding should be followed by a cooling adjusted to the final structure sought. For a completely martensitic structure and for a steel having the composition of the example, the speed of cooling should be in excess of the critical speed of hardening which is 27° C/s for an austenitizing at 900° C for 5 min , the sheet having a thickness of approximately 1 mm.

It also is possible to obtain in particular ferrito-bainitic or ferrito-martensitic structures, by a heating at a temperature ranging between Ac1, for example 750° C and Ac3, for example 840° C, followed by an appropriate cooling. According to the level of resistance to be achieved and the thermal treatment applied, one or several of these phases is/are present in variable proportions. For the highest resistance levels, the structure is composed predominantly of martensite.

Chromium, manganese, boron and carbon are added. in the composition of the steel according to the invention, for their effect on hardenability. In addition, carbon makes it possible to achieve high mechanical characteristics thanks to its effect on the hardness of the martensite.

Aluminum is introduced into the composition in order to trap oxygen and to protect the effectiveness of the boron

Titanium, the ratio of the content of which with respect to the nitrogen content should be in excess of 3.42, is introduced in order to prevent combining of the boron with the nitrogen, the nitrogen being combined with titanium.

7

The alloying elements, Mn, Cr, B, make possible a hardenability allowing hardening in the stampers or the use of mild hardening fluids limiting deformation of the castings at the time of thermal treatment. In addition, the composition according to the invention is optimized from the point of view of weldability.

The steel in the sheet may undergo a treatment for globularization of sulfides performed with calcium, which has the effect of improving the fatigue resistance of the sheet

The steel is particularly suited to the production of structural and anti-intrusion castings.

The proposed coating makes it possible to avoid different surface-preparation operations such as for steel sheets for thermal treatment not having any coating

The modulation of thermal treatment parameters makes it possible to achieve, with a given composition, different levels of hot and cold sheet resistance according to the thickness sought.

At the time of thermal treatment, the base coating, of aluminum for example, is transformed into a layer alloyed with iron and comprising different phases depending on the thermal treatment and having a considerable hardness which may exceed 600HV100g.

Table 2 presents an example of maximal resistance of the steel sheet according to the invention after thermal treatment.

| Thermal treatment | Rm (MPa) |
|---|---|
| 850° C/5 min. | 1695 |
| 900° C/5 min | 1675 |
| 950° C/5 min | 1665 |

8

[Blank page]

9

CLAIMS

1. Hot-rolled steel sheet which then may be cold-rolled, coated, the steel in the sheet having the following composition by weight:

0.15% < carbon < 0.5%

0.5% < manganese < 3%

0.1% < silicon < 0.5%

0.01% < chromium < 1%

titanium < 0.2%

aluminum < 0.1%

phosphorus < 0.1%

sulfur < 0.05%

0.0005% < boron < 0.08%, the remainder being iron and impurities inherent in processing, the sheet ensuring a very high mechanical resistance after thermal treatment and the aluminum-based coating ensuring a high resistance to corrosion.

2. Coated sheet according to claim 1, characterized in that the composition by weight of the sheet preferably is the following:

0.20% < carbon < 0.5%

0.8% < manganese < 1.5%

0.1% < silicon < 0.35%

0.01% < chromium < 1%

titanium < 0.1%

aluminum < 0.1%

phosphorus < 0.05%

sulfur < 0.03%

0.0005% < boron < 0.01%, the remainder being iron and impurities inherent in processing.

10

3. Coated sheet according to claim 1, characterized in that, in the composition by weight of the sheet, the titanium content with respect to the nitrogen content is in excess of 3.42, the boron no longer being able to be combined with the nitrogen

4. Coated sheet according to claim 1, characterized in that the metal bath for the coating contains in its basic composition by weight, from 9% to 10% silicon, from 2% to 3.5% iron, the remainder being aluminum

5. Sheet according to claim 1, characterized in that the metal bath for the coating contains in its base composition by weight, from 2% to 4% iron, the remainder being aluminum

6. Process for production of a casting starting from a coated sheet according to claims 1 to 5, characterized in that after shaping, the coating of the casting is subjected to an increase in temperature at a speed in excess of 5° C/second, which may exceed 600° C/second

7. Process according to claim 6, characterized in that the coating and the casting are heated to a temperature in excess of 750° C

8. Use of the hot-rolled steel sheet which then may be cold-rolled and coated, according to claims 1 to 5, for structural and/or anti-intrusion or substructure castings for a land motor vehicle

# Declaration and Power of Attorney For Patent Application
## Declaration Pour Demandes de Brevets Avec Pouvoirs
### French Language Declaration

SOL 97/098

En tant qu' inventeur nomme ci-après. Je déclare par le présent acte que:

As a below named inventor. I hereby declare that:

Mon nom, mon domicile, mon adresse postale. ma nationalité sont ceux qui figurent ci-après.

My residence. post office address and citizenship are as stated below next to my name,

Je déclare que je crois être l'inventeur original. premier et unique (si un seul nom figure sur le présent acte) ou un des co-inventeurs; originaux et premiers (si plusieurs noms figurent sur le present acte) du sujet revendiqué et pour lequel un brevet est demandé sur la base de l'invention intitulée:

I believe I am the original. first and sole inventor (if only one name is listed below) or an original. first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

COATED HOT- AND COLD-ROLLED STEEL SHEET

COMPRISING A HIGH RESISTANCE AFTER THERMAL

TREATMENT.

dont la description
(cocher la case correspondante)

the specification of which

(check one)

☐ est annexée au présent acte

☐ is attached hereto

☐ a été déposée _____

☐ was filed on _____ as

Numéro de série de la demande _____

Application Serial No _____

et modifiée le _____
(si approprié)

and was amended on _____
(if applicable)

Je déclare par le présent acte avoir examiné et compris le contenu de la description identifiée ci-dessus, revendications y compris. et le cas échéant telle que modifiée par l'amendment cité plus haut

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims. as amended by any amendment referred to above

Je reconnais le devoir de divulguer l'information qui est en rapport avec l'examen de cette demande selon Titre 37 du Code des Reglements Fédéraux §1 56(a)

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37. Code of Federal Regulations, §1 56(a)

Form PTO-FB-235 (8-83)

Patent and Trademark Office-U.S DEPARTMENT OF COMMERCE

Exhibit 1, Page 43 of 127

PTO/SB/105 (Rev. 5-95) Approved for use through 9/30/98. OMB 0651-0032 Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

French Language Declaration

Je revendique par le présent acte avoir la priorité étrangère, en vertu du Titre 35, § 119(a)-(d) ou § 365(b) du Code des Etats-Unis, sur toute demande étrangère de brevet ou certificat d'inventeur ou, en vertu du Titre 35, § 365(a) du même Code, sur toute demande internationale PCT désignant au moins un pays autre que les Etats-Unis et figurant ci-dessous et, en cochant la case, j'ai aussi indiqué ci-dessous toute demande étrangère de brevet, tout certificat d'inventeur ou toute demande internationale PCT ayant une date de dépôt précédant celle de la demande à propos de laquelle une priorité est revendiquée.

I hereby claim foreign priority under Title 35, United States Code, § 119(a)-(d) or § 365 (b) of any foreign application(s) for patent or inventor's certificate, or § 365(a) of any PCT International application which designated at least one country, other than the United States, listed below, by checking the box, and have also identified below any foreign application for patent or inventor's certificate, or PCT International application having a filing date before that of the application on which priority is claimed.

Prior foreign application(s)
Demande(s) de brevet antérieure(s)

|  | | Priority Droit de priorité | Claimed revendiqué |
|---|---|---|---|
| 98 08793 | FRANCE | | |
| (Number) (Numéro) | (Country) (Pays) | 09/07/1998 (Day/Month/Year Filed) (Jour/Mois/Année de dépôt) | ☒ |
| (Number) (Numéro) | (Country) (Pays) | (Day/Month/Year Filed) (Jour/Mois/Année de dépôt) | ☐ |

Je revendique par le présent acte tout bénéfice, en vertu du Titre 35, § 119(e) du Code des Etats-Unis, de toute demande de brevet provisoire effectuée aux Etats-Unis et figurant ci-dessous.

I hereby claim the benefit under Title 35, United States Code, § 119(e) of any United States provisional application(s) listed below.

| (Application No.) (Nº de demande) | (Filing Date) (Date de dépôt) |
|---|---|
| (Application No.) (Nº de demande) | (Filing Date) (Date de dépôt) |

Je revendique par le présent acte tout bénéfice, en vertu du Titre 35, § 120 du Code des Etats-Unis, de toute demande de brevet effectuée aux Etats-Unis, ou en vertu du Titre 35, § 365(c) du même Code, de toute demande internationale PCT désignant les Etats-Unis et figurant ci-dessous et, dans la mesure où l'objet de chacune des revendications de cette demande de brevet n'est pas divulgué dans la demande antérieure ou internationale PCT, en vertu des dispositions du premier paragraphe du Titre 35, § 112 du Code des Etats-Unis, je reconnais devoir divulguer toute information pertinente à la brevetabilité, comme défini dans le Titre 37, § 1.56 du Code fédéral des réglementations, dont j'ai pu disposer entre la date de dépôt de la demande antérieure et la date de dépôt de la demande nationale ou internationale PCT de la présente demande:

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s), or § 365(c) of any PCT International application designating the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of Federal Regulations, § 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application.

| (Application No.) (Nº de demande) | (Filing Date) (Date de dépôt) |
|---|---|
| (Application No.) (Nº de demande) | (Filing Date) (Date de dépôt) |

| (Status) (patented, pending, abandoned) (Statut) (breveté, en cours d'examen, abandonné) |
|---|
| (Status) (patented, pending, abandoned) (Statut) (breveté, en cours d'examen, abandonné) |

Je déclare par le présent acte que toute déclaration ci-incluse est, à ma connaissance, véridique et que toute déclaration formulée à partir de renseignements ou de suppositions est tenue pour véridique; et de plus, que toutes ces déclarations ont été formulées en sachant que toute fausse déclaration volontaire ou son équivalent est passible d'une amende ou d'une incarcération, ou des deux, en vertu de la Section 1001 du Titre 18 du Code des Etats-Unis, et que de telles déclarations volontairement fausses risquent de compromettre la validité de la demande de brevet ou du brevet délivré à partir de celle-ci

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

## French Language Declaration

POUVOIR: En tant qu'inventeur, je désigne l'(les) avocat(s) et/ou l'(les) agent(s) suivant(s) pour poursuivre la procédure de cette demande et traiter toute affaire la concernant supris du Bureau des Brevets et de Marques:

POWER OF ATTORNEY: As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith (list name and registration number)

Norman F. Oblon, Registration Number 24,618; Marvin J. Spivak, Registration Number 24,913; C. Irvin McClelland, Registration Number 21,124; Gregory J. Maier, Registration Number 25,599; Arthur I. Neustadt, Registration Number 24,854; Richard D. Kelly, Registration Number 27,757; James D. Hamilton, Registration Number 28,421; Eckhard H. Kuesters, Registration Number 28,870; Robert T. Fous, Registration Number 29,099; Charles L. Gholz, Registration Number 26,395; Vincent J. Sunderdick, Registration Number 29,004; William E. Beaumont, Registration Number 30,996; Steven B. Kelber, Registration Number 30,073; Robert F. Gnuse, Registration Number 27,295; Jean-Paul Lavalleye, Registration Number 31,451; Stephen G. Baxter, Registration Number 32,884; Martin M. Zoltick, Registration Number 35,745; Robert W. Hahl, Registration Number 33,893; Richard L. Treanor, Registration Number 36,379; Steven P. Weihrouch, Registration Number 32,829; John T. Goolkasian, Registration Number 26,142; Marc R. Labgold, Registration Number 34,651; William J. Healey, Registration Number 36,160; Richard L. Chinn, Registration Number 34,305; Steven E. Lipman, Registration Number 30,011; Carl E. Schlier, Registration Number 34,426; James J. Kulbaski, Registration Number 34,648; Catherine B. Richardson, Registration Number 39,007; Richard A. Neifeld, Registration Number 35,299; and J. Derek Mason, Registration Number 35,270; with full powers of substitution and revocation

| Adresser toute correspondance à: | Send Correspondence to: |
|---|---|
| | OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C. |
| | FOURTH FLOOR |
| | 1755 JEFFERSON DAVIS HIGHWAY |
| | ARLINGTON, VIRGINIA 22202 U.S.A. |

| Adresser toute communication téléphonique à: (Nom) (Numéro de téléphone) | Direct Telephone Calls to: (name and telephone number) |
|---|---|
| | (703) 413-3000 |

| Nom complet du seul ou premier inventeur | Full name of sole or first inventor |
|---|---|
| | Jean-Pierre LAURENT |
| Signature de l'inventeur          Date | Inventor's signature          Date |
| | Jean-Pierre LAURENT    [signature]    July 23 1998 |
| Domicile | Residence   20 H Chemin de la Marine |
| | 13800 - ISTRES (France) |
| Nationalité | Citizenship   FRENCH |
| Adresse Postale | Post Office Address   SAME AS ABOVE |

| Nom complet du second co-inventeur, le cas echeant | Full name of second joint inventor, if any |
|---|---|
| | Jean-Paul HENNECHART |
| Signature de l'inventeur          Date | Second Inventor's signature          Date |
| | Jean-Paul HENNECHART    [signature]    JULY 23 1998 |
| Domicile | Residence   58A Avenue André PAYER |
| | 08200 - FLOING (France) |
| Nationalité | Citizenship   FRENCH |
| Adresse Postale | Post Office Address   SAME AS ABOVE |

(Fournir les mêmes renseignements et la signature de tout co-inventeur supplémentaire )

(Supply similar information and signature for third and subsequent joint inventors )

Page 3 of 4

Form PTO-FB-235 (5-96)

Patent and Trademark Office-U.S. DEPARTMENT OF COMMERCE

Exhibit 1, Page 45 of 127

# French Language Declaration

| Nom complet du troisième co-inventeur, le cas echeant | | Full name of third joint inventor, if any |
|---|---|---|
| | | Dominique SPEHNER |
| Signature de l'inventeur | Date | Third inventor's signature        Date |
| | | *Dominique Spehner*        12 July 23 1999 |
| Domicile | | Residence 2 Avenue de VERDUN |
| | | 08200 - SEDAN (France) |
| Nationalité | | Citizenship FRENCH |
| Adresse Postale | | Post Office Address SAME AS ABOVE |

| Nom complet du quatrième co-inventeur, le cas echeant | | Full name of fourth joint inventor, if any |
|---|---|---|
| | | Jacques DEVROC |
| Signature de l'inventeur | Date | Fourth inventor's signature        Date |
| | | *Jacques Devroe*        July 23 1999 |
| Domicile | | Residence Bât 2 - "LA LAUZE" Avenue Jean MOULIN |
| | | 13300 - SALON DE PROVENCE (France) |
| Nationalité | | Citizenship    FRENCH |
| Adresse Postale | | Post Office Address SAME AS ABOVE |

| Nom complet du cinquième co-inventeur, le cas echeant | | Full name of fifth joint inventor, if any |
|---|---|---|
| Signature de l'inventeur | Date | Fifth inventor's signature        Date |
| Domicile | | Residence |
| Nationalité | | Citizenship |
| Adresse Postale | | Post Office Address |

| Nom complet du sixième co-inventeur, le cas echeant | | Full name of sixth joint inventor, if any |
|---|---|---|
| Signature de l'inventeur | Date | Sixth inventor's signature        Date |
| Domicile | | Residence |
| Nationalité | | Citizenship |
| Adresse Postale | | Post Office Address |

(Fournir les mêmes renseignements et la signature de tout co-inventeur supplémentaire )

(Supply similar information and signature for third and subsequent joint inventors )

Page 4 of 4

Form PTO-FB-235 (8-83)

Patent and Trademark Office-U S DEPARTMENT OF COMMERCE

Exhibit 1, Page 46 of 127



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 09/350,100 | 07/09/99 | LAURENT | 4101-0238-55X |



OBLON SPIVAK MCCLELLAND
MAIER & NEUSTADT PC
1755 JEFFERSON DAVIS HIGHWAY
FOURTH FLOOR
ARLINGTON VA 22202

NOT ASSIGNED #3

0000

DATE MAILED:   07/28/99

### NOTICE TO FILE MISSING PARTS OF APPLICATION
*Filing Date Granted*

*TRANSLATION DUE 9-28-99*

An Application Number and Filing Date have been assigned to this application. The items indicated below, however, are missing. Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a). If any of items 1 or 3 through 5 are indicated as missing, the SURCHARGE set forth in 37 CFR 1.16(e) of ☐ $65.00 for a small entity in compliance with 37 CFR 1.27, or ☐ $130.00 for a non-small entity, must also be timely submitted in reply to this NOTICE to avoid abandonment.

*If all required items on this form are filed within the period set above, the total amount owed by applicant as a* ☐ *small entity (statement filed)* ☑ *non-small entity is $_____*

- ☐ 1. The statutory basic filing fee is:
    - ☐ missing.
    - ☐ Insufficient.
    - Applicant must submit $_____ to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).
- ☐ 2. The following additional claims fees are due:
    - $_____ for_____ total claims over 20
    - $_____ for_____ independent claims over 3
    - $_____ for multiple dependent claim surcharge.
    - Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.
- ☐ 3. The oath or declaration:
    - ☐ is missing or unsigned.
    - ☐ does not cover the newly submitted items.
    - An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date is required.
- ☐ 4. The signature(s) to the oath or declaration is/are by a person other than inventor or person qualified under 37 CFR 1.42, 1.43 or 1.47.
    - A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.
- ☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration: _____
    - An oath or declaration in compliance with 37 CFR 1.63 listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.
- ☐ 6. A $50.00 processing fee is required since your check was returned without payment (37 CFR 1.21(m)).
- ☐ 7. Your filing receipt was mailed in error because your check was returned without payment
- ☐ 8. The application was filed in a language other than English
    - Applicant must file a verified English translation of the application, the $130.00 set forth in 37 CFR 1.17(k), unless previously submitted, and a statement that the translation is accurate (37 CFR 1.52(d))
- ☑ 9. OTHER: English Translation needed.

Direct the reply and any questions about this notice to "Attention: Box Missing Parts"

### A copy of this notice *MUST* be returned with the reply.

Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM PTO-1533 (REV 9/98)

Exhibit 1, Page 49 of 127

*SAD*
*#4*
*10·21·99*

Docket No    4101-0238-55X

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:  Jean-Pierre LAURENT, et al.                    GAU: *1742*

SERIAL NO: New U.S. Application *09/350100*                    EXAMINER:

FILED:      Herewith— *7·9·99*                                        *LUVSZOmiems/c1*

FOR:        Tôle d'acier laminée à chaud et à froid revêtue et comportant une très haute
            résistance après traitement thermique

### REQUEST FOR PRIORITY

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D C  20231

SIR:

☐ Full benefit of the filing date of U S  Application Serial Number, filed, is claimed pursuant to the provisions of
  35 U.S.C. §120

☐ Full benefit of the filing date of U.S. Provisional Application Serial Number , filed , is claimed pursuant to the provisions of
  35 U.S.C. §119(e)

■ Applicants claim any right to priority from any earlier filed applications to which they may be entitled pursuant to the
  provisions of 35 U.S.C. §119, as noted below

In the matter of the above-identified application for patent, notice is hereby given that the applicants claim as priority:

| COUNTRY | APPLICATION NUMBER | MONTH/DAY/YEAR |
|---------|-------------------|----------------|
| FRANCE  | 98 08793          | JULY/09/1998   |

Certified copies of the corresponding Convention Application(s)

■ are submitted herewith

☐ will be submitted prior to payment of the Final Fee

☐ were filed in prior application Serial No   filed

☐ were submitted to the International Bureau in PCT Application Number
  Receipt of the certified copies by the International Bureau in a timely manner under PCT Rule 17 1(a) has been
  acknowledged as evidenced by the attached PCT/IB/304

☐ (A) Application Serial No (s)  were filed in prior application Serial No   filed  ; and
  (B) Application Serial No (s)
     ☐ are submitted herewith
     ☐ will be submitted prior to payment of the Final Fee

Respectfully Submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.

Richard L. Treanor, Ph D
Attorney of Record
Registration No   36,379

Fourth Floor
1755 Jefferson Davis Highway
Arlington, Virginia 22202
Tel (703) 413-3000
Fax (703) 413-2220
(OSMMN 11/98)

RÉPUBLIQUE FRANÇAISE

**INPI**
INSTITUT
NATIONAL DE
LA PROPRIETE
INDUSTRIELLE



# BREVET D'INVENTION

### CERTIFICAT D'UTILITÉ - CERTIFICAT D'ADDITION

## COPIE OFFICIELLE

Le Directeur général de l'Institut national de la propriété industrielle certifie que le document ci-annexé est la copie certifiée conforme d'une demande de titre de propriété industrielle déposée à l'Institut.

Fait à Paris, le  **2 1 JUIN 1999**

Pour le Directeur général de l'Institut
national de la propriété industrielle
Le Chef du Département des brevets

Martine PLANCHE

SIEGE
INSTITUT          26 bis rue de Saint Petersbourg
NATIONAL DE       75800 PARIS Cédex 08
LA PROPRIETE      Téléphone : 01 53 04 53 04
INDUSTRIELLE      Télécopie : 01 42 93 59 30

DG 267/250098    ETABLISSEMENT PUBLIC NATIONAL    CREE PAR LA LOI N° 51 444 DU 19 AVRIL 1951

Exhibit 1, Page 51 of 127

**BREVET D'INVENTION, CERTIFICAT D'UTILITE**

Code de la propriété intellectuelle-Livre VI

**cerfa** N° 55-1328

**REQUÊTE EN DÉLIVRANCE**

Confirmation d'un dépôt par télécopie ☐

Cet imprimé est à remplir à l'encre noire en lettres capitales

**INPI**
INSTITUT
NATIONAL DE
LA PROPRIETE
INDUSTRIELLE

26 bis, rue de Saint Pétersbourg
75800 Paris Cedex 08
Téléphone : 01 53 04 53 04 Télécopie : 01 42 93 59 30

— Réservé à l'INPI —

DATE DE REMISE DES PIÈCES

N° D'ENREGISTREMENT NATIONAL

DÉPARTEMENT DE DÉPÔT

DATE DE DÉPÔT

0 9. JUIL 1998

98 08793

09.07.98

1    NOM ET ADRESSE DU DEMANDEUR OU DU MANDATAIRE
À QUI LA CORRESPONDANCE DOIT ÊTRE ADRESSÉE

Monsieur Francis ORTEGA
USINOR
DIRECTION PROPRIETE INDUSTRIELLE
Immeuble "La Pacific"
TSA 10001
92070 LA DEFENSE   CEDEX

n° du pouvoir permanent   références du correspondant        téléphone
09/06/1997        SOL 97/078        41 25 59 54
                                                          date

**2 DEMANDE** Nature du titre de propriété industrielle

☒ brevet d'invention    ☐ demande divisionnaire

☐ certificat d'utilité    ☐ transformation d'une demande
                              de brevet européen

demande initiale

☐ brevet d'invention    ☐ certificat d'utilité n°

**Établissement du rapport de recherche**    ☐ différé    ☒ immédiat

Le demandeur personne physique, requiert le paiement échelonné de la redevance    ☐ oui    ☒ non

Titre de l'invention (200 caractères maximum)

TOLE D'ACIER LAMINEE A CHAUD ET A FROID REVETUE ET COMPORTANT UNE TRES
HAUTE RESISTANCE APRES TRAITEMENT THERMIQUE.

**3 DEMANDEUR (S)**    n° SIREN                    code APE/NAF                    Forme juridique
Nom et prénoms (souligner le nom patronymique) ou dénomination

SOLLAC                                                    Société Anonyme

Nationalité (s)    Française
Adresse (s) complète (s)                                                    Pays

Immeuble La Pacific
La Défense 7
11/13 Cours Valmy
92800 PUTEAUX                                              FRANCE

En cas d'insuffisance de place, poursuivre sur papier libre ☐

**4 INVENTEUR (S)** Les inventeurs sont les demandeurs    ☐ oui ☒ non    Si la réponse est non, fournir une désignation séparée

**5 RÉDUCTION DU TAUX DES REDEVANCES**    ☐ requise pour la 1ère fois    ☐ requise antérieurement au dépôt ; joindre copie de la décision d'admission

**6 DÉCLARATION DE PRIORITÉ OU REQUÊTE DU BÉNÉFICE DE LA DATE DE DÉPÔT D'UNE DEMANDE ANTÉRIEURE**
pays d'origine        numéro        date de dépôt        nature de la demande

**7 DIVISIONS** antérieures à la présente demande    n°        date        n°        date

**8 SIGNATURE DU DEMANDEUR OU DU MANDATAIRE**
(nom et qualité du signataire - n° d'inscription)

Francis ORTEGA    422-5/PP 126

SIGNATURE DU PRÉPOSÉ À LA RÉCEPTION    SIGNATURE APRÈS ENREGISTREMENT DE LA DEMANDE A L'INPI

n°78-17 du 6 janvier 1978 relative à l'informatique aux fichiers et aux libertés s'applique aux réponses faites à ce formulaire. Elle garantit un droit d'accès et de rectification pour les données vous concernant auprès de l'INPI

Exhibit 1, Page 52 of 127

BREVET D'INVENTION, CERTIFICAT D'UTILITE



INPI
INSTITUT
NATIONAL DE
LA PROPRIETE
INDUSTRIELLE

DÉSIGNATION DE L'INVENTEUR
(si le demandeur n'est pas l'inventeur ou l'unique inventeur)

DIVISION ADMINISTRATIVE DES BREVETS

26bis, rue de Saint-Pétersbourg
75800 Paris Cédex 08
Tél : 01 53 04 53 04 - Télécople : 01 42 93 59 30

N° D'ENREGISTREMENT NATIONAL

9808793

TITRE DE L'INVENTION :

TOLE D'ACIER LAMINEE A CHAUD ET A FROID REVETUE ET COMPORTANT
UNE TRES HAUTE RESISTANCE APRES TRAITEMENT THERMIQUE.

LE(S) SOUSSIGNÉ(S)

SOLLAC
Immeuble La Pacific
La Défense 7
11/13 Cours Valmy
92800 PUTEAUX (France)

DÉSIGNE(NT) EN TANT QU'INVENTEUR(S) (indiquer nom, prénoms, adresse et souligner le nom patronymique) :

LAURENT Jean-Pierre
20 H Chemin de la Marine
13800 - ISTRES (France)

HENNECHART Jean-Paul
58 A Avenue André PAYER
08200 FLOING

SPEHNER Dominique
2 Avenue de VERDUN
08200 - SEDAN

DEVROC Jacques
BAT 2 - "LA LAUZE"
Avenue Jean MOULIN
13300 - SALON DE PROVENCE

SOL 97/078

NOTA : A titre exceptionnel, le nom de l'inventeur peut être suivi de celui de la société à laquelle il appartient (société d'appartenance)
lorsque celle-ci est différente de la société déposante ou titulaire

Date et signature (s)XXXXXXXXXXXXXXX du mandataire

07/07/1998    Francis ORTEGA    422-5/PP 126

1

**Tôle d'acier laminée à chaud et à froid revêtue et comportant une très haute résistance après traitement thermique.**

L'invention concerne une tôle d'acier laminée à chaud et à froid, revêtue et comportant une très haute résistance après traitement thermique.

5 Dans ce domaine technique, les solutions proposées entraînant une augmentation des caractéristiques mécaniques se fait au détriment des propriétés de mise en forme. Il existe une solution consistant à séparer les propriétés de mise en forme et celles nécessaires à l'emploi. Les caractéristiques nécessaires à l'emploi sont obtenues par un traitement thermique postérieur simultané à la mise en forme. Dans ce cas, les tôles 10 proposées ne sont pas livrées revêtues pour des problèmes de tenues du revêtement lors du traitement thermique. Le revêtement est donc effectué sur pièces finies ce qui nécessite un nettoyage soigné des surfaces et des parties creuses. De plus le traitement thermique doit être effectué sous atmosphère contrôlée afin d'éviter toute décarburation et oxydation du 15 métal de la tôle. Les tôles en acier pour traitement thermique ne possèdent pas de pré-revêtement ce qui nécessite des post traitements de dégraissage, décapage et revêtement.

Lors du revêtement en continu des produits plats laminés à chaud et à froid, le recuit préalable et le refroidissement précédent ou suivant 20 l'opération de revêtement, à base de zinc ou d'aluminium, ne sont utilisés que pour amener la tôle à une température proche de celle du bain ou pour restaurer les propriétés mécaniques de la tôle dégradées lors de laminage à froid. Cette température est choisie en fonction de la composition de l'acier 25 afin qu'aucune transformation allotropique n'ait lieu lors du cycle thermique, l'objectif étant d'obtenir des caractéristiques mécaniques similaires à celles mesurées sur les tôles d'acier livrées non revêtues.

Le but de l'invention est de produire une tôle d'acier laminée à chaud ou à froid d'une épaisseur désirée, revêtue, et présentant des possibilités de mise en forme étendues et qui après traitement thermique effectué sur la 30 pièce finie, permette d'obtenir une résistance mécanique supérieure à 1000

2

MPa, une résistance aux chocs, à la fatigue, à l'abrasion et à l'usure importante tout en conservant une bonne résistance à la corrosion.

L'invention a pour objet une tôle d'acier laminée à chaud et à froid, revêtue et comportant une très haute résistance après traitement thermique,
5   l'acier ayant la composition pondérale suivante :

0,15% < carbone < 0,5%

0,8% < manganèse < 1,5%

0,1% < silicium < 0,35%

0,01% < chrome < 1%,
10  titane < 0,1%,

aluminium < 0,1%,

phosphore < 0,05%,

soufre < 0,03%,

0,0005% < bore < 0,01%.
15  et comportant un revêtement à base d'aluminium. De préférence l'acier a la composition pondérale suivante,

0,15% < carbone < 0,5%

0,8% < manganèse < 1,5%

0,1% < silicium < 0,35%
20  0,01% < chrome < 1%,

titane < 0,1%,

aluminium < 0,1%,

phosphore < 0,05%,

soufre < 0,03%,
25  0,0005% < bore < 0,01%.

Les autres caractéristiques de l'invention sont:

- la teneur en titane par rapport à la teneur en azote est supérieure à 3,42.
30      - le revêtement comprend dans sa composition pondérale de base, de 9% à 10% de silicium; de 2% à 3,5% de fer.

3

- le revêtement comprend dans sa composition pondérale de base, de 2% à 4% de fer,

La description qui suit et la figure annexée le tout donné à titre d'exemple non limitatif fera bien comprendre l'invention.

5    La tôle selon l'invention est issue du fait de son élaboration, d'un train de laminage à chaud, peut éventuellement être relaminée à froid en fonction de l'épaisseur finale désirée, et est revêtue avec un revêtement à base par exemple d'aluminium, la tôle présentant une haute résistance mécanique après traitement thermique et une haute tenue à la corrosion.

10    Le revêtement a notamment pour fonction de protéger contre la corrosion à chaud comme à froid. Les caractéristiques mécaniques à l'état de livraison de la tôle selon l'invention autorisent une grande variété de mise en forme en particulier un emboutissage profond. Le traitement thermique appliqué après la mise en forme permet d'obtenir des caractéristiques

15    mécaniques élevées pouvant dépasser 1500 MPa pour la résistance mécanique et 1200 MPa pour la limite d'élasticité. Les caractéristiques mécaniques finales sont adaptables et dépendent de la teneur en carbone et du cycle thermique suivi, lors du traitement thermique sur pièce finie, le revêtement forme une couche présentant une grande résistance à

20    l'abrasion, l'usure, la fatigue et la résistance aux chocs.

Selon l'invention l'acier dont la composition pondérale est la suivante :

0,15% < carbone < 0,5%

0,5% < manganèse < 3%

25    0,1% < silicium < 0,5%

0,01% < chrome < 1%,

titane < 0,2%,

aluminium < 0,1%,

phosphore < 0,1%,

30    soufre < 0,05%,

4

0,0005% < bore < 0,08%, et comportant un revêtement à base d'aluminium

est élaboré sous la forme d'une tôle laminée à chaud et éventuellement laminée à froid pour obtenir l'épaisseur désirée. La tôle d'acier est ensuite
5    revêtue, après élaboration à chaud ou à froid et décapage par trempé, dans un bain, par exemple, d'aluminium contenant soit de 9% à 10% de silicium et 2% à 3,4% de fer, soit dans un bain d'aluminium  contenant de 2% à 4% de fer.

Dans un exemple de réalisation, l'acier selon l'invention contenant
10    0,231% de carbone; 1,145% de manganèse; 0,020% de phosphore; 0,0038% de soufre; 0,239% de silicium; 0,043% d'aluminium; 0,009% de cuivre; 0,020% de nickel; 0,179% de chrome; 0,0042% d'azote; 0,032% de titane; 0,0028% de bore; 0,0051% de calcium est revêtue d'une couche à base d'aluminium ayant environ 20 $\mu$m  d'épaisseur.

15    Selon l'invention, la tôle dont l'épaisseur peut être comprise entre 0,25 mm et 15 mm a de bonnes propriétés de mise en forme ainsi qu'une bonne résistance à la corrosion.

La tôle, produit sidérurgique revêtu, présente une résistance importante à la corrosion à l'état de livraison, pendant la mise en forme et
20    les traitements thermiques ainsi que pendant l'usage de la pièce finie. Après la mise en forme des pièces et traitement thermique, on obtient une résistance mécanique importante pouvant dépasser 1500 MPa. La présence du revêtement lors du traitement thermique des pièces permet d'éviter toute décarburation du métal de base ainsi que toute oxydation. Cela est un
25    avantage indéniable dans le cas de la mise en forme à chaud. De plus, l'austénitisation de la pièce traitée ne nécessite pas un four ayant une atmosphère contrôlée évitant une décarburation.

Le traitement thermique sur la pièce réalisée consiste en un chauffage à une température comprise entre AC1, 750ºC et 1200ºC dans un four
30    pendant un temps qui est fonction de la température et la masse de la pièce. La composition est optimisée afin de limiter le grossissement des

5

grains lors des traitements thermiques. Si la structure visée est totalement martensitique, la température de maintien doit être supérieure à 840°C, pour l'exemple de réalisation, température de fin de formation austénitique. Le maintien en température doit être suivi d'un refroidissement adapté à la

5  structure finale visée. Pour une structure totalement martensitique, la vitesse de refroidissement doit être supérieure à la vitesse critique de trempe qui est 27°C/s pour une austénitisation à 900°C pendant 5 mn.

Il est également possible d'obtenir des structures ferritiques, bainitiques, ou ferritiques et martensitiques, par un chauffage à une

10  température comprise entre AC1, 750°C et AC3, 840°C suivi d'un refroidissement approprié. Suivant le niveau de résistance à atteindre et le cycle thermique appliqué, une ou plusieurs des ces phases sont présentes dans des proportions variables. Pour des niveaux de résistance les plus élevés, la structure est majoritairement composée de martensite.

15  Le chrome, le bore et le carbone sont ajoutés, dans la composition de l'acier selon l'invention, pour leur influence sur la trempabilité. De plus, le carbone permet d'atteindre de hautes caractéristiques mécaniques grâce à son effet sur la dureté de la martensite.

L'aluminium est introduit dans la composition afin de piéger l'oxygène

20  et de protéger l'efficacité du bore.

Le titane dont le rapport de la teneur par rapport à la teneur en azote est supérieure à 3,42 protège le bore de l'azote.

Les éléments d'alliages, Mn Cr, B, permettent une trempabilité autorisant la trempe dans les outils d'emboutissage ou l'utilisation de fluides

25  de trempe peu sévères limitant la déformation des pièces lors du traitement thermique. De plus la composition selon l'invention est optimisée du point de vue de la soudabilité.

Le traitement de globulisation des sulfures améliore la résistance à la fatigue.

30  L'acier est particulièrement adapté pour la réalisation de pièces de structure et anti intrusion.

6

Le revêtement proposé permet de supprimer les étapes de post-traitements en comparaison avec les tôles en acier pour traitement thermique ne possédant pas de revêtement, tout en prévenant tout risque de décarburation et d'oxydation superficielle.

5    La modulation des paramètres de traitement thermique permet d'atteindre, avec une composition donnée, différents niveaux de résistance en tôle à chaud et en tôle à froid suivant l'épaisseur visée.

Lors du traitement thermique, le revêtement à base par exemple d'aluminium se transforme en une couche alliée au fer enrichi d'alumine en 10    surface et comportant différentes phases dépendant du traitement thermique et présentant une grande dureté pouvant dépasser 600HV100g.

Le tableau 2 présente les caractéristiques mécaniques de la tôle d'acier selon l'invention après traitement thermique.

| 15 | Traitement thermique | Rp0,2 (MPA) | Rm (Mpa) | A (%) | Rp0,2/Rm |
|---|---|---|---|---|---|
| | 850°C/5mn | 1253 | 1695 | 4,7 | 0,74 |
| | 900°C/5mn | 1218 | 1675 | 5,8 | 0,73 |
| 20 | 950°C/5mn | 1180 | 1665 | 4,6 | 0,71 |

7

## REVENDICATIONS

1. Tôle d'acier laminée à chaud et à froid, revêtue et comportant une très haute résistance après traitement thermique, l'acier ayant la composition pondérale suivante :

0,15% < carbone < 0,5%

0,5% < manganèse < 3%

0,1% < silicium < 0,5%

0,01% < chrome < 1%,

titane < 0,2%,

aluminium < 0,1%

phosphore < 0,1%,

soufre < 0,05%,

0,0005% < bore < 0,08%, et comportant un revêtement à base d'aluminium.

2. Tôle selon la revendication 1 caractérisée en la composition suivante :

0,15% < carbone < 0,5%

0,8% < manganèse < 1,5%

0,1% < silicium < 0,35%

0,01% < chrome < 1%,

titane < 0,1%,

aluminium < 0,1%,

phosphore < 0,05%,

soufre < 0,03%,

0,0005% < bore < 0,01%.

3. Tôle selon la revendication 1, caractérisée en ce que la teneur en titane par rapport à la teneur en et azote est supérieure à 3,42.

# EXHIBIT 1 – PART 3

8

4. Tôle selon la revendication 1, caractérisée en ce que le revêtement comprend dans sa composition pondérale de base, de 9% à 10% de silicium, de 2% à 3,5% de fer.

5      5. Tôle selon la revendication 1, caractérisée en ce que le revêtement comprend dans sa composition pondérale de base, de 2% à 4% de fer.

OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.
ATTORNEYS AT LAW
FOURTH FLOOR
1755 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VIRGINIA 22202 U S A
(703) 413-3000

SERIAL NO: New U.S. Application

FILING DATE: Herewith        4101-0238-55X

Exhibit 1, Page 63 of 127

Docket No    4101-0238-55X

*SAM*
*# 5*
*10-2-99*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:    Jean-Pierre LAURENT, et al

SERIAL NO:    New U.S. Application    09/350100                 GAU:  1742

FILED:        Herewith         9.99                             EXAMINER:

FOR:    Tôle d'acier laminée à chaud et à froid revêtue et comportant une très haute résistance
        après traitement thermique

## INFORMATION DISCLOSURE STATEMENT UNDER 37 CFR 1.97

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D C   20231

SIR:
    Applicant(s) wish to disclose the following information

### REFERENCES
- ■ The applicant(s) wish to make of record the references listed on the attached form PTO-1449  Copies of the listed
  references are attached, where required, as are either statements of relevancy or any readily available English translations of
  pertinent portions of any non-English language references
- ☐ A check is attached in the amount required under 37 CFR §1 17(p)

### RELATED CASES
- ☐ Attached is a list of applicant's pending application(s) or issued patent(s) which may be related to the present application
  A copy of the patent(s) is attached along with PTO 1449
- ☐ A check is attached in the amount required under 37 CFR §1.17(p)

### CERTIFICATION
- ☐ Each item of information contained in this information disclosure statement was cited in a communication from a foreign
  patent office in a counterpart foreign application not more than three months prior to the filing of this statement.
- ☐ No item of information contained in this information disclosure statement was cited in a communication from a foreign
  patent office in a counterpart foreign application or, to the knowledge of the undersigned, having made reasonable inquiry,
  was known to any individual designated in 37 CFR §1 56(c) more than three months prior to the filing of this statement

### PETITION
- ☐ Applicant(s) hereby request consideration of the attached information  A check is attached in the amount of the Petition fee
  required under 37 CFR §1 17(i)(1)

### DEPOSIT ACCOUNT
- ■ Please charge any additional fees for the papers being filed herewith and for which no check is enclosed herewith, or credit
  any overpayment to deposit account number 15-0030  A duplicate copy of this sheet is enclosed

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P C

Richard L  Treanor, Ph D
Attorney of Record
Registration No         36,379

Fourth Floor
1755 Jefferson Davis Highway
Arlington, Virginia 22202
Tel  (703) 413-3000
Fax  (703) 413-2220
(OSMMN 10/98)

Docket No     4101-0238-55X

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:     Jean-Pierre LAURENT, et al

SERIAL NO:     New U S Application                        GAU:

FILED:          Herewith                                          EXAMINER:

FOR:           Tôle d'acier laminée à chaud et à froid revêtue et comportant une très haute résistance
                après traitement thermique

## INFORMATION DISCLOSURE STATEMENT UNDER 37 CFR 1.97

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D C  20231

SIR:
    Applicant(s) wish to disclose the following information

**REFERENCES**
- ■ The applicant(s) wish to make of record the references listed on the attached form PTO-1449  Copies of the listed references are attached, where required, as are either statements of relevancy or any readily available English translations of pertinent portions of any non-English language references
- ☐ A check is attached in the amount required under 37 CFR §1 17(p)

**RELATED CASES**
- ☐ Attached is a list of applicant's pending application(s) or issued patent(s) which may be related to the present application. A copy of the patent(s) is attached along with PTO 1449.
- ☐ A check is attached in the amount required under 37 CFR §1 17(p).

**CERTIFICATION**
- ☐ Each item of information contained in this information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this statement.
- ☐ No item of information contained in this information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application or, to the knowledge of the undersigned, having made reasonable inquiry, was known to any individual designated in 37 CFR §1.56(c) more than three months prior to the filing of this statement.

**PETITION**
- ☐ Applicant(s) hereby request consideration of the attached information  A check is attached in the amount of the Petition fee required under 37 CFR §1 17(i)(1)

**DEPOSIT ACCOUNT**
- ■ Please charge any additional fees for the papers being filed herewith and for which no check is enclosed herewith, or credit any overpayment to deposit account number 15-0030  A duplicate copy of this sheet is enclosed

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P C.

Richard L  Treanor, Ph D
Attorney of Record
Registration No.          36,379

Fourth Floor
1755 Jefferson Davis Highway
Arlington, Virginia 22202
Tel (703) 413-3000
Fax. (703) 413-2220
(OSMMN 10/98)

# EUROPEAN PATENT OFFICE

N8

**Patent Abstracts of Japan**

X ①

PUBLICATION NUMBER : 02263954
PUBLICATION DATE : 26-10-90

APPLICATION DATE : 10-07-89
APPLICATION NUMBER : 01177335

APPLICANT : SUMITOMO METAL IND LTD;

INVENTOR : OKAMOTO ATSUKI;

INT CL : C22C 38/32 C22C 38/00

TITLE : HIGH CARBON STEEL SHEET HAVING HIGH TOUGHNESS AND EXCELLENT THERMAL CRACK RESISTANCE

ABSTRACT : PURPOSE: To manufacture the high carbon steel sheet having high toughness and excellent thermal crack resistance by incorporating specified ratios of C, Si, Mn, P, Cr, Ti, solAl, N and B into Fe

CONSTITUTION: A steel sheet contg , by weight, 0.25 to 0.60% C, ≤0.70% Si, 0.05 to 1 00% Mn, ≤0 030% P, 0 50 to 1 20% Cr, 0 005 to 0 050% Ti, ≤0 08% solAl, ≤0 006% N and 3 to 20ppm B, contg, at need, 0.0050 to 0.100% Nb and the balance substantial Fe is manufactured by rolling. At this time, the temp of final annealing is suitably regulated to about 650 to 880°C In this way, the high carbon steel sheet easy to manufacture and work can be obtd , which is suitable as the stock for chain parts, gear parts, clutch parts, etc

C overlapping
Mn overlaps
Si overlaps
Cr overlaps
Ti ✓
Al ✓
P ✓

B content too low

COPYRIGHT: (C) JPO

Boron content too low

# EUROPEAN PATENT OFFICE



Patent Abstracts of Japan

PUBLICATION NUMBER     : 01176056
PUBLICATION DATE       : 12-07-89

APPLICATION DATE       : 29-12-87
APPLICATION NUMBER     : 62334211

APPLICANT  :  TOYOTA MOTOR CORP;

INVENTOR   :  UCHIYAMA MASAO;

INT CL     :  C22C 38/38   C22C 38/00

TITLE      :  HIGH STRENGTH STEEL HAVING EXCELLENT FATIGUE STRENGTH

ABSTRACT  :  PURPOSE: To obtain a high strength steel at low cost, hardly using of expensive alloy
elements by increasing the C and Mn contents in a steel, adding specific amounts of B
and Ti thereto, reducing its N and O contents and regulating the ratio of Ti/N.

CONSTITUTION: As the high strength steel having excellent fatigue strength,
hardenability and machinability, the steel having the compsn. contg , by weight,
0 30–0 55% C, 0 15–0 35% Si, 1 00–2 00% Mn, <0 040% S, 0.0010–0.0040% B,
0.02–0 05% Ti, <0 008% N, <0 0030% O and 0 020–0 040% Al, or furthermore contg at
need <0 40% Cr, satisfying ≥3 ratio of Ti/N and the balance consisting of Fe is used
Expensive Cr amounts are reduced and the title steel can be manufactured at low cost
without using Mo

COPYRIGHT: (C) JPO

# EUROPEAN PATENT OFFICE

tent Abstracts of Japan

3

BLICATION NUMBER        :  06179944
IBLICATION DATE         :  28-06-94

PLICATION DATE          :  15-12-92
PLICATION NUMBER        :  04334669

PPLICANT  :  NIPPON STEEL CORP;

IVENTOR  :  SUMIMOTO DAIGO;

IT CL    :  C22C 38/00  C22C 38/38

ITLE     :  CR SERIES ULTRAHIGH TENSILE STRENGTH ELECTRIC RESISTANCE WELDED STEEL TUBE EXCELLENT IN DUCTILITY

BSTRACT  :  PURPOSE: To provide a Cr series ultrahigh tensile strength electric resistance welded steel tube excellent in ductility and used for an automotive structural member or the like.

CONSTITUTION: This is an electric resistance welded steel tube having a componental compsn. obtd. by incorporating one or more kinds of, by weight, 0.01 to 0.20% Ti and 0.01 to 0.20% Nb into 0.15 to 0.30% C, 0.05 to 0.50% Si, 2.0 to 3.0% Mn, 0.005 to 0.020% P, 0.0005 to 0.0060% S, 0.01 to 0.08% Al, 0.001 to 0.003% B, 0.002 to 0.0050% N and 0.5 to 1.5% Cr, and the balance Fe with inevitable elements, and in which normalizing is executed as heat treatment to regulate its tensile strehgth into 150 to 180kgf/mm², elongation into ≥10% and yield ratio into 0.70 to 0.85. There is not need of executing hardening after the formation of the electric resistance welded tube for obtaining the ultrahigh tensile strength electric resistance welded steel tube, so that, it is economical, and, a square steel tube and a special shaped steel tube are easily manufacturable as well

COPYRIGHT: (C) JPO

# EUROPEAN PATENT OFFICE

Patent Abstracts of Japan

PUBLICATION NUMBER     : 05247588
PUBLICATION DATE       : 24-09-93

APPLICATION DATE       : 06-03-92
APPLICATION NUMBER     : 04049418

APPLICANT :  NIPPON STEEL CORP;

INVENTOR  :  SUMIMOTO DAIGO;

INT CL    :  C22C 38/00  C21D  8/10  C21D  9/08  C22C 38/38

TITLE     :  CR-BASED ULTRAHIGH TENSILE STRENGTH RESISTANCE WELDED STEEL TUBE
             EXCELLENT IN DUCTILITY

ABSTRACT  :  PURPOSE: To provide a Cr-based ultrahigh tensile strength resistance welded steel tube
             used for structural members for automobile, etc , and excellent in tensile strength and
             ductility.

             CONSTITUTION: In a resistance welded steel tube having a composition consisting of, by
             weight, 0.15-0.30% C, 0 05-0 50% Si, 2.0-3 0% Mn, 0 005-0 020% P, 0 0005-0.0060% S,
             0 01-0 08% Al, 0.001-0.003% B, 0 002-0 0050% N, 0 5-1.5% Cr, 0 01-0 20% Ti and/or
             0 01-0 20% Nb, and the balance Fe with inevitable elements, normalizing is done as heat
             treatment and a microstructure composed essentially of bainite is formed. This method is
             economical because it can dispense with hardening after resistance welded tube making
             for forming an ultrahigh tensile strength resistance welded steel tube, and even square
             steel tubes and steel tubes of special form can easily be produced

             COPYRIGHT: (C) JPO

Exhibit 1, Page 71 of 127

42



UNITED STATES [ ARTMENT OF COMMERCE
Patent and Traden к Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D C 20231

S?H
#-6
12·8·99

## CHANGE OF ADDRESS/POWER OF ATTORNEY

CATION    17X1    SERIAL NUMBER 09350100    PATENT NUMBER

THE CORRESPONDENCE ADDRESS HAS BEEN CHANGED TO CUSTOMER # 22850

THE PRACTITIONERS OF RECORD HAVE BEEN CHANGED TO CUSTOMER # 22850

ON 10/27/99 THE ADDRESS OF RECORD FOR CUSTOMER NUMBER 22850 IS:

OBLON SPIVAK MCCLELLAND MAIER & NUESTADT
FOURTH FLOOR
1755 JEFFERSON DAVIS HIGHWAY
ARLINGTON VA 22202

AND THE PRACTITIONERS OF RECORD FOR CUSTOMER NUMBER 22850 ARE:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1124 | 24618 | 24854 | 24913 | 25599 | 26142 | 26395 | 27295 | 27757 | 28421 |
| 3870 | 29099 | 30001 | 30996 | 31451 | 32829 | 32884 | 33128 | 33893 | 34305 |
| 4423 | 34426 | 34648 | 35270 | 35299 | 36379 | 36867 | 37182 | 37628 | |

PTO INSTRUCTIONS: PLEASE TAKE THE FOLLOWING ACTION WHEN THE
CORRESPONDENCE ADDRESS HAS BEEN CHANGED TO CUSTOMER NUMBER:
RECORD, ON THE NEXT AVAILABLE CONTENTS LINE OF THE FILE JACKET,
'ADDRESS CHANGE TO CUSTOMER NUMBER'.  LINE THROUGH THE OLD
ADDRESS ON THE FILE JACKET LABEL AND ENTER ONLY THE 'CUSTOMER
NUMBER' AS THE NEW ADDRESS.  FILE THIS LETTER IN THE FILE JACKET.
WHEN ABOVE CHANGES ARE ONLY TO FEE ADDRESS AND/OR PRACTITIONERS
OF RECORD, FILE LETTER IN THE FILE JACKET.

PTO-FMD
TALBOT-1/97

Exhibit 1, Page 73 of 127



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/350,100 | 07/09/99 | LAURENT | J | 4101-0238-55 |

```
      022850                    IM22/0927
OBLON SPIVAK MCCLELLAND MAIER & NEUSTADT
FOURTH FLOOR
1755 JEFFERSON DAVIS HIGHWAY
ARLINGTON VA 22202
```

| EXAMINER |
|---|
| WYSZOMIERSKI, G |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1742 | 7 |

DATE MAILED:    09/27/00

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

1- File Copy

PTO 90C (Rev 2/95)
U S G P O. 2000 ; 465-186/25266

Exhibit 1, Page 74 of 127

|  | Application No | Appl[_____] n(s) LAURENT et al. |
|---|---|---|
| **Office Action Summary** | 09/350100 | |
| | Examiner WYSZOMIERSKI | Group Art Unit 1792 |

*---The MAILING DATE of this communication appears on the cover sheet beneath the correspondence address---*

**[Peri]od for Reply**

☐ [SH]ORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE one (1) MONTH(S) FROM THE MAILING DATE [OF] THIS COMMUNICATION

Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication
If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely
If NO period for reply is specified above. such period shall, by default. expire SIX (6) MONTHS from the mailing date of this communication
Failure to reply within the set or extended period for reply will, by statute. cause the application to become ABANDONED (35 U.S.C. § 133).

**[Sta]tus**

☐ Responsive to communication(s) filed on _____
☐ This action is FINAL.
☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213

**[Di]sposition of Claims**

☒ Claim(s) _1~8_ _____ is/are pending in the application
    Of the above claim(s) _____ is/are withdrawn from consideration
☐ Claim(s) _____ is/are allowed.
☒ Claim(s) _1~8_ _____ is/are rejected.
☐ Claim(s) _____ is/are objected to
☐ Claim(s) _____ are subject to restriction or election requirement

**[A]pplication Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948
☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved
☐ The drawing(s) filed on _____ is/are objected to by the Examiner.
☐ The specification is objected to by the Examiner.
☐ The oath or declaration is objected to by the Examiner

**Priority under 35 U.S.C. § 119 (a)-(d)**

☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d)
    ☒ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been
    ☒ received.
    ☐ received in Application No. (Series Code/Serial Number) _____
    ☐ received in this national stage application from the International Bureau (PCT Rule 1.7.2(a)).

    *Certified copies not received: _____

**Attachment(s)**

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s) _____     ☐ Interview Summary, PTO-413
☐ Notice of Reference(s) Cited, PTO-892                                     ☐ Notice of Informal Patent Application, PTO-152
☐ Notice of Draftsperson's Patent Drawing Review, PTO-948                   ☐ Other_____

<div align="center"><b>Office Action Summary</b></div>

Part of Paper No. 7

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-97)                                                         *U.S GPO: 1998-454-457/97505

Page 2

Application/Control Number: 09/ 350100

Art Unit: 1742

1    Restriction to one of the following inventions is required under 35 U S C 121:

    I    Claims 1-5, drawn to a coated steel sheet, classified in class 428, subclass 653

    II    Claims 6-8, drawn to a process, classified in class 148, subclass 522

The inventions are distinct, each from the other because:

Inventions I and II are related as product and process of use   (The examiner notes that instant claim 8 does not appear to be drawn to any statutory category of invention; this claim nonetheless recites the "use of' a Group I product and is therefore categorized as a Group II process of use for restriction purposes)   The inventions can be shown to be distinct if either or both of the following can be shown: (1) the process for using the product as claimed can be practiced with another materially different product or (2) the product as claimed can be used in a materially different process of using that product (MPEP § 806 05(h))   In the instant case the product as claimed can be used in a materially different process such as a process of making metal shelving

Because these inventions are distinct for the reasons given above and have acquired a separate status in the art because of their different classification and recognized divergent subject matter, restriction for examination purposes as indicated is proper

2    A telephone call was made to Richard Treanor, attorney of record, on September 27, 2000 to request an oral election to the above restriction requirement, but did not result in an election being made

Page 3

Application/Control Number: 09/ 350100

Art Unit: 1742

3      Applicant is advised that the reply to this requirement to be complete must include an

election of the invention to be examined even though the requirement be traversed (37

CFR 1 143).

Applicant is reminded that upon the cancellation of claims to a non-elected invention, the

inventorship must be amended in compliance with 37 CFR 1 48(b) if one or more of the currently

named inventors is no longer an inventor of at least one claim remaining in the application  Any

amendment of inventorship must be accompanied by a petition under 37 CFR 1 48(b) and by the

fee required under 37 CFR 1 17(i)

4      Any inquiry concerning this communication or earlier communications from the examiner
should be directed to George Wyszomierski whose telephone number is (703) 308-2531  The
examiner can normally be reached on Monday thru Friday from 8:00 a m  to 4:30 p m  Eastern
time    If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,
Roy King, can be reached on (703) 308-1146  The fax phone number for this Group is (703)
305-7719  Any inquiry of a general nature or relating to the status of this application or
proceeding should be directed to the Group receptionist whose telephone number is (703) 308-
0661

GEORGE WYSZOMIERSKI
PRIMARY EXAMINER
GROUP 1100

GPW
September 27, 2000

Exhibit 1, Page 78 of 127

OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.

ATTORNEYS AT LAW

FOURTH FLOOR
1755 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VIRGINIA 22202 U.S.A.

(703) 413-3000

(703) 413-2220 FACSIMILE

OBLONPAT@OBLON.COM

WWW.OBLON.COM

PATENT, TRADEMARK AND COPYRIGHT LAW
AND RELATED FEDERAL AND ITC LITIGATION



NORMAN F. OBLON
MARVIN J. SPIVAK
C. IRWIN McCLELLAND
GREGORY J. MAIER
ARTHUR I. NEUSTADT
RICHARD D. KELLY
JAMES D. HAMILTON
EDWARD H. KUESTERS
ROBERT T. POUS
DAVID A. KERA
CHARLES L. GHOLZ
WILLIAM S. BEAUMONT
JEAN-PAUL LAVALLEYE, PH.D.
JEFFREY H. KAUFMAN
BRIAN D. ANDERSON
ROBERTA S. BREN
STEPHEN G. BAXTER, PH.D.
RICHARD L. TREANOR, PH.D
STEVEN P. WEIHROUCH
JOHN T. GOOLKASIAN*
RICHARD L. DHNN, PH.D.
STEVEN E. LIPMAN
CARL E. SCHLIER
P. JAY HINER
JAMES J. KULBASKI
RICHARD A. NEIFELD, PH.D.
J. DEREK MASON, PH.D
SURINDER SACHAR
JONATHAN HUDIS
JEFFREY B. McINTYRE*
WILLIAM T. ENOS*
MICHAEL B. McCABE, JR.*
STEVEN C. TABACKMAN
JORDAN B. WEINSTEIN
BRADLEY D. LYTLE
MICHAEL R. CASEY, PH.D.

GERALD J. MOSSINGHOFF

MILTON STERMAN
SAMUEL H. BLECH*
JOHN D. TRESANSKY
ALTON G. ROLLINS
JAMES R. BOLER*
HANNBA PITLICK
RAYMOND F. CARDILLO, JR.
ROBERT W. HAHL, PH.D
NEAL GOLDFARB
BRIAN B. DARVILLE

MASAYASU MORI*

FRANK J. WEST*
KATHLEEN COONEY-PORTER*
ANDREW M. OLLIS
MARDO LINDSAY, PH.D.*
CORWIN P. UMBACH, PH.D
RON MYERS*
W. TODD BAKER*
DAVID D'ZURILLA
JOSEPH A. SCAFETTA JR.
CARLOS R. VILLAMAR
ROBERT C. MATTSON
MANDY M. PETROCELLI
EDWIN D. DARLEPP
ALEXANDER S. GASSER*
KEITH D. ITHMAYONG
CHRISTOPHER D. WARD
THOMAS M. CUNNINGHAM, PH.D
CLAYTON W. THOMPSON, II
KENNETH T. GUICCHELLI, II
THOMAS J. FISHER
ROBERT C. HISSEN
DAY ANN SPAHN*
AKIHIRO YAMAZAKI*
MARCIA TRAIN*
MALCOLM J. MACDONALD, PH.D.
ANDREW K. BEVERINA*
ROBERT D. CROCKETT*
JAMES J. KELLY, PH.D
DEREK RICHMOND
AARTI SHAH
FREDERICK D. VASTINE, PH.D *
JOHN K. PIKE, PH.D.*
DAVID A. BKODEAU*
STAMATIOS MYLONAKIS, PH.D*
PHILIPPE J.G. SIGNORE, PH.D*
KEVIN A. NORDBERG*
THOMAS A. BLINKA, PH.D.
DANIEL J. PEREIRA, PH.D.
RONALD A. RUDDER, PH.D.*
JOHN P. T. CONNOLLY, PH.D *
MYRON K. WYCHE*

* BAR MEMBERSHIP OTHER
  THAN VIRGINIA
† JAPANESE PATENT ATTORNEY
* REGISTERED PATENT AGENT

Docket No : 4101-0238-55X

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D C  20231

RE:  Application Serial No.: 09/350,100
     Applicants: Jean-Pierre LAURENT, ET AL
     Filing Date: July 9, 1999
     For:  COATED HOT- AND COLD- ROLLED STEEL
           SHEET COMPRISING A VERY HIGH RESISTANCE
           AFTER THERMAL TREATMENT
     Group Art Unit: 1742
     Examiner: WYSZOMIERSKI

SIR:

Attached hereto for filing are the following papers:

RESPONSE TO REQUIREMENT FOR RESTRICTION

Our check in the amount of $0 00 is attached covering any required fees. In the event any variance
exists between the amount enclosed and the Patent Office charges for filing the above-noted documents,
including any fees required under 37 CFR 1.136 for any necessary Extension of Time to make the filing of
the attached documents timely, please charge or credit the difference to our Deposit Account No. 15-0030
Further, if these papers are not considered timely filed, then a petition is hereby made under 37 C F R  1 136
for the necessary extension of time. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P C

Norman F. Oblon
Attorney of Record
Registration No 24,618

Thomas A. Blinka, Ph.D.
Registration No. 44,541

22850

703 413 3000
703 413 2220(facsimile)

---

**OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.**

ATTORNEYS AT LAW

FOURTH FLOOR
1755 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VIRGINIA 22202 U S A

(703) 413-3000

(703) 413-2220 FACSIMILE

OBLONPAT@OBLON.COM

WWW.OBLON.COM

PATENT, TRADEMARK AND COPYRIGHT LAW
AND RELATED FEDERAL AND ITC LITIGATION

Docket No : 4101-0238-55X

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

RE: Application Serial No : 09/350,100
Applicants: Jean-Pierre LAURENT, ET AL
Filing Date: July 9, 1999
For:    COATED HOT- AND COLD- ROLLED STEEL
        SHEET COMPRISING A VERY HIGH RESISTANCE
        AFTER THERMAL TREATMENT
Group Art Unit: 1742
Examiner: WYSZOMIERSKI

SIR:

Attached hereto for filing are the following papers:

**RESPONSE TO REQUIREMENT FOR RESTRICTION**

Our check in the amount of $0.00 is attached covering any required fees. In the event any variance exists between the amount enclosed and the Patent Office charges for filing the above-noted documents, including any fees required under 37 CFR 1.136 for any necessary Extension of Time to make the filing of the attached documents timely, please charge or credit the difference to our Deposit Account No. 15-0030. Further, if these papers are not considered timely filed, then a petition is hereby made under 37 C F R. 1.136 for the necessary extension of time. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P C

Norman F. Oblon
Attorney of Record
Registration No. 24,618

Thomas A. Blinka, Ph D.
Registration No 44,541



22850

703 413 3000
703 413 2220 (facsimile)

4101-238-55X

IN THE UNITED STATES PATENT & TRADEMARK OFFICE

IN RE APPLICATION OF:          :

JEAN-PIERRE LAURENT ET AL   : GROUP ART UNIT: 1742

SERIAL NO  09/350,100          :

FILED: JULY 9, 1999            : EXAMINER: WYSZOMIERSKI

FOR:  COATED HOT- AND COLD-:
      ROLLED STEEL SHEET
      COMPRISING A VERY HIGH
      RESISTANCE AFTER
      THERMAL TREATMENT

RESPONSE TO REQUIREMENT FOR RESTRICTION

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D C   20231

SIR:

        In response to the Official Action of September 27, 2000, Applicants elect, with

traverse, Group I, Claims 1-5, drawn to a coated steel sheet

REMARKS

The Office has required restriction in the present application as follows:

Group I:      Claims 1-5, drawn to a coated steel sheet, and

Group II:     Claims 6-8, drawn to a process

        Restriction is only proper if the claims of the restricted groups are either independent

or patentably distinct  The burden of proof is on the Office to provide reasons and/or

examples to support any conclusion with regard to patentable distinctness  MPEP §803

Applicants respectfully traverse the restriction requirement on the grounds that the Office has not provided adequate reasons and/or examples to support a conclusion of patentable distinctness between the identified groups

The Office has characterized the inventions of Groups I and II as related as product and process of use. The Office states that "the product as claimed can be used in a materially different process such as a process of making metal shelving." However, there is no evidence of record to show that the claimed coated steel sheet may be useful as the Office has alleged. In addition, the Office has failed to show that the alleged use of the claimed coated steel sheet is materially different from the claimed process. Accordingly, Applicants respectfully submit that the restriction requirement is unsustainable, and it should therefore be withdrawn.

Finally, Applicants note that MPEP §821.04 states, "If Applicant elects claims directed to the product, and a product claim is subsequently found allowable, withdrawn process claims which depend from or otherwise include all the limitations of the allowable product claim will be rejoined." Applicants respectfully submit that should the elected group be found allowable, the non-elected claims should be rejoined.

Accordingly, and for the reasons presented above, Applicants submit that the Office has failed to meet the burden necessary in order to sustain the restriction requirement. Withdrawal of the restriction requirement is respectfully requested.

- 2 -

Exhibit 1, Page 82 of 127

Applicants respectfully submit that the above-identified application is now in condition for examination on the merits, and early notice of such action is earnestly solicited

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.

Norman F. Oblon
Attorney of Record
Registration No. 24,618

Thomas A. Blinka
Registration No. 44,541

(703) 413-3000
Fax #: (703)413-2220

22850

TABLI/iac
I:\user\TABLI\41010238-RE.wpd

- 3 -

Exhibit 1, Page 84 of 127



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/350,100 | 07/09/99 | LAURENT | J | 4101-0238-55 |

|  | EXAMINER |
|---|---|
| 02285V                          IM62/0119 | SAVAGE, J |
| OBLON SPIVAK MCCLELLAND MAIER & NEUSTADT | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1775 | 9 |

FOURTH FLOOR
1755 JEFFERSON DAVIS HIGHWAY
ARLINGTON VA 22202

DATE MAILED:    01/19/01

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

| *Office Action Summary* | Application No 09/350,100 | Applicant(s) Laurent et al. |
|---|---|---|
| | Examiner Jason Savage | Group Art Unit 1775 |

Responsive to communication(s) filed on _Oct 27, 2000_

. This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayl* 835 C D 11; 453 O G 213

A shortened statutory period for response to this action is set to expire _____3_____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned (35 U S C § 133) Extensions of time may be obtained under the provisions of 7 CFR 1 136(a)

**Disposition of Claim**

☒ Claim(s) _1-8_ _____ is/are pending in the application

Of the above, claim(s) _6-8_ _____ is/are withdrawn from consideration

☐ Claim(s) _____ is/are allowed

☐ Claim(s) _____ is/are rejected

☒ Claim(s) _1-5_ _____ is/are objected to

☐ Claim(s) _____ are subject to restriction or election requirement

☐ Claims _____

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ The drawing(s) filed on _____ is/are objected to by the Examiner

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved

☐ The specification is objected to by the Examiner

☐ The oath or declaration is objected to by the Examiner

**Priority under 35 U.S.C. § 119**

☒ Acknowledgement is made of a claim for foreign priority under 35 U S C § 119(a)-(d)

  ☒ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

    ☒ received

    ☐ received in Application No (Series Code/Serial Number) _____

    ☐ received in this national stage application from the International Bureau (PCT Rule 17 2(a))

  *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U S C § 119(e)

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449. Paper No(s) _____5_____

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

Application/Control Number: 09/350,100                                    Page 2

Art Unit: 1775

## *Election*

1      Applicant traverses the restriction requirement since Applicant believes that the Office

has not provided any evidences to show that the claimed coated steel sheet may be useful as

Office has alleged  However; it is the Applicant's burden to prove that the Office's allegation

that the product as claimed can not be used in a materially different process such as a process of

making metal shelving  The Applicant has failed to provide any evidence that the product can

not be used in the process stated by the Examiner, therefore the restriction is proper and final

## *Objections*

2      Claim 3 is objected to because of the following informalities:

The claim is awkward, it is suggested that Applicant clarify the claim limitations such as

by stating "the ratio of titanium to nitrogen in weight % in the steel sheet is in excess of 3 42 "

Appropriate correction is required

## *Claim Rejections - 35 USC § 112*

3      The following is a quotation of the second paragraph of 35 U S C  112:

> The specification shall conclude with one or more claims particularly pointing out and
> distinctly claiming the subject matter which the applicant regards as his invention

4      Claims 1-5 are rejected under 35 U.S C  112, second paragraph, as being indefinite for

failing to particularly point out and distinctly claim the subject matter which applicant regards as

the invention

Application/Control Number: 09/350,100                                    Page 3

Art Unit: 1775

      In claim 1, line 1, the phrase "which then maybe be cold-rolled, coated" is indefinite since

it is unclear if the steel sheet is coated or if it is optionally coated.  For examination purposes, the

claim has been treated as meaning A coated, hot-rolled steel sheet which may be optionally cold-

rolled.

      Also, in claim 1, line 13, there is no basis for "the aluminum-based" coating.

      In claims 2-5, the phrase "characterized in that" is indefinite.  It is suggested Applicant

use language such as --wherein--

      In claims 4 and 5, line 1, there is no basis for the limitation "the metal bath".

Furthermore, the claims are indefinite since it is unclear as to how limitations on the bath

compositions will affect the final product?  Is the Applicant trying to claim a specific

composition for the coating on the steel sheet?   The claims have been treated as merely reciting

an aluminum coating on the steel sheet.

### Claim Rejections - 35 USC § 103

5      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains  Patentability shall not be negatived by the
> manner in which the invention was made.

6      Claims 1-5 are rejected under 35 U.S.C. 103(a) as being unpatentable over Yu et al  (US

5,178,688) in view of Higuchi et al  (US 4,891,274).

Application/Control Number: 09/350,100                                   Page 4

Art Unit: 1775

Yu teaches a boron steel consisting of 0.18-0.35% C, 0.5-1.0% Mn, 0.06-0.15% Si, 0.4-0.9% Cr, 0.01-0.04% Ti, 0.01-0.05% Al, and 0.005-0.003% B (col. 2, ln. 14-22). Although Yu doesn't teach the P and S content, since they are not mentioned, their content is assumed to be negligible and thus falls within the range claimed by Applicant.

Regarding claim 3, Yu teaches that the ratio of Ti to N is between 3.4 to 6.0 (col. 2, ln 21).

Yu does not teach the boron steel is coated with aluminum; however, Yu teaches that it is important to limit the oxidation of the steel substrate in order to maintain a suitable hardness (col. 1, ln. 44-67). It is the position of the Examiner that it is well known in the art to coat steel substrates with Aluminum coatings in order to prevent oxidation of the substrate. As evidence of this, Higuchi teaches that hot-dip aluminum coated steel sheets have excellent corrosion and oxidation resistance (col. 1, ln. 7-11). It would have been obvious to one of ordinary skill in the art at the time the invention was made to have coated the steel sheet of Yu with an aluminum coating to provide an enhanced oxidation resistance for the steel component such as carburized gears.

Regarding claims 4-5, since Yu in view of Higuchi meets all the other product limitations, it is the position of the Examiner that the prior art also meets the limitations of claims 4-5 since no new product limitations have been added.

Application/Control Number: 09/350,100

Art Unit: 1775

7    Claims 1-5 are rejected under 35 U.S.C. 103(a) as being unpatentable over JP'056 (JP 01-176056) in view of Higuchi et al (US 4,891,274)

JP'056 teaches a high strength steel having excellent fatigue strength which has a substrate composition that meets the claim limitations made by the Applicant including the Ti/N ratio of greater than 3 (abs).

Regarding claim 3, although the JP'056 does not teach that the Ti/N ratio is greater than 3.42 as is claimed by Applicant, it is the position of the Examiner that the teaching that the ratio is greater than 3 overlaps the ratio claimed by Applicant

JP'056 does not teach that the steel sheet is coated with aluminum. It is the position of the Examiner that it is well known in the art to coat steel substrates with aluminum coatings in order to prevent oxidation of the substrate. As evidence of this, Higuchi teaches that hot-dip aluminum coated steel sheets have excellent corrosion and oxidation resistance (col. 1, ln. 7-11). It would have been obvious to one of ordinary skill in the art at the time the invention was made to have coated the steel sheet of JP'056 with an aluminum coating to provide a steel substrate having excellent fatigue strength and enhanced oxidation resistance

Regarding claims 4-5, since JP'056 in view of Higuchi meets all the other product limitations, it is the position of the Examiner that the prior art also meets the limitations of claims 4-5 since no new product limitations have been added.

# EXHIBIT 1 – PART 4

Application/Control Number: 09/350,100                              Page 6

Art Unit: 1775

8    Claims 1-2 and 4-5 are rejected under 35 U.S.C. 103(a) as being unpatentable over

JP'588 (JP 05-247588) in view of Higuchi et al (US 4,891,274).

JP'588 teaches an ultrahigh tensile strength resistance welded steel tube excellent in

ductility having a steel substrate composition that meets the claim limitations made by the

Applicant (abs).

JP'588 does not teach that the steel sheet is coated with aluminum. It is the position of the

Examiner that it is well known in the art to coat steel substrates with aluminum coatings in order

to prevent oxidation of the substrate. As evidence of this, Higuchi teaches that hot-dip aluminum

coated steel sheets have excellent corrosion and oxidation resistance (col. 1, ln 7-11). It would

have been obvious to one of ordinary skill in the art at the time the invention was made to have

coated the steel sheet of JP'588 with an aluminum coating to provide a steel substrate having

high tensile strength and enhanced oxidation resistance.

Regarding claims 4-5, since JP'588 in view of Higuchi meets all the other product

limitations, it is the position of the Examiner that the prior art also meets the limitations of

claims 4-5 since no new product limitations have been added.

Application/Control Number: 09/350,100                                    Page 7

Art Unit: 1775

9.      Any inquiry to this communication or earlier communications from the Examiner should

be directed to Jason Savage, whose telephone number is (703)305-0549. The Examiner can

normally be reached Monday to Friday from 6:30 AM to 4:00 PM.

        If attempts to reach the Examiner by telephone are unsuccessful, the Examiner's

supervisor, Deborah Jones, can be reached on (703)308-3822.

        Any inquiry of a general nature or relating to the status of this application should be

directed to the Group receptionist whose telephone number is (703)308-2351.


Jason Savage

1-10-01

DEBORAH JONES
SUPERVISORY PATENT EXAMINER

*Notice of References Cited*

| | Application No 09/350,100 | Applicant(s) Laurent et al. | | |
|---|---|---|---|---|
| | Examiner Jason Savage | Group Art Unit 1775 | Page 1 of 1 | |

### U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | 5,656,102 | 8/1997 | Taylor et al | ---- | ---- |
| B | 5,133,815 | 7/1992 | Hashimoto et al | ---- | ---- |
| C | 4,891,274 | 1/1980 | Higuchi et al | ---- | ---- |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | 09-195021 | 7/1997 | JP | Nippon Steel | | |
| O | 09-025551 | 1/1997 | JP | NKK Corp | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

### NON-PATENT DOCUMENTS

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

U.S. Patent and Trademark Office
PTO-892 (Rev. 9-95)        Notice of References Cited

Part of Paper No. 9

Display Form                    http://westbrs:8820/bin/gate.exe?f=doc&  &ESNAME=FULL&p_docent=1&p_doc_1=PTT11N1

WEST

Generate Collection

L7: Entry 4 of 53                    File: DWPI                May 26, 1998

DERWENT-ACC-NO: 1998-357929
DERWENT-WEEK: 199831
COPYRIGHT 2001 DERWENT INFORMATION LTD

TITLE: Flake=proof bright galvanised steel sheet for motor vehicle, domestic
electric appliances - involves coating zinc on rough surface where aluminium
alloy is precoated

PATENT-ASSIGNEE:
  ASSIGNEE                              CODE
SUMITOMO METAL IND LTD                  SUMQ

PRIORITY-DATA:
1996JP-0301681          November 13, 1996

PATENT-FAMILY:
PUB-NO        PUB-DATE        LANGUAGE    PAGES    MAIN-IPC
JP 10140317 A    May 26, 1998    N/A        008      C23C002/28

APPLICATION-DATA:
PUB-NO          APPL-DESCRIPTOR      APPL-NO          APPL-NO
JP10140317A     November 13, 1996    1996JP-0301681   N/A

INT-CL (IPC): C22C 38/00; C22C 38/14; C23C 2/02; C23C 2/06; C23C 2/28; C23C
2/40

ABSTRACTED-PUB-NO: JP10140317A
BASIC-ABSTRACT:
  The steel sheet contains carbon of less than 0.004 wt.%, Si of 0.03-0.13wt.%,
Mn of 0.05-0.4wt.%, P of 0.007-0.02wt.%, Ti of 0.018-0.05wt.%, Nb of
0-0.02wt.%, Al of 0.005-0.1wt.%, B of 0-0.005wt.% and iron. One of the surface
is made rough by aluminium alloy coating which contains 0.18-0.5wt.% of Al
forming a skin layer. The skin layer has valley peak number 320-600 and
roughness height of 25.4mm over which Zn is coated

  ADVANTAGE - Offers brightness at time of coating and excellent yield and
operativity.

CHOSEN-DRAWING: Dwg.0/1

TITLE-TERMS: BRIGHT GALVANISE STEEL SHEET MOTOR VEHICLE DOMESTIC ELECTRIC
APPLIANCE COATING ZINC ROUGH SURFACE ALUMINIUM ALLOY PRECOAT

DERWENT-CLASS: M13 M27

CPI-CODES: M13-A; M27-A04; M27-A04A; M27-A04M; M27-A04S; M27-A04T;

SECONDARY-ACC-NO:
CPI Secondary Accession Numbers: C1998-110421

cord Display Form

http://westbrs:8820/bin/gate.exe?f=doc&  &ESNAME=FULL&p_doccnt=1&p_doc_l=PIFFULL

**WEST**

☐ | Generate Collection |

L44: Entry 1 of 2      File: JPAB      Jul 29, 1997

PUB-NO: JP409195021A
DOCUMENT-IDENTIFIER: JP 09195021 A
TITLE: PRODUCTION OF HOT-DIP ALUMINUM PLATED STEEL SHEET EXCELLENT IN HEATING
BLACKENING RESISTANCE

PUBN-DATE: July 29, 1997

INVENTOR-INFORMATION:
NAME
MAKI, JUN
OMORI, TAKAYUKI
KOYAMA, ISAAKI
ITONAGA, SHINICHI
TAKEI, SHUICHI

ASSIGNEE-INFORMATION:          COUNTRY
NAME                        N/A
NIPPON STEEL CORP

APPL-NO: JP08006820
APPL-DATE: January 18, 1996

INT-CL (IPC): C23C 2/12; C22C 38/00; C22C 38/14; C23C 2/28; C23C 22/24; C23C
28/00; C25D 11/38

ABSTRACT:

PROBLEM TO BE SOLVED: To provide a method for producing a hot-dip aluminum
plated steel sheet maintaining the glossy appearance of silver white even after
heating and furthermore excellent in heating blackening resistance

SOLUTION: A steel sheet having steel components contg. &le;0.01% C, &le;0.05%
Si, 0.0015 to 0.0070% N, &le;0.01% Al, >0.05 to 0.1% O, Ti, Nb, V and B by
&le;0.05% in total, and the balance Fe with inevitable impurities is applied
with Al plating contg. 3 to 12% Si. Or, after that, it is subjected to
chromating treatment of &le;10mg/m2 Cr coating weight Or, after that,
annealing treatment is executed at 300 to 500°C for 2 to 20hr as well  The
hot-dip aluminum plated steel sheet produced by this method is not blackened
even if being heated to a high temp  of 530 to 570°C, and its workability in
not hindered as well

COPYRIGHT: (C)1997,JPO

ord Display Form                    wyslwyg://57/http://westbrs:8820/bln/ga. &ESNAME=FULL&p_docent=1&p_doc_1=PTF FULL1

# WEST

## End of Result Set

☐ | Generate Collection |

L44: Entry 2 of 2                File: JPAB           Jan 28, 1997

PUB-NO: JP409025551A
DOCUMENT-IDENTIFIER: JP 09025551 A
TITLE: ALUMINUM-ZINC ALLOY PLATED STEEL SHEET EXCELLENT IN PRESS FORMABILITY
AND HEAT RESISTANCE

PUBN-DATE: January 28, 1997

INVENTOR-INFORMATION:
NAME
KOIKE, TETSUHIRO
OI, TOSHIHIKO

ASSIGNEE-INFORMATION:
NAME                           COUNTRY
NKK CORP                       N/A

APPL-NO: JP07277577
APPL-DATE: October 25, 1995

INT-CL (IPC): C23C 2/12; C22C 18/00; C22C 38/00; C22C 38/14; C23C 2/06; C25D
5/26

ABSTRACT:

PROBLEM TO BE SOLVED: To produce an aluminum-zinc alloy plated steel sheet
combining excellent deep drawability and heat resistance.

SOLUTION: A steel sheet contg., by weight, <0.003% C, &le;0.015% S, &le;0.003%
N, 0.02 to 0.1% Ti, 0.0002 to 0.0015% B and &le;0.036% P is applied with Al-Zn
alloy plating contg. 25 to 90% Al and Si by 1 to 10% of the Al content, and the
balance substantial Zn to obtain the aluminum-zinc alloy plated steel sheet
excellent in press formability and heat resistance.

COPYRIGHT: (C)1997,JPO

play Form

http://westbrs:8820/bin/gate.exe?f=doc&  &ESNAME=FULL&p_doccnt=1&p_doc_1=PTFFUI 1

Nuu

WEST

☐ [ Generate Collection ]

OK
Al coating on
steel sheet
wrong steel
composition
though

File: DWPI                                        Jul 29, 1997

L7: Entry 6 of 53

DERWENT-ACC-NO: 1997-431885
DERWENT-WEEK: 199740
COPYRIGHT 2001 DERWENT INFORMATION LTD

TITLE: Hot dip aluminised steel sheet having improved resistance to heating
blackening - comprises silicon@, nitrogen@, aluminium@, oxygen@, and element
selected from titanium@, niobium, vanadium@, boron@ and iron@

PATENT-ASSIGNEE:                                  CODE
  ASSIGNEE                                        YAWA
NIPPON STEEL CORP

PRIORITY-DATA:                    January 18, 1996
1996JP-0006820

PATENT-FAMILY:                                 LANGUAGE    PAGES    MAIN-IPC
PUB-NO             PUB-DATE                     N/A         007      C23C002/12
JP 09195021 A      July 29, 1997

APPLICATION-DATA:                              APPL-NO               APPL-NO
PUB-NO             APPL-DESCRIPTOR             1996JP-0006820        N/A
JP09195021A        January 18, 1996

INT-CL (IPC): C22C 38/00; C22C 38/14; C23C 2/12; C23C 2/28; C23C 22/24; C23C
28/00; C25D 11/38

ABSTRACTED-PUB-NO: JP09195021A
BASIC-ABSTRACT:

The hot dip aluminised steel sheet is made by hot dip aluminising a steel sheet
comprising (by wt.) upto 0.01% C, upto 0.05% Si, 0 0015-0.00 70% N, upto 0 01%
Al, over 0 05-0.1% (O), upto 0.005% one or more of Ti, Nb, V, and B, and
balance Fe and incidental impurities in a molten aluminium-bath comprising (by
wt.) 3-12% Si, and balance Al.

USE - For hot dip aluminised steel sheet maintaining high heat reflection
without blackening the coating surface when holding at high temperatures.

CHOSEN-DRAWING: Dwg 0/0

TITLE-TERMS: HOT DIP ALUMINISED STEEL SHEET IMPROVE RESISTANCE HEAT BLACKEN
COMPRISE SILICON@ NITROGEN@ ALUMINIUM@ OXYGEN@ ELEMENT SELECT TITANIUM@ NIOBIUM
VANADIUM@ BORON@ IRON@

DERWENT-CLASS: M13 M27

CPI-CODES: M13-A; M27-B04; M27-B04X;

SECONDARY-ACC-NO:
CPI Secondary Accession Numbers: C1997-138543

1/16/01 3:15 AM

WEST

Generate Collection

L7: Entry 9 of 53                    File: DWPI                    Jan 28, 1997

DERWENT-ACC-NO: 1997-150003
DERWENT-WEEK: 199714
COPYRIGHT 2001 DERWENT INFORMATION LTD

TITLE: Aluminium®-zinc® alloy coated steel sheet with good press-formability,
and heat resistance - comprises coating zinc®-aluminium® alloy on steel sheet
contg. carbon, sulphur, nitrogen and titanium®, boron and phosphorus

PATENT-ASSIGNEE:
 ASSIGNEE                            CODE
NKK CORP                             NIKN

PRIORITY-DATA:                       May 10, 1995
1995JP-0111619

PATENT-FAMILY:
PUB-NO          PUB-DATE          LANGUAGE   PAGES   MAIN-IPC
JP 09025551 A   January 28, 1997  N/A        007     C23C002/12

APPLICATION-DATA:
PUB-NO          APPL-DESCRIPTOR    APPL-NO          APPL-NO
JP09025551A     October 25, 1995   1995JP-0277577   N/A

INT-CL (IPC): C22C 18/00; C22C 38/00; C22C 38/14; C23C 2/06; C23C 2/12; C25D
5/26

ABSTRACTED-PUB-NO: JP09025551A
BASIC-ABSTRACT:
The Al-Zn alloy coated steel sheet comprises a steel sheet contg. (by wt.)
under 0.003% C, up to 0.015% S, up to 0.003% N, 0.02-0.1% Ti, 0.0002-0.0015% B,
and up to 0.036% P, on which Zn-Al alloy coating contg. (by wt.) 25-90% Al, Si
of 10% of Al, and Zn is applied.

USE - For Al-Zn alloy coated steel sheet excellent of deep drawability. and
heat resistance

CHOSEN-DRAWING: Dwg. 2/2

TITLE-TERMS: ALUMINIUM® ZINC® ALLOY COATING STEEL SHEET PRESS FORMING HEAT
RESISTANCE COMPRISE COATING ZINC® ALUMINIUM® ALLOY STEEL SHEET CONTAIN CARBON
SULPHUR NITROGEN TITANIUM® BORON PHOSPHORUS

DERWENT-CLASS: M13 M26

CPI-CODES: M13-A;

SECONDARY-ACC-NO:
CPI Secondary Accession Numbers: C1997-048201

Exhibit 1, Page 98 of 127

http://westhrs:8820/bin/cgi-bin/PreSearch.p

Refine Search

| DB Name | Query | Hit Count | Set Name |
|---|---|---|---|
| JPAB | (01176056 or 06179944 or 05247588) uref | 0 | L14 |
| JPAB | l12.uref | 0 | L13 |
| JPAB | (01176056 or 06179944 or 05247588) pn | 3 | L12 |
| USPT | l10 and l9 | 10 | L11 |
| USPT | (ti or titanium or boron or b or cr or chromium) | 1591220 | L10 |
| USPT | l8 and (coat or coating or plating) | 11 | L9 |
| USPT | (5133815 or 5019460 or 5178688).uref. | 11 | L8 |
| DWPI | l5 sAME L6 | 53 | L7 |
| DWPI | (al or aluminum) near5 (bath or coating or coat or plating) | 18721 | L6 |
| DWPI | steel same (b or boron) same (ti or titanium) | 4323 | L5 |
| USPT | l2 and l3 | 16 | L4 |
| USPT | (al or aluminum) near5 (bath or coating or coat or plating) | 32023 | L3 |
| USPT | l1 ti,ab. | 210 | L2 |
| USPT | steel same (b or boron) same (ti or titanium) | 2804 | L1 |

1/16/01 3:27

Exhibit 1, Page 99 of 127

\

#10
CQuen
5/22/01

Docket No.    4101-0238-55X

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF: JEAN-PIERRE LAURENT ET AL        GAU:        1775
SERIAL NO: 09/350,100                                    EXAMINER: SAVAGE
FILED:        JULY 9, 1999
FOR:          COATED HOT-AND COLD-ROLLED STEEL SHEET COMPRISING A VERY HIGH RESISTANCE AFTER
              THERMAL TREATMENT

REQUEST FOR EXTENSION OF TIME
UNDER 37 C.F.R. 1.136

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

SIR:

It is hereby requested that a one month extension of time be granted to MAY 19, 2001 for

■ filing a response to the Official Action dated:    January 19, 2001

☐ responding to the requirements in the Notice of Allowability dated:

☐ filing the Formal Drawings. The Issue Fee due                    has been timely filed.

☐ responding to the Notice to File Missing Parts of Application dated:

☐ filing a Notice of Appeal. A timely response to the final rejection, due            has been filed

☐ filing an Appeal Brief. A Notice of Appeal was filed on:

☐ Applicant claims small entity status. See 37 CFR 1.27. Therefore, the fee amount shown below is reduced by one-half

The required fee of $110.00 is enclosed herewith by check and any further charges may be made against the Attorney of
Record's Deposit Account No. 15-0030 A duplicate copy of this sheet is enclosed

Respectfully Submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.

Jean-Paul Lavalleye, Ph.D
Registration No   31,451

Thomas A. Blinka, Ph.D
Registration No.  44,541

22850

Tel (703) 413-3000
Fax (703) 413-2220
(OSMMN 11/98)

05/16/2001 CNGUYEN 00000022 09350100

01 FC:115                          110.00 OP



Docket No   4101-0238-55X

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF: JEAN-PIERRE LAURENT ET AL            GAU:        1775

SERIAL NO: 09/350,100                                      EXAMINER: SAVAGE

FILED:       JULY 9, 1999

FOR:        COATED HOT-AND COLD-ROLLED STEEL SHEET COMPRISING A VERY HIGH RESISTANCE AFTER
            THERMAL TREATMENT

### REQUEST FOR EXTENSION OF TIME
### UNDER 37 C.F.R. 1.136

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D C  20231

SIR:

It is hereby requested that a one month extension of time be granted to MAY 19, 2001 for

☑ filing a response to the Official Action dated:   January 19, 2001

☐ responding to the requirements in the Notice of Allowability dated:

☐ filing the Formal Drawings. The Issue Fee due                has been timely filed

☐ responding to the Notice to File Missing Parts of Application dated:

☐ filing a Notice of Appeal  A timely response to the final rejection, due            has been filed

☐ filing an Appeal Brief  A Notice of Appeal was filed on:

☐ Applicant claims small entity status  See 37 CFR 1 27  Therefore, the fee amount shown below is reduced by one-half

The required fee of $110.00 is enclosed herewith by check and any further charges may be made against the Attorney of
Record's Deposit Account No  15-0030  A duplicate copy of this sheet is enclosed

Respectfully Submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P C

Jean-Paul Lavalleye, Ph D
Registration No   31,451

Thomas A  Blinka, Ph D
Registration No    44,541

**22850**

Tel (703) 413-3000
Fax (703) 413-2220
(OSMMN 11/98)

Docket No.  4101-0238-55X

IN RE APPLICATION OF: JEAN-PIERRE LAURENT ET AL

SERIAL NO: 09/350,100

FILED:     JULY 9, 1999

FOR:       COATED HOT-AND COLD-ROLLED STEEL SHEET COMPRISING A VERY HIGH RESISTANCE AFTER
           THERMAL TREATMENT

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D C  20231

SIR:
       Transmitted herewith is an amendment in the above-identified application

   ☐  No additional fee is required

   ☐  Small entity status of this application under 37 C.F.R. §1.9 and §1 27 is claimed

   ■  Additional documents filed herewith:    Marked-Up Copy of Amended Claims; Request for Extension of Time;
                                              Kirk-Othmer Concise Encyclopedia of Chemical Technology (pp. 753)

The Fee has been calculated as shown below:

| CLAIMS | CLAIMS REMAINING | | HIGHEST NUMBER PREVIOUSLY PAID | NO. EXTRA CLAIMS | RATE | CALCULATIONS |
|---|---|---|---|---|---|---|
| | 16 | MINUS | 20 | 0 | × $18 = | $0.00 |
| TOTAL | 16 | MINUS | 20 | 0 | × $80 = | $0.00 |
| INDEPENDENT | 1 | MINUS | 3 | 0 | + $270 = | $0.00 |
| | | ☐ MULTIPLE DEPENDENT CLAIMS | | | | $0.00 |
| | | | TOTAL OF ABOVE CALCULATIONS | | | $0.00 |
| | | ☐ Reduction by 50% for filing by Small Entity | | | | $0.00 |
| | | ☐ Recordation of Assignment | | | + $40 = | $0.00 |
| | | | | | TOTAL | $0.00 |

■  A check in the amount of    $110.00    is attached.

■  Please charge any additional Fees for the papers being filed herewith and for which no check is enclosed herewith, or
   credit any overpayment to deposit Account No. 15-0030  A duplicate copy of this sheet is enclosed.

■  If these papers are not considered timely filed by the Patent and Trademark Office, then a petition is hereby made under
   37 C F R §1 136, and any additional fees required under 37 C.F.R §1 136 for any necessary extension of time may be
   charged to Deposit Account No 15-0030  A duplicate copy of this sheet is enclosed

                                    OBLON, SPIVAK, McCLELLAND,
                                    MAIER & NEUSTADT, P C

                                    Jean-Paul Lavalleye, Ph.D
                                    Registration No   33,451

                                    Thomas A Blinka, Ph D
                                    Registration No.   44,541

22850

Tel (703) 413-3000
Fax (703) 413-2220
(OSMMN 10/00)

1775#

Docket No   4101-0238-55X

IN RE APPLICATION OF: JEAN-PIERRE LAURENT ET AL

SERIAL NO: 09/350,100

FILED:   JULY 9, 1999

FOR:   COATED HOT-AND COLD-ROLLED STEEL SHEET COMPRISING A VERY HIGH RESISTANCE AFTER THERMAL TREATMENT

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D C  20231

SIR:

Transmitted herewith is an amendment in the above-identified application

☐  No additional fee is required

☐  Small entity status of this application under 37 C F R  §1 9 and §1 27 is claimed

■  Additional documents filed herewith:   Marked-Up Copy of Amended Claims; Request for Extension of Time; Kirk-Othmer Concise Encyclopedia of Chemical Technology (pp  753)

The Fee has been calculated as shown below:

| CLAIMS | CLAIMS REMAINING | | HIGHEST NUMBER PREVIOUSLY PAID | NO. EXTRA CLAIMS | RATE | CALCULATIONS |
|---|---|---|---|---|---|---|
| TOTAL | 16 | MINUS | 20 | 0 | × $18 = | $0.00 |
| INDEPENDENT | 1 | MINUS | 3 | 0 | × $80 = | $0.00 |
| | | ☐ MULTIPLE DEPENDENT CLAIMS | | | + $270 = | $0.00 |
| | | | | TOTAL OF ABOVE CALCULATIONS | | $0.00 |
| | | ☐ Reduction by 50% for filing by Small Entity | | | | $0.00 |
| | | ☐ Recordation of Assignment | | | + $40 = | $0.00 |
| | | | | | TOTAL | $0.00 |

■  A check in the amount of   $110.00   is attached

■  Please charge any additional Fees for the papers being filed herewith and for which no check is enclosed herewith, or credit any overpayment to deposit Account No  15-0030  A duplicate copy of this sheet is enclosed

■  If these papers are not considered timely filed by the Patent and Trademark Office, then a petition is hereby made under 37 C F R  §1 136, and any additional fees required under 37 C.F.R  §1 136 for any necessary extension of time may be charged to Deposit Account No  15-0030  A duplicate copy of this sheet is enclosed

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P C.

Thomas A Bl

Jean-Paul Lavalleye, Ph D
Registration No   33,451

Thomas A Blinka, Ph D
Registration No   44,541

22850
Tel (703) 413-3000
Fax (703) 413-2220
(OSMMN 10/00)

Exhibit 1, Page 105 of 127

4101-0238-55X



IN THE UNITED STATES PATENT & TRADEMARK OFFICE

IN RE APPLICATION OF:                    :

JEAN-PIERRE LAURENT ET AL        : EXAMINER:  SAVAGE

SERIAL NO:  09/350,100                     :

FILED:  JULY 9, 1999                          : GROUP ART UNIT:  1775

FOR:   COATED HOT-AND                  :
         COLD-ROLLED STEEL SHEET
         COMPRISING A VERY HIGH
         RESISTANCE AFTER
         THERMAL TREATMENT

AMENDMENT AND REQUEST FOR RECONSIDERATION

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C.  20231

SIR:

In response to the Official Action of January 19, 2001, Applicants respectfully

request reconsideration of the above-identified application in view of the following

amendments and remarks.

IN THE CLAIMS

Please cancel Claim 8 without prejudice.

Please amend the claims as follows:

1.  (Amended)  A hot-rolled coated steel sheet comprising a hot-rolled steel sheet

coated with an aluminum or aluminum alloy coating, wherein the steel in the sheet comprises

the following composition by weight:

0.15% < carbon < 0.5%

-1-

0.5% < manganese < 3%

0.1 % < silicon < 0.5%

0.01 % < chromium < 1 %

titanium < 0.2%

aluminum < 0.1 %

phosphorus < 0.1 %

sulfur < 0.05%

0.0005% < boron < 0.08%, the remainder being iron and impurities inherent in processing, and the steel sheet has a very high mechanical resistance after thermal treatment and the aluminum or aluminum alloy coating provides a high resistance to corrosion of the steel sheet.

2. (Amended) The coated steel sheet according to claim 1, wherein the composition by weight of the sheet further comprises the following:

0.20% < carbon < 0.5%

0.8% < manganese < 1.5%

0.1 % < silicon < 0.35%

0.01 % < chromium < 1 %

titanium < 0.1 %

aluminum < 0.1 %

phosphorus < 0.05%

sulfur < 0.03%

0.0005% < boron < 0.01 %, the remainder being iron and impurities inherent in processing.

3. (Amended) The coated steel sheet according to claim 1, wherein the ratio of

-2-

titanium to nitrogen in the steel sheet in weight % is in excess of 3 42.

7. (Amended) The coated steel sheet according to claim 1, wherein the aluminum or aluminum alloy coating comprises from 9% to 10% silicon by weight, from 2% to 3.5% iron by weight, the remainder being aluminum.

8. (Amended) The coated steel sheet according to claim 1, wherein the coating comprises from 2% to 4% iron by weight, the remainder being aluminum.

6. (Amended) A process for producing a casting comprising

   shaping the coated steel sheet of claim 1,

   subjecting the shaped coated steel sheet to an increase in temperature at a speed in excess of 5°C/second

7. (Amended) The process according to claim 6, wherein the casting is heated to a temperature in excess of 750°C.

Please add new Claims 9-17 as follows:

9. (New) A heat treated coated steel sheet prepared by subjecting the coated steel sheet according to claim 1 to an increase in temperature at a speed in excess of 600° C/second.

10. (New) A heat treated coated steel sheet prepared by subjecting the coated steel sheet according to claim 2 to an increase in temperature at a speed in excess of 600° C/second

11. (New) A heat treated coated steel sheet prepared by subjecting the coated steel sheet according to claim 1 to a temperature in excess of 750° C

12. (New) A land motor vehicle comprising the coated steel sheet of Claim 1

13. (New) A land motor vehicle comprising the heat treated coated steel of Claim 9.

-3-

14. (New)  A process for producing a casting comprising

shaping the coated steel sheet of claim 2,

subjecting the shaped coated steel sheet to an increase in temperature at a speed in
excess of 5°C/sec.

15. (New)  A process for producing a casting comprising

shaping the coated steel sheet of claim 3,

subjecting the shaped coated steel sheet to an increase in temperature at a speed in
excess of 5°C/sec.

16. (New)  A process for producing a casting comprising

shaping the coated steel sheet of claim 4,

subjecting the shaped coated steel sheet to an increase in temperature at a speed in
excess of 5°C/sec.

17. (New)  A process for producing a casting comprising

shaping the coated steel sheet of claim 8,

subjecting the shaped coated steel sheet to an increase in temperature at a speed in
excess of 5°C/sec.

## SUPPORT FOR THE AMENDMENTS

The amendments to Claims 1-7 are supported by the claims as originally filed.

New Claims 9-17 are supported by the claims as originally filed.  No new matter is
believed to be added by entry of these amendments.  Claims 1-7 and 9-17 are active.

## REMARKS

The rejection of the claims under 35 U.S.C. §103(a) over <u>Yu</u>, <u>Higuchi</u>, <u>JP '056</u>, and <u>JP</u>

-4-

'588 is respectfully traversed. Yu and JP '056 and JP '588 fail to describe an aluminum or aluminum alloy coated steel and Higuchi specifically teaches that aluminum coated steel should have less than 0 02% carbon and less than 0 1% silicon

Yu describes"Carburized Boron Steels for Gears" (Title), but fails to describe coating such steels with aluminum, or aluminum alloys "Carburization" is a process whereby a *low carbon* steel is contacted with a source of carbon, then heated to react the carbon with the steel *surface*, thereby case hardening the steel *surface* (see for example Kirk-Othmer, Concise Encyclopedia of Chemical Technology, at page 753, enclosed herewith) Thus, if one coated a steel intended to be "carburized" with aluminum or aluminum alloys, such as those described in Yu, the coating would prevent the steel surface from contacting and reacting with a carbon source, thereby preventing "carburization" of the steel surface. Thus Yu cannot reasonably suggest that the steels described therein should be aluminum or aluminum alloy coated, because to do so would defeat the intended use of the steel (i.e., carburization).

JP '056 and JP '588 simply describe steel compositions, and are completely silent with regard to whether such steel compositions should be coated with aluminum or an aluminum alloy. Thus, neither JP '056 nor JP '588 provide any suggestion that the steel compositions described therein should be coated, or if coated, with what they should be coated.

Higuchi et al describes aluminum coating steel to provide corrosion resistance. However, Higuchi states that "[c]arbon in the substrate steel composition tends to lower the coating quality and deteriorate both the corrosion resistance and the heat resistance. For this reason, the carbon content is maintained at not more than 0.02% in the present invention." (Column 4, lines 6-10; emphasis added) Furthermore, "[s]ilicon contents more than 0.1% in the substrate will cause disadvantages such as the wettability and reactivity of the

-5-

substrate in the aluminum coating bath is damaged by silicon oxides or Fe-Si oxides formed

in the substrate surface during the oxidation-reduction process so that the non-coated portion

is so much increased and the corrosion resistance is lower", and "[t]herefore the silicon

content is maintained in amounts **not more than 0.1%** in the present invention." (Column 4,

lines 54-63, emphasis added)  Thus, Higuchi specifically teaches that aluminum coatings

should *not* be applied to steels having more than 0.02% carbon and more than 0.1% silicon.

In direct contrast, the steel of the coated steel sheet of the present invention has 0.15-0.5%

carbon and 0.1-0.5% silicon.  Thus, based on the explicit teaching of Higuchi one would not

expect to be able to form good aluminum coatings on the steel of the present invention.

As discussed above, Yu describes a carburized boron steel which cannot reasonably

be coated with an aluminum coating without destroying its "carburizability."  Thus, one

cannot reasonably combine the steel compositions of Yu with the aluminum coatings of

Higuchi.  Moreover, the steel described in Yu has "0.18% to 0.35% C" (Abstract), and the

steel of the present invention has 0.15-0.5% carbon and 0.1-0.5% silicon, but Higuchi

specifically teaches that one should not aluminum coat steels having more than 0.02% carbon

and more than 0.1% silicon.  Thus, Higuchi suggests that one would not be able to

successfully coat the steel of Yu with aluminum.  Accordingly, Yu cannot properly be

combined with Higuchi, and even if combined, fails to suggest the claimed invention.

The combination of JP '056 and Higuchi or JP '588 and Higuchi likewise cannot

properly be combined, because JP '056 and JP '588 fail to provide any suggest that their steel

compositions should be coated to improve corrosion resistance.  Indeed, even if, *arguendo*,

one assumed that corrosion resistance is desirable in any steel, JP '056 and JP '588 provide no

direction as to how such corrosion resistance could be accomplished (e.g., with corrosion

inhibiting alloying additives, organic coatings, galvanizing with Zn, etc.).  Furthermore, as

Exhibit 1, Page 111 of 127

discussed above, Higuchi specifically teaches that aluminum coatings cannot be formed properly on such steels because of their high carbon and silicon contents. Thus, JP '056 and JP '588 cannot reasonably be combined with Higuchi, and even if combined, one would not expect, based on the teaching of Higuchi, the combination to successfully provide a coated steel with high corrosion resistance. Accordingly, the combination of JP '056 or JP '588 with Higuchi is improper, and even if combined, fails to suggest the claimed invention.

The objection to Claim 3 is obviated by appropriate amendment. Claim 3 now recites "the ratio of titanium to nitrogen in the steel sheet in weight percent is in excess of 3.42".

The rejection of the claims under 35 U.S.C. §112, second paragraph is obviated by appropriate amendment. Claim 1 now recites "a coated steel sheet" and the term "aluminum-based" has been replaced by "aluminum or aluminum alloy coating".

The phrase "characterized in that" in Claims 2-5 has been replaced by "wherein."

The phrase "the metal bath" in Claims 4 and 5 has been deleted. Furthermore, the composition recited in Claims 4 and 5 now clearly refers to the coating.

In regard to withdrawn Claims 6-8, Claim 8 has been canceled, and Claims 6 and 7 (and new Claims 14-17) are directed to a process for using the coated steels. As stated in MPEP §821.04, "when a product claim is found allowable, applicant may present claims directed to the process of making and/or using the patentable product" and that "[p]rocess claims which depend from or otherwise include all the limitations of the patentable product will be entered as a matter of right." Applicants respectfully submit that, as discussed above, the product claims of the present application are allowable, and request rejoinder of process Claims 6, 7, and 14-17, which depend from the allowable product claims.

Exhibit 1, Page 112 of 127

Applicants respectfully submit that the present application is now in condition for

allowance. Early notification to this effect is respectfully requested.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.

Jean-Paul Lavalleye
Attorney of Record
Registration No. 31,451

Thomas A. Blinka, Ph.D.
Registration No. 44,541

**22850**

(703) 413-3000
NFO:TAB\cct

I:\atty\tab\41010238-am.wpd

-8-

4101-0238-55X

<div style="border:1px solid black; display:inline-block; padding:8px;">
Marked-Up Copy
Serial No: 09/350,100
Amendment Filed on: May 17, 2001
</div>

IN THE CLAIMS

Please amend the claims as follows:

--1  (Amended)  A [Hot-rolled] hot-rolled coated steel sheet comprising a hot-rolled steel sheet coated with an aluminum or aluminum alloy coating, [which then may be cold-rolled, coated] wherein the steel in the sheet [having] comprises the following composition by weight:

0.15% < carbon < 0.5%

0.5% < manganese < 3%

0.1 % < silicon < 0.5%

0.01 % < chromium < 1

titanium < 0.2%

aluminum < 0.1

phosphorus < 0.1

sulfur < 0.05%

0.0005% < boron < 0.08%, the remainder being iron and impurities inherent in processing, and the steel sheet [ensuring] has a very high mechanical resistance after thermal treatment and the [aluminum-based] aluminum or aluminum alloy coating [ensuring] provides a high resistance to corrosion of the steel sheet

2 (Amended)  [Coated] The coated steel sheet according to claim 1, [characterized in that] wherein the composition by weight of the sheet [preferably is] further comprises the

-9-

following:

    0.20% < carbon < 0.5%

    0.8% < manganese < 1.5%

    0.1 % < silicon < 0.35%

    0.01 % < chromium < 1

    titanium < 0.1

    aluminum < 0.1

    phosphorus < 0.05%

    sulfur < 0.03%

    0.0005% < boron < 0.01 %, the remainder being iron and impurities inherent in

processing.

    3. (Amended) [Coated] The coated steel sheet according to claim 1, [characterized in that, in the composition by weight of the sheet,] wherein the ratio of titanium [content with respect) to [the] nitrogen in the steel sheet in weight % [content] is in excess of 3.42[, the boron no longer being able to be combined with the nitrogen]

    4. (Amended) [Coated] The coated steel sheet according to claim 1, [characterized in that] wherein the [metal bath for the] aluminum or aluminum alloy coating [contains in its basic composition by weight,] comprises from 9% to 10% silicon by weight, from 2% to 3.5% iron by weight, the remainder being aluminum

    5. (Amended) [Sheet] The coated steel sheet according to claim 1, [characterized in that the metal bath for] wherein the coating [contains in its base composition by weight,] comprises from 2% to 4% iron by weight, the remainder being aluminum.

    6. (Amended) A process [Process] for [production of] producing a casting comprising [starting from a coated sheet according to claims 1 to 5, characterized in that after]

-10-

shaping <u>the coated steel sheet of claim 1</u>,

[the coating of the casting is subjected to] <u>subjecting the shaped coated steel sheet</u> to an increase in temperature at a speed in excess of 5°C/second[, which may exceed 600°C/second]

7. (Amended) <u>The process</u> [Process] according to claim 6, [characterized in that] <u>wherein</u> [the coating and] the casting [are] <u>is</u> heated to a temperature in excess of 750°C --

Exhibit 1, Page 116 of 127



KIRK-OTHMER

# CONCISE ENCYCLOPEDIA
# OF CHEMICAL TECHNOLOGY

A WILEY-INTERSCIENCE PUBLICATION

John Wiley & Sons

NEW YORK · CHICHESTER · BRISBANE · TORONTO · SINGAPORE



al phosphates according to the following equations:

$$M(H_2PO_4)_2 \rightleftharpoons M(HPO_4) + H_3PO_4$$

$$3 M(H_2PO_4)_2 \rightleftharpoons M_3(PO_4)_2 + 4 H_3PO_4$$

$$3 M(HPO_4) \rightleftharpoons M_3(PO_4)_2 + H_3PO_4$$

re M = zinc, manganese or iron.

he phosphoric acid that is produced in these reactions is consumed
dissolving iron from the treated part. The equilibrium shifts from left
ight because of the precipitation of the sparingly soluble secondary
tertiary phosphates. The insoluble metal phosphates precipitate
n solution and onto the surface of the iron to form a tightly adherent,
ly interlocked crystalline layer

rocess parameters    The complete phosphating process cycle, as con-
ted on a commercial scale, generally consists of the following steps:
aration of the surface to be processed. ie. cleaning. rinsing to remove
ning agents, and special pretreatments; application of phosphate-
ing process; rinsing of the coated surface, ie, water and posttreat-
it rinsing, and drying. The characteristics of the coating depends to a
e extent on the conditioning of the surface prior to coating

dizing

nodizing involves the formation of an oxide surface on nonferrous
al by electrochemical means. These surface oxide films supplement
natural oxide which occurs in very thin layers on such metals and
ults in a significant increase in their corrosion resistance. Aluminum,
articular. forms a thin, tenaciously adhering oxide film which pro-
s an excellent barrier against corrosion

nodizing of aluminum involves electrochemical conversion of the
face to aluminum oxide; the aluminum serves as the anode and the
gen is provided by the electrolytic dissociation of water Chromic
i. sulfuric acid, and oxalic acid electrolytes have been widely used.
er electrolytes. eg, borates, citrates, carbonates. sulfamic acid, and
sphoric acid, have been used in specific applications The structure of
coating normally is amorphous. although in certain electrolytes, eg,
ic acid. a crystalline structure sometimes is observed Treatment of
coating in boiling water causes partial hydration of the anodically
ned oxide to a crystalline mono- or trihydrate. As a result, the
osity of the coating is progressively reduced resulting in improved
rosion resistance

ulfuric acid, chromic acid. and oxalic acid are the most common
ctrolytes used in producing corrosion-resistant anodic coatings. Film
or, porosity, flexibility, and other characteristics differ depending on
electrolyte used

G.L. SCHNEBERGER
GMI Engineering and Management Institute

tal Finishing Guidebook and Directory—1979. Metals and Plastics Publi-
on Inc. Hackensack, N.J. 1979

ishing Industry Yellow Pages. Special Technical Publications Inc.. Oxnard.
if

SE HARDENING

ase hardening is a metal-treatment process that produces a hard
face (the case) on a metal (the core) which remains relatively soft
e product is a hard, wear-resistant case backed by a strong, ductile.
l tough core Because of increased energy scarcity and the need for
t control, case depths should be minimized without sacrificing opera-
nal quality A well-documented approach for determining case-depth
uirements with an optimum carburizing cycle has been reported
er characteristics are achieved by a hard but not necessarily deep
e However. deeper cases with strong and resilient cores are needed
en supporting extremely heavy loads

n general, a case-hardening process is not established on the basis of
t, but upon the metallurgical requirements of the surface for the

function it is to perform However, the greatest cost of any process is
bringing the furnace and the parts to be processed up to the operating
temperature and maintaining that temperature. The bulk of all the heat
treating costs can be attributed to fuel, ie, electricity or natural gas, and
labor

Processes

Carburizing   Carburizing, which is the most common of the case-
hardening processes. diffuses nascent carbon into a steel surface (see
Steel) Subsequent hardening by quenching at > 790°C produces a hard
case in the high carbon areas  Carburizing generally is limited to low
carbon steels. ie, below 0.30 wt% C It is performed between 845 and
955°C At these temperatures, nascent carbon is most soluble in the
austenitic phase and the diffusion rate is sufficient for economical use
Case depth is controlled primarily by controlling carburizing tempera-
ture and time. The origin of nascent carbon depends upon the particular
carburizing process used. ie, gas, liquid, or pack (solid) carburizing

Carbonitriding   In carbonitriding, carbon and alloy steels are held at
an elevated temperature in a gaseous atmosphere from which they
absorb both carbon and nitrogen simultaneously. This process is used
primarily to produce a hard, wear-resistant case. generally 76–760 μm
deep  A carbonitrided case has better hardenability than a carburized
case; consequently, the former can be produced with less energy within
the same case-depth range.

Cyaniding   Cyaniding is the liquid-bath form of carbonitriding  The
most common production cyanide-bath composition is 30% sodium
cyanide, 40% sodium carbonate, and 30% sodium chloride. Oxygen from
the air oxidizes the sodium cyanide to sodium cyanate which, at high
temperatures, decomposes to form carbon monoxide and nascent nitro-
gen. The carbon monoxide that reacts to form nascent carbon produces
carbon dioxide which reacts with the cyanide to produce more carbon
monoxide. Both the nascent carbon and CO products of these reactions
are utilized in the carburizing action  Nascent nitrogen is absorbed by
the steel and increases the metal's surface hardness

Nitriding   Nitriding case-hardens steel by addition and diffusion of
nascent nitrogen into the surface of the steel where it reacts to form
nitrides  The process temperatures are 495–595°C, which are less than
the temperature at which the transformation to austenite occurs A case
hardness is produced directly and, therefore, quenching is unnecessary.
Nitriding is accomplished by using either a gas atmosphere or a liquid
bath

Although some growth occurs in nitriding, there generally is very little
distortion. Before nitriding, machined parts should be stress-relieved at
least 10°C over the nitriding temperature to minimize distortion

Microcasing   Microcasing processes are, in most cases, highly pro-
prietary. They usually are used for surface or slightly subsurface treat-
ments. The processes yield excellent wear resistance, gliding properties,
ductility, and fatigue strength in a superficial layer

Applied-energy hardening   Applied-energy hardening is a selective
hardening process that produces a case by locally heating and quenching
an area  The very rapid application of heat results in the surface being
heated to the hardening temperature but very little heat being con-
ducted inward  Since no carbon or nitrogen is added during the process,
the carbon content of the ferrous metal determines the hardness re-
sponse

Induction hardening is a selective hardening process in which the
localized heat is produced by electromagnetic induction.

The rate of heating by the induction coil depends upon the strength of
the magnetic field at the area being heated. Heating is confined to the
surface because of the skin effect resulting from the high frequency  The
higher the frequency, the more shallow the heating effect  Shallow case
depths up to 1.5 mm require frequencies from 10 to 2000 kHz and greater
case depths require frequencies from 1 to 10 kHz. The depth of heating is
determined by the duration of heating, the frequency used, and the
power density.

Both the coil design and the quenching arrangement are important to
the success of the process  Automatic timing is necessary for control
because of the short cycles involved



**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D C 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/350,100 | 07/09/99 | LAURENT | J | 4101-0238-55 |

| | EXAMINER |
|---|---|
| 022850          1M52/0604 | SAVAGE, J |
| OBLON SPIVAK MCCLELLAND MAIER & NEUSTADT | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1775 | 19 |

OBLON SPIVAK MCCLELLAND MAIER & NEUSTADT
FOURTH FLOOR
1755 JEFFERSON DAVIS HIGHWAY
ARLINGTON VA 22202

DATE MAILED:    06/04/01

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

1 - File Copy

PTO 90C (Rev 11/00)

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 09/350,100 | Laurent et al. |
| | Examiner | Art Unit |
| | Jason Savage | 1775 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS. This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

☒ This communication is responsive to *Amendment A filed 5-17-01*.

☒ The allowed claim(s) is/are *1-7 and 9-17*.

☐ The drawings filed on _____ are acceptable as formal drawings.

☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
   a) ☒ All   b) ☐ Some*   c) ☐ None   of the:
      1. ☒ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____.
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____.

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.

5 ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7 ☐ Applicant MUST submit NEW FORMAL DRAWINGS
   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review( PTO-948) attached
      1) ☐ hereto or 2) ☐ to Paper No. _____.
   (b) ☐ including changes required by the proposed drawing correction filed _____. which has been approved by the examiner
   (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____.

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

8 ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE / SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)
1 ☐ Notice of References Cited (PTO-892)
3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
5 ☐ Information Disclosure Statements (PTO-1449), Paper No. _____
7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

2 ☐ Notice of Informal Patent Application (PTO-152)
4 ☒ Interview Summary (PTO-413), Paper No. *12*
6 ☒ Examiner's Amendment/Comment
8 ☐ Examiner's Statement of Reasons for Allowance
9 ☐ Other

DEBORAH JONES

U.S. Patent and Trademark Office
PTO-37 (Rev. 9-00)                    Notice of Allowability                    Part of Paper No. 12

Page 2

Application/Control Number: 09/350,100

Art Unit: 1775

1.    An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with Thomas Blinka on 6-1-01.

2.    The application has been amended as follows:

In claim 1, in all three lines 7, 9 and 10, after the "1" at the end of the corresponding line, add --%--

In claim 2, in all three lines 6, 7 and 8, after the "1" at the end of the corresponding line, add --%--

In claim 10, line 2, delete "1" and insert therefore --2--

3.    Claims 1-7 and 9-17 are allowed

Application/Control Number: 09/350,100                                    Page 3

Art Unit: 1775

4.      Any inquiry to this communication or earlier communications from the Examiner should

be directed to Jason Savage, whose telephone number is (703)305-0549. The Examiner can

normally be reached Monday to Friday from 6:30 AM to 4:00 PM

        If attempts to reach the Examiner by telephone are unsuccessful, the Examiner's

supervisor, Deborah Jones, can be reached on (703)308-3822.

        Any inquiry of a general nature or relating to the status of this application should be

directed to the Group receptionist whose telephone number is (703)308-2351

Jason Savage

6-1-01

DEBORAH JONES
SUPERVISORY PATENT EXAMINER

| | Application No 09/350,100 | Applicant(s) Laurent et al. | |
|---|---|---|---|
| **Interview Summary** | Examiner Jason Savage | Group Art Unit 1775 | |

participants (applicant. applicant's representative. PTO personnel):

) _Jason Savage_ _____    (3) _____

) _Thomas Blinke_ _____    (4) _____

ate of Interview _____ Jun 1, 2001 _____

ype: a) ☒ Telephonic    b) ☐ Video Conference
c) ☐ Personal [copy is given to  1) ☐ applicant  2) ☐ applicant's representative]

xhibit shown or demonstration conducted: d) ☐ Yes    e) ☒ No    If yes. brief description: _____

_____
_____

Claim(s) discussed: _10_ _____

dentification of prior art discussed: _____

_____

Agreement with respect to the claims  f) ☒ was reached  g) ☐ was not reached  h) ☐ N/A

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments:
_The Examiner notified the Applicant that Claim 10 appeared to be a duplicate of claim 9 which are both dependent on claim 1._
_The Examiner notified the Applicant that Claim 10 appeared to be a duplicate of claim 10 so that it would depend from claim 2._
_The Applicant gave his permission to changed the depency of claim 10 so that it would depend from claim 2._

_____
_____
_____
_____
_____

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable. If available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached )

i) ☒  It is not necessary for applicant to provide a separate record of the substance of the interview (if box is checked)

Unless the paragraph above has been checked, THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP section 713 04). If a reply to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. See Summary of Record of Interview requirements on reverse side or on attached sheet

Examiner Note:  You must sign this form unless it is an Attachment to a signed Office action

Exhibit 1, Page 125 of 127



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

```
           IN52/0604
 OFFICE OF MARK MCCLELLAND MAIER & NEUSTADT
 FOURTH FLOOR
 1755 JEFFERSON DAVIS HIGHWAY
 ARLINGTON VA 22202
```

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 057/351 100 | 07/09/99 | 016 | SAVAGE, J | 1775    06/04/01 |

1st Named Applicant: LABRUNE

35 USC 154(b) term ext. = 0 Days.

TITLE OF INVENTION: COATED HOT AND COLD ROLLED STEEL SHEET COMPRISING A VERY HIGH STRENGTH AFTER THERMAL TREATMENT

| ATTY'S DOCKET NO. | CLASS/SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 4100-051-55 | 420-104.000 | H17 | UTILITY | NO | $1240.00 | 09/04/01 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

**HOW TO RESPOND TO THIS NOTICE:**

Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or

If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A  Pay FEE DUE shown above, or

B  File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV 10-96) Approved for use through 06/30/99 (0651-0033)

Exhibit 1, Page 126 of 127

**PART B—ISSUE FEE TRANSMITTAL**

#13
8.28.01

B$ CC

_print and mail this form together with app._ _le fees, to:_      Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

AUG 1 6 2001

ING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 1 gh 4 should be completed where appropriate. All further correspondence including the Issue Fee pt, the Patent, advance orders and notification of maintenance fees will be mailed to the current spondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) lying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for nance fee notifications.

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

ENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

ADT

22850

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

_____ (Date Mailed)

*New Address Lable*

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/350,100 | 07/09/99 | 016 | SAVAGE, J | 1775 | 06/04/01 |

rst Named plicant      LAURENT, Jean-Pierre      35 USC 154(b) term ext. =      0 Days.

E OF  
NTION      COATED HOT-AND COLD-ROLLED STEEL SHEET COMPRISING A VERY HIGH  
RESISTANCE AFTER THERMAL TREATMENT.

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 1 | 4101-0238-QX | 420-104.000 | H17 | UTILITY | NO | $1240.00 | 09/04/01 |

Change of correspondence address or Indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47) attached

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed

OBLON, SPIVAK,

McCLELLAND, MAIER

& NEUSTADT, P.C.

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type) PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment

(A) NAME OF ASSIGNEE      SOLLAC

(B) RESIDENCE: (CITY & STATE OR COUNTRY)      Puteaux, FRANCE

Please check the appropriate assignee category indicated below (will not be printed on the patent)

☐ Individual      ☒ corporation or other private group entity      ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):

☒ Issue Fee  
☐ Advance Order — # of Copies _____ –0–

4b. The following fees or deficiency in these fees should be charged to:

DEPOSIT ACCOUNT NUMBER ___15-0030___ (ENCLOSE AN EXTRA COPY OF THIS FORM)

☒ Issue Fee  
☐ Advance Order — # of Copies _____ –0–

The COMMISSIONER OF PATENTS AND TRADEMARKS IS requested to apply the Issue Fee to the application identified above.

Authorized Signature      *Joseph A. Scafetta Jr.*      Reg. No. 26,803      (Date) Aug 16, 2001

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in Interest as shown by the records of the Patent and Trademark Office.

08/17/2001 RBUIRE 0000002 09350100    1240.00 ch

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-96) Approved for use through 06/30/99 OMB 0651-0033      Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

# EXHIBIT 2

Le Jeudi 11-05-2006
Arcelor starts proceedings in the United States
Mittal suspected of illegal copying
Arcelor suspects Mittal of copying one of its processes used in the automotive sector. The European steel
company has just presented the case to the American courts.

Arcelor's research and development centre in Maizières-les-Metz, France, has confirmed that it lodged
proceedings against Mittal on 10 May. Arcelor suspects its rival of having illegally copied one of the processes
that Arcelor has developed and implemented in the steel sector, or more precisely, the automotive sector. Arcelor
also believes it has sufficient proof of this.

According to reliable information, Arcelor became aware of supposed tricks by its rival Mittal from two sources.
First of all, Arcelor's own clients were amazed to be offered a process by Mittal which they knew had been
developed by the team of some 250 researchers at Maizières. Then Arcelor's IT staff discovered information
corroborating its initial suspicions on the Mittal Steel intranet. This was done without breaching or hacking into
Mittal's installations, which would have prejudiced legal proceedings.

The Maizières-les-Metz centre has confirmed to this publication that Arcelor engaged the services of lawyers (and
a huissier de justice [court bailiff] according to our information) in order to corroborate the legality of Arcelor's
"intrusion" on its rival's intranet platform, which was open to access.

The management of the research centre called this "discovering the information by luck".
Arcelor-France (the patent was registered in France) have thus brought a case before the American courts.
"This is because it was in the United States, at a Mittal plant near Chicago, that the Arcelor patent would be used.
It was also there that Mittal carried out the procedure," says Jean-Louis Pierquin, Arcelor Director. The patent also
applies in the US.

It has been confirmed that the procedure concerns aluminised hot-drawable steel. This very high-strength steel is
used in the automotive industry.

The researchers in Maizières-les-Metz smile: " We are far ahead of Mittal," although the management adds,
"These proceedings have nothing to do with the takeover bid. We are used to these kinds of legal cases in many
countries," such as China and Russia

———

# EXHIBIT 3



Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Philip A. Rovner
Partner
provner@potteranderson.com
302 984-6140  Direct Phone
302  658-1192  Fax

May 15, 2006

**BY HAND DELIVERY AND E-MAIL**

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Re:    Arcelor France v. Mittal Steel USA Inc.,
       D. Del., C.A. No. 06-307

Dear Jack:

We have been retained to represent Mittal Steel USA Inc. ("Mittal") in this matter.

Mittal has never made, used, offered for sale, or sold a hot-rolled coated steel sheet comprising a hot-rolled steel sheet within the chemistry range claimed in the '805 patent and coated with an aluminum or aluminum alloy coating.  Mittal has also not caused others to do so.  Thus, we do not understand the bases for the complaint in this case.

Therefore, please let us know what the "aluminum coated boron steel products" referred to in paragraphs 7 and 8 of the complaint are, and why Arcelor France contends that they infringe U.S. Patent 6,296,805 B1.  It would be very helpful if you could provide this information to me by May 18, 2006.

Very truly yours,

Philip A. Rovner

PAR/mes/732301
cc:  Jean-Paul Lavalleye, Esq. – by e-mail
     Carlos Hernandez, Esq. – by e-mail
     Kenneth B. Herman, Esq. – by e-mail
     Joseph W. Berenato, III, Esq. – by e-mail

# EXHIBIT 4

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 FAX
jblumenfeld@mnat.com

May 22, 2006

BY HAND

Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

Re:    Arcelor v. Mittal; C.A. No. 06-307 (SLR)

Dear Phil:

This is in response to your letter of May 15, 2006.

Arcelor has received information it believes to be highly reliable that Mittal has offered an aluminum coated boron steel designed as a replacement for Usibor in hot stamping to prepare automobile parts. Based on the particular application, the product being offered must be an aluminum coated boron steel having a composition within that specified in the '805 patent. Based on practice in the industry, Arcelor believes Mittal would not be offering this product if it had not already made the product.

Arcelor does not have information concerning the name under which Mittal is offering the product. However, we believe Mittal refers to this product as an "aluminized boron-bearing steel for hot stamping application." We assume that this provides you with enough information to identify the product at issue.

Sincerely,

Jack B. Blumenfeld

JBB/bls