IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARCELOR FRANCE and ARCELOR ATLANTIQUE ET LORRAINE, | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 06-307-SLR |
| v. | ) ) ) | |
| MITTAL STEEL USA INC., | ) ) | |
| Defendant. | ) | |

### DECLARATION OF BLAKE K. ZUIDEMA, Ph.D. IN SUPPORT OF MITTAL'S MOTION TO DISMISS THE COMPLAINT

OF COUNSEL:

Joseph W. Berenato, III
Berenato, White & Stavish, LLC
6550 Rock Spring Drive, Ste. 240
Bethesda, Maryland 20817
(301) 896-0600

Kenneth B. Herman
Ropes & Gray
1251 Avenue of the Americas
New York, New York 10020-1105
(212) 596-9020

Dated: May 23, 2006

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com

Attorneys for Defendant
Mittal Steel USA Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCELOR FRANCE and ARCELOR ATLANTIQUE ET LORRAINE, | )<br>)<br>) |
| Plaintiffs, | ) C. A. No. 06-307-SLR<br>) |
| v. | )<br>) **DECLARATION IN SUPPORT OF** |
| MITTAL STEEL USA INC., | ) **MITTAL'S MOTION TO DISMISS**<br>) **THE COMPLAINT** |
| Defendant. | ) |

Blake K. Zuidema, Ph. D., declares and states that:

1. I am a citizen of the United States and am Director of Product Applications, USA, Research and Development Center, of Mittal Steel USA Inc. ("Mittal"). I have personal knowledge of the facts set forth in this Declaration.

2. I am informed that Mittal has been accused of infringing US Patent No. 6,296,805 ("the '805 patent"). I am informed that Arcelor France and Arcelor Atlantique et Lorraine (collectively "Arcelor"), purported owners of the '805 patent, have not identified any particular Mittal product of infringing the '805 patent and have not set forth which claims allegedly are infringed.

3. I am advised that the '805 patent has only one independent claim. I am informed that the following is independent claim 1 of the '805 patent with brackets indicating material deleted from the claim during examination at the US Patent and Trademark Office and underlining indicating material that was added.

> 1. A [Hot-rolled] hot-rolled coated steel sheet comprising a hot-rolled steel sheet coated with an aluminum or aluminum alloy coating,[which then

1

may be cold-rolled, coated] <u>wherein</u> the steel in the sheet [having] <u>comprises</u> the following composition by weight:

0.15%<carbon<0.5%

0.5%<manganese<3%

0.1%<silicon<0.5%

0.01%<chromium<1<u>%</u>

titanium<0.2%

aluminum<0.1<u>%</u>

phosphorus<0.1<u>%</u>

sulfur<0.05%

0.0005%<boron<0.08%, the remainder being iron and impurities inherent in processing, <u>and</u> the <u>steel</u> sheet [ensuring] <u>has</u> a very high mechanical resistance after thermal treatment and the [aluminum-based] <u>aluminum or aluminum alloy</u> coating <u>provides</u> a high resistance to corrosion <u>of the steel sheet</u>.

4. Based upon my knowledge of the Mittal products that have been and are being manufactured in the United States, I can state that no Mittal product is a hot-rolled coated steel sheet comprising hot-rolled steel sheet coated with an aluminum or aluminum alloy coating.

5. Hot-rolled steel and cold-rolled steel are terms of art in the steel industry and are recognized as different products. For a particular chemical composition of any steel, hot-rolled and cold-rolled steel are considered different grades and have different properties as a result of the cold rolling process, with the differences including different granular microstructures, different mechanical properties such as tensile strength, hardness and malleability, and different surface characteristics, such as smoothness.

6. Hot-rolled steel and cold-rolled steel are separate and distinct products in the steel industry. They are marketed as separate products to customers. An end user may not merely substitute cold-rolled steel for hot-rolled steel and vice versa. Cold-rolled sheet is considerably thinner and more malleable than hot-rolled sheet, and it typically will sell for a premium.

7. Both Mittal and Arcelor market hot-rolled steel and cold-rolled steel as different products. According to Arcelor's web site at http://www.arcelor.com/index.php?lang=en&page=95&tb0=0, "The Arcelor Flat Carbon Steel product portfolio covers the full range of flat carbon steels, including slabs, heavy plate, hot rolled coils, cold rolled coils and metallic and organic coated steel." Mittal's web site at http://www.mittalsteel.com/dynamic/dynamicdefault.asp?id=matrix likewise differentiates between cold-rolled steel and hot-rolled steel. "The Making, Shaping, and Treating of Steel" (Chapter 33, p. 1069, Tenth Edition, Copyright 1985, Association of Iron and Steel Engineers), a respected text referenced frequently by metallurgists in the steel industry, definitively states "Flat-rolled steel products fall into two major categories: hot rolled and cold rolled."

8. The Glossary at page 238 of Arcelor's 2005 Annual Report defines "Strip" as "Flat steel coil products with widths less than 600 mm for hot rolled products and less than 500 mm for cold rolled products." Arcelor's 2005 Annual Report includes numerous references confirming the difference between hot rolled steel and cold rolled steel. See pages 13, 24, 29, 41, 46, 55, 232, 234

and 235. In reporting on the status of certain anti-dumping duties and orders issued by the U.S. International Trade Commission and its counterparts in other countries, Arcelor describes the coverage or exemption from coverage, as the case may be, of such duties and orders separately for hot-rolled steels and cold-rolled steels. Arcelor 2005 Annual Report at 232-234.

9. Known techniques allow steel to be analyzed to determine whether it is hot-rolled or cold-rolled. Hot-rolled and cold-rolled steels can be differentiated by their surface texture, their grain structure, the size and distribution of their precipitates, and their overall and through-thickness grain orientation. These differences can be easily detected by instruments found in most modern steel laboratories.

Further declarant sayeth naught.

Subscribed to under penalty of perjury.

Dated:

Blake K. Zuidema, Ph. D.

4

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on May 23, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com