IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCELOR FRANCE and<br>ARCELOR ATLANTIQUE ET LORRAINE,<br><br>Plaintiffs,<br><br>v.<br><br>MITTAL STEEL USA INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C. A No. 06-307 (SLR)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF JACK B. BLUMENFELD
### PURSUANT TO FED. R. CIV. P. 56(f)

I, Jack B. Blumenfeld, declare:

1. I am a partner in the law firm of Morris, Nichols, Arsht & Tunnell LLP, Delaware counsel to plaintiffs Arcelor France and Arcelor Atlantique et Lorraine ("Arcelor") in this action.

2. I have read the Defendant Mittal Steel USA Inc.'s Opening Brief In Support Of Its Motion to Dismiss the Complaint Or, Alternatively, For Summary Judgment of Non-Infringement. Mittal USA, Inc. ("Mittal") makes assertions in its brief about the composition of its products, and asserts that they do not infringe the patents in suit.

3. No discovery has taken place in this action, and no scheduling conference has been set.

4. Arcelor needs information essential to support a response to Mittal's motion. Specifically, Arcelor needs discovery concerning Mittal's products and processes and how they apply to the claims of the patent in suit. Information about Mittal's products and processes is not publicly available.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2006.

_____
Jack B. Blumenfeld

523162

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 7, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

      Philip A. Rovner
      POTTER ANDERSON & CORROON LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

      Philip A. Rovner
      POTTER ANDERSON & CORROON LLP
      1313 North Market Street
      P.O. Box 951
      Wilmington, DE 19899-0951

/s/ Karen Jacobs Louden
Karen Jacobs Louden (#2881)
klouden@mnat.com