IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARCELOR FRANCE and ARCELOR ATLANTIQUE ET LORRAINE, | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 06-307-SLR |
| v. | ) ) | |
| MITTAL STEEL USA INC., | ) ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the Defendant Mittal Steel USA Inc. to respond to Plaintiffs' Motion for Leave to File A Sur-Reply To Defendant Mittal Steel USA Inc.'s Reply Brief In Support Of Its Motion To Dismiss The Complaint, Or Alternatively, For Summary Judgment Of Non-Infringement (D.I. 17) is hereby extended through and including Monday, July 31, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP   POTTER ANDERSON & CORROON LLP

By: /s/ Karen Jacobs Louden
    Jack B. Blumenfeld (#1014)
    Karen Jacobs Louden (#2881)
    1201 N. Market Street
    Box 1347
    Wilmington, DE 19899
    (302) 658-9200
    jblumenfeld@mnat.com
    klouden@mnat.com

Attorneys for Plaintiffs
Arcelor France and Arcelor Atlantique Et Lorraine

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    E-mail:
    provner@potteranderson.com

Attorneys for Defendant
Mittal Steel USA Inc.

SO ORDERED this _____ day of July, 2006.

_____
United States District Judge