IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCELOR FRANCE and<br>ARCELOR ATLANTIQUE ET LORRAINE,<br><br>        Plaintiffs,<br><br>        v.<br><br>MITTAL STEEL USA INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C. A No. 06-307 (SLR)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER REGARDING STAY

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that this action is hereby stayed for sixty days from entry of this Order, pending implementation of a merger between the respective direct or indirect parent companies of the parties.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Karen Jacobs Louden* | /s/ *Philip A. Rovner* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>klouden@mnat.com<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>Attorneys for plaintiffs | Philip A. Rovner (#3215)<br>provner@potteranderson.com<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>Attorneys for defendant |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

529236