IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCELOR FRANCE and<br>ARCELOR ATLANTIQUE ET LORRAINE,<br><br>    Plaintiffs,<br><br>       v.<br><br>MITTAL STEEL USA INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) C. A No. 06-307 (SLR)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER REGARDING STAY

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that this action is hereby stayed pending the implementation of a merger between the respective direct or indirect parent companies of the parties, but that the stay may be lifted upon fifteen days' notice by any party.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Attorneys for plaintiffs

POTTER ANDERSON & CORROON LLP

*/s/ Philip A. Rovner*

_____
Philip A. Rovner (#3215)
provner@potteranderson.com
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
Attorneys for defendant

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

529236