IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCELOR FRANCE and<br>ARCELOR ATLANTIQUE ET LORRAINE,<br><br>        Plaintiffs,<br><br>        v.<br><br>MITTAL STEEL USA INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) C. A. No. 06-307 (SLR)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF DISMISSAL

In view of the impending merger between the Plaintiff's parent, Arcelor S.A., and Defendant's parent, Mittal Steel Company N.V., it is hereby stipulated by the parties, that:

(1)  Defendant withdraws its motion to dismiss or, in the alternative, for summary judgment (D.I. 7); and

(2)  This action is dismissed without prejudice.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Karen Jacobs Louden* | */s/ Philip A. Rovner* |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>klouden@mnat.com<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>  Attorneys for plaintiffs | Philip A. Rovner (#3215)<br>provner@potteranderson.com<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>  Attorneys for defendant |

SO ORDERED this _____ day of October, 2006.

_____
United States District Court Judge